United States District Court
For The District of New Mexico

CV-14-1025-RB/SMV

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
15 JAN 16 PM 1:57
CLERK-ALBUQUERQUE

United States of America,
 Plaintiff

v.

City of Albuquerque,
 Defendant

Notice of Withdrawal of Motion

I hereby withdraw my motion to Intervene and to Dismiss. (Doc 25) I do not want to pursue this motion.

David Correia
36 Sierra Blanca
Cedar Crest, NM 87008