United States District Court
For the District of New Mexico

United States of America,    CASE # 14CV1025
   Plantiff

v.

City of Albuquerque
   Defendant

Notice of Withdraw of Motion:

I hereby withdraw my motion to Intervene and to dismiss (Doc 36). I do not want to pursue this motion.

Steve Kramer
7937 Ranchitos B
Albuquerque, NM 87103