United States District Court
For the district of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
15 JAN 20 PM 3:20
CLERK-ALBUQUERQUE

United States of America
Plantiff.

CASE# 14CV1025

V.

City of Albuquerque
Defendant

Notice of Withdrawl of Motion

I hereby withdraw my motion to Intervene and Dismiss (Doc. 27) I Do not want to pursue this motion.

Dinah Vargas
4707 Coors Blvd SW
Alb. NM 87121