UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable Robert C. Brack

<u>Case No.</u>   CIV 14-1025 RB/KK    <u>Date:</u>  12/3/2015

<u>Title:</u>  USA v. City of Albuquerque

<u>Courtroom Clerk:</u>  J. Gonzales    <u>Court Reporter:</u>  Danna Schutte Everett

<u>Court in Session:</u>    11:04 a.m.    <u>Court in Recess:</u>  12:46 p.m.

                12:57 p.m.                    1:40 p.m.

<u>Location of Hearing:</u>  Abq.

<u>Type of Hearing:</u>  Status Conference (Monitors 1st Report)

<u>Total Court Time:</u>  2 hrs 25 minutes

<u>Court's Rulings/Disposition:</u>

<u>Attorney's Present for Plaintiff(s)</u>    <u>Attorney's Present for Defendant(s):</u>

Damon Martinez, Elizabeth Martinez,    Jessica Hernandez, Jenica Jacobi

Ruth Keegan, Luis Saucedo    Fredrick Mower

<u>Proceedings:</u>

11:04 a.m. Court in session.

Counsel enter appearances.

Present at defense table:  Robert Hunstman, Gorden Eden, Bill Slauson

Court:  Lays out procedure for hearing – Dr. Ginger to present report and field questions from counsel and possibly Court.

Dr. Ginger:  Presents summary of report.

Court:  Queries Dr. Ginger.

Dr. Ginger:  Responds – continues summary of report – responds to queries from the Court – continues summary of report- will review provided data in December – January for draft – February review and make changes – March 2, 2016 submit report to the Court.

Court:  Asks counsel if they would like to question Dr. Ginger.

Counsel respond that they have no questions of Dr. Ginger.

Mr. Martinez:  Addresses Court.

Mr. Saucedo:  Addresses Court.

Ms. Hernandez:  Addresses Court.

Mr. Mowrer:  Address Court.

Mr. Peter Cubra(McClendon Subclass):  Addresses Court.

12:46 p.m. Court in recess.

12:57 p.m. Court in session.

Mr. Peter Simonson (APD Forward):  Addresses Court.

Mr. Saucedo:  Addresses Court re: audit report [149-1].

Dr. Ginger:  Addresses Court re: audit report [149-1].

Ms. Hernandez:  Address Court re: audit report [149-1].

Ms. Nancy Koenigsberg (Disability Rights NM):  Addresses Court.

Mr. Ralph Arellanes (LULAC):  Addresses Court.

Court:  Thanks participants for attendance and presentations.

1:40 p.m. Court in recess