FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUN - 5 2017
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                  No. 1:14-cv-1025 RB-SMV

THE CITY OF ALBUQUERQUE,

    Defendant

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Joint Motion to Clarify Court's Directive Regarding City of Albuquerque's Report and Action Plan (Doc. 282), filed on June 2, 2017.

The Court imposes the following schedule: Defendant City of Albuquerque shall draft its initial written report and action plan no later than **June 12, 2017**, and distribute it to the parties, the amici, and the CASA stakeholders. The parties, amici, and CASA stakeholders shall provide any input in writing to the City no later than **June 27, 2017**. The City shall file its final written report and action plan with the Court no later than **July 3, 2017**.

IT IS SO ORDERED.

ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE