IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. 1:14-cv-1025 RB-SMV

THE CITY OF ALBUQUERQUE,

    Defendant

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## ORDER

This matter is before the Court on the Motion for Extension of Time to Submit the City of Albuquerque's Report and Action Plan (Doc. 287), filed on June 30, 2017. The Court finds the City's request is well-taken and will be **GRANTED**. The City shall submit its Report and Action Plan to the Court no later than **Monday, July 17, 2017**.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE