# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                          No. 1:14-CV-1025 RB/SMV

**CITY OF ALBUQUERQUE,**

    **Defendant,**

**v.**

**THE ALBUQUERQUE POLICE OFFICERS' ASSOCIATION,**

    **Intervenor.**

## NOTICE OF WITHDRAWAL OF ATTORNEY SUBSTITUTION [Doc. 215]

Elisabeth Bechtold hereby provides Notice of Withdrawal of Attorney Substitution [Doc. 215] from the above-captioned matter. Ms. Bechtold is no longer with the ACLU of New Mexico Foundation and therefore no longer remains as counsel for amicus party American Civil Liberties Union of New Mexico. Attorney Maria Martinez Sanchez, ACLU of New Mexico Foundation, remains as counsel for amicus party American Civil Liberties Union of New Mexico in this case.

                                                          Respectfully submitted,

                                                          ***/s/ Elisabeth V. Bechtold***
                                                          Elisabeth V. Bechtold
                                                          ACLU of NM
                                                          P.O. Box 566
                                                          Albuquerque, NM 87103-0566
                                                          (505) 266-5915

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice was served upon all counsel of record via the CM/ECF system on this 6th day of September, 2017.

*/s/ Elisabeth V. Bechtold*
Elisabeth V. Bechtold