IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF ALBUQUERQUE, | ) | 14-cv-1025 RB/SMV |
| | ) | |
| Defendant, | ) | |
| vs. | ) | |
| | ) | |
| THE ALBUQUERQUE POLICE OFFICERS' ASSOCIATION, | ) ) | |
| | ) | |
| Intervenor. | ) | |

**LETTER FROM AMICUS McCLENDON SUB-CLASS COUNSEL REGARDING CONCERNS TO BE ADDRESSED DURING NOVEMBER 16, 2017 PUBLIC HEARING**

Plaintiff United States of America, pursuant to the direction of the Court, respectfully files the November 7, 2017 letter from Peter Cubra, Esq., *Amicus* for the Plaintiff-Intervenor sub-class in federal class action lawsuit, *McClendon, et al., v. City of Albuquerque, et al.,* Civ. No. 95-24 JAP/KBM, setting forth the concerns he wishes to address with the Court during the November 16, 2017 Public Hearing in this cause.

Respectfully submitted this 7th day of November 2017,

Plaintiff UNITED STATES OF AMERICA

| | |
|---|---|
| JAMES D. TIERNEY | JOHN M. GORE |
| Acting United States Attorney | Acting Assistant Attorney General |
| District of New Mexico | Civil Rights Division |
| | ROBERT MOOSSY |
| | Deputy Assistant Attorney General |
| */s/Elizabeth M. Martinez* | Civil Rights Division |
| ELIZABETH M. MARTINEZ | STEVEN H. ROSENBAUM |
| Executive Assistant United States Attorney | Chief |

| | |
|---|---|
| MICHAEL H. HOSES | PAUL KILLEBREW |
| Assistant United States Attorney | Special Counsel |
| Chief, Civil Division | LUIS E. SAUCEDO |
| RUTH F. KEEGAN | Counselor to the Chief |
| Assistant United States Attorney | COREY M. SANDERS |
| U.S. Attorney's Office | STEPHEN RYALS |
| District of New Mexico | Trial Attorneys |
| P.O. Box 607 | Special Litigation Section |
| Albuquerque, NM  87103 | Civil Rights Division |
| Telephone:  (505) 346-7274 | U.S. Department of Justice |
| Email: Elizabeth.Martinez@usdoj.gov | 950 Pennsylvania Avenue, N.W. |
| | Washington, DC  20530 |
| | Telephone:  (202) 305-3229 |
| | Facsimile:  (202) 514-4883 |

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017, I filed the foregoing pleading through the Court's Case Management and Electronic Filing (CM/ECF) System, which caused the Parties, Counsel of Record, and the Independent Monitor on the case service list to be served by electronic means.

    */s/ Elizabeth M. Martinez*
    ELIZABETH M. MARTINEZ
    Executive Assistant U.S. Attorney