IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 1:14-cv-1025 RB/SMV

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## NOTICE OF WITHDRAWAL OF ENTRY OF ASSOCIATION [DOC 10]

COMES NOW Jessica M. Hernandez, City Attorney for Defendant City of Albuquerque, and hereby respectfully withdraws the Entry of Association of Attorney Licensed Outside the District [DOC 10], which was filed on behalf of Scott T. Greenwood in the above-captioned matter, and also withdraws any Entry of Appearance filed by Scott T. Greenwood.

                                                        **CITY OF ALBUQUERQUE**
                                                        **Jessica M. Hernandez, City Attorney**

                                                        Electronically Filed

                                                        */s/ Jessica M. Hernandez*
                                                        Jessica M. Hernandez
                                                        City Attorney
                                                        P.O. Box 2248
                                                       Albuquerque, New Mexico 87103
                                                       Telephone:  (505) 768-4500
                                                       Facsimile:  (505) 768-4525
                                                       jmhernandez@cabq.gov

                                                       *Attorney for Defendant City of Albuquerque*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 13th day of November, 2017, I filed the *Notice of Withdrawal of Entry of Association [DOC 10]* electronically through the CM/ECF system, which caused the parties, counsel of record and independent monitor on the service list to be served by electronic means.

                                            */s/ Jessica M. Hernandez*
                                            Jessica M. Hernandez

297651