**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Robert C. Brack**

**CASE NO.**   14cv1025 RB/SMV          **DATE:**   December 7, 2017

                                        **Time in court: 28 minutes**

**TITLE:**   United States v City of Albuquerque

**COURTROOM CLERK:**   Jessica Chavez     **COURT REPORTER:**   Vanessa Alyce

          ( ) Albuquerque    ( X ) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered              **INTERPRETER:**   none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Luis Saucedo, Corey Sanders, Paul         Jeramy Schmehl
  Killebrew, Elizabeth Martinez

                                           Intervenor Attorney: John D'Amato

                                           Other person: Dr. James Ginger, monitor

**TYPE OF PROCEEDING:**          Status conference

**PROCEEDINGS:**

11:15 am Court in session

Court – counsel appearances.

1.   Introduction of new leadership team at City/APD by Ms. Schmehl.    Appointment of Chief Geier, Chief Administrative Officer Sarita Nair.

2.   Status of Compliance Plan:   Mr. Saucedo comments.   Mr. Schmehl comments.   Mr. D'Amato comments.   Dr. Ginger comments.

3.   January 2018 status conference –January 18th at 11:00 a.m.

4.   "Retreat" to brief New Leadership team.   Ms. Martinez comments.   Dr. Ginger comments. Court would like to be advised as to Audit at next status conference.   Mr. Schmehl comments.

5.   Upcoming site visit by Dr. Ginger and monitoring team. -   Dr. Ginger comments.

6.   Motion to Clarify -    Court have receive submissions will have Order soon.

7.   Ms. Martinez comments to the Court   Mr. Schmehl comments.   Court – will take up in Order to Clarify.

11:43 a.m.   Court in recess