**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Robert C. Brack**

**CASE NO.**   14cv1025 RB/SMV          **DATE:**   January 18, 2018

**Time in court: 1 hour 9 minutes**

**TITLE:**   United States v City of Albuquerque

**COURTROOM CLERK:**   Jessica Chavez          **COURT REPORTER:**   Vanessa Alyce

( ) Albuquerque   ( X ) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered          **INTERPRETER:**   none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Elizabeth Martinez, Paul Killebrew,              Jeramy Schmehl, Samantha Hults
  Luis Saucedo, Corey Sanders,
  Stephen Ryals                                    Intervenor Attorney: John D'Amato Jr.


                                                   Other person: Dr. James Ginger, monitor


**TYPE OF PROCEEDING:**          Status conference


**PROCEEDINGS:**

11:10 am   Court in session

Court – counsel appearances

    1.   Update on Monitoring Team Site Visit.   Dr. Ginger -Transition of new Administration.   Bring new team up to speed on CASA and plans, restart of process.   Propose two mini reports to the Court. First report in March, Second in May.   Upgrade technical assistance of project.   Motion to be presented to the Court. Mr. Saucedo – Supportive of proposal. Mr. Schmehl – City is on board of proposal.   John D'Amato -   APOA is also on board. Court will look forward to motion, will review when received.   Concern with next outcome assessment report delay.


    2.   Update on Compliance Plan:   Mr. Schmehl- Request extending date filing compliance plan, 6 weeks.   City will file motion by January 29, 2018.   Mr. Saucedo – does not oppose extension and believes it is necessary.   Dr. Ginger- comments to the Court, support request for extension. Mr. D'Amato – believes this request is genuine and in favor of extension.   Court – will favorably consider request.


    3.   Update on City Council's Resolution:   Jerry Walz -   comments to the Court.   New fiscal year coming up.   Lot of work to be done.   City council will work with parties in good faith.   Ms. Martinez -   City council never had a clear understanding of role.   Monitor answers to the Court. Will work with Mr. Walz and Acting City Attorney on proposal at next status conference.   Dr. Ginger comments. Court look forward to updates from City council.

      4.   Report Meeting with Community Policing Councils and Communications to Court from Members.   Dr. Ginger – Entire command staff present at meeting. New Command and community outreach important. Ms. Martinez -   Mayor personal interest demonstrates change in administration and Importance of communication.   Very positive meeting.   Mr. Schmehl – Administration committed to communication with community.   Mr. D'Amato – Large step forward.

      5.   City's Anticipated Disclosure of Recording:   Ms. Hults – Audio recording, complying in keeping parties and Court advised of requests.   Ms. Martinez - comments.   Mr. D'Amato – comments. Dr. Ginger – nothing to add.   Court addresses, relieved to read new administration approach. Received call from someone in news media as to recordings.   Court – no interest in looking back, looking forward with new administration.

Court- March 8, Court will be out of town.   Move status hearing to the following week.

12:19 p.m. Court in recess