**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Robert C. Brack**

CASE NO.   **14cv1025 RB/SMV**                    DATE:   **February 8, 2018**

**Time in court: 49 minutes**

TITLE:   **United States v City of Albuquerque**

COURTROOM CLERK:   **Jessica Chavez**          COURT REPORTER:   **Vanessa Alyce**

( ) Albuquerque    ( X ) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered          INTERPRETER:   none

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
 Elizabeth Martinez, Paul Killebrew,           Jeramy Schmehl, Samantha Hults,
 Luis Saucedo, Corey Sanders,                  Jerry Walz

                                               **Intervenor Attorney: Frederick Mowrer**

                                               **Other person: Dr. James Ginger, monitor**

TYPE OF PROCEEDING:               **Status conference**

PROCEEDINGS:

11:00 am   Court in session

Court – counsel appearances

        1. Update status of City Council's Resolution:    Mr. Walz addresses court. Ms. Hults addresses court. Ms. Martinez addresses court. Was aware that City is working on budget now for 2019.   Dr. Ginger addresses court. Court: process has to be accountable, please to hear from Mr. Walz.

        2. Update on setting the stage "Way Forward for APD"   Mr. Killebrew addresses court. Joint filing Way Forward proposal.   Raised concerns with City and Dr. Ginger. Will not be filing joint stipulation today, Need more time to work on it, extension.   Court: Addresses counsel, deadlines.   Dr. Ginger: addresses to the court. Support DOJ request for extension.   Court: Way Forward in place before March 15 status hearing. Mr. Saunders addresses the court, use of force provisions and possible modifications. Mr. Mowrer addresses court. Dr. Ginger nothing to add.

        3. Reform-related Events:   In Court status conference March 15, 2018 at 1:30 pm.   Dr. Ginger: Proposed two part plan.   On-site for two weeks. Ms. Martinez mini-site visit, CPC summit. Mr.Schmehl, looking forward to summit.

11:49 a.m. Court in recess