1                  IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF NEW MEXICO

3

4    UNITED STATES OF AMERICA,

5          Plaintiff,

6       vs.                      1:14-CV-1025-RB-SMV

7    THE CITY OF ALBUQUERQUE,

8          Defendant,

9       vs.

10   THE ALBUQUERQUE POLICE
     OFFICERS' ASSOCIATION,
11
           Intervenor.
12

13       Transcript of Status Conference before The Honorable
     Robert C. Brack, United States District Judge, held in
14   Albuquerque, Bernalillo County, New Mexico, commencing on
     Friday, February 2, 2018, at 1:04 p.m., and concluding at 1:56
15   p.m.

16

17

18

19

20

21

22                        John De La Rosa, CCR
                   United States Official Court Reporter
23                    421 Gold Avenue, Southwest
                    Albuquerque, New Mexico  87102
24                     Phone:  505.348.2249

25

```
 1   APPEARANCES:

 2   For the Plaintiff:  Jim Tierney, Esq.
                         Luis Saucedo, Esq.
 3                       Elizabeth M. Martinez, Esq.
                         Ruth F. Keegan, Esq.
 4
     For the Defendant:  Samantha Hults, Esq.
 5                       Jeramy Schmehl, Esq.

 6   For the Intervenor: Fred Mowrer, Esq.
                         John D'Amato, Esq.
 7
     ALSO PRESENT:
 8                       James D. Ginger (Telephonically)
                         Honorable Tim Keller
 9                       Sarita Nair
                         Michael Geier
10                       Harold Medina
                         Roger Banez
11                       Arturo Gonzalez
                         Eric Garcia
12                       Cori Lowe
                         Sean Willoughby
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        (In open court.)

2            THE COURT:  Good afternoon, everyone.  We are going to

3   be a little less formal than usual today.  I don't have my

4   robe.  I came up from Las Cruces without it and thought, well,

5   that's just as well.  The only problem with my being informal

6   is I don't know whether John is going to be able to hear us

7   all.  John is our court reporter.  He has graciously set aside

8   some of his Friday afternoon to help us out.

9            Please take a seat.  And so this is just a great

10  opportunity to get together, and I really do appreciate you

11  being here.  I appreciate whoever took the initiative to put

12  this together, because there is nothing like putting faces and

13  shaking hands and getting off on a good footing, right?

14            We put this together hurriedly and in order for a lot

15  of people to make their schedules work, to accommodate mine.  I

16  know a lot of you had to make sacrifices.  I appreciate

17  whatever you had to do.

18            This came along pretty quickly.  I've had a dear friend

19  that died a couple of days ago, and we had a memorial service

20  for him last night in Santa Fe.  He was buried at the National

21  Cemetery this morning.  Because I was going to be up here,

22  that's how we happened to have some time this afternoon.

23  Thanks for being here.

24            So I don't have anything to say other than, you know,

25  I'm committed to this process as I understand you all to be,

1   and gosh, some of us are old hats now by now, we've been at

2   this a while, but we have some new faces.  So first thing on

3   the agenda that you all proposed was Ms. Hults is going to take

4   the lead.  There she is.

5          Please, if John gives us a signal that he can't hear,

6   you need to get closer to a mike.

7          MS. HULTS:  Thank you, Your Honor.  Samantha Hultz on

8   behalf of the City of Albuquerque, and I just wanted to

9   introduce you some of our new leadership.  Of course, there is

10  our new Mayor Tim Keller, and our new CAO Sarita Nair, and our

11  Police Chief Mike Geier.  And we just wanted to convey and I

12  wanted to convey to you that the legal department and the city

13  is very excited having the new leadership on board and that we

14  all look forward to working with you.

15         So with that, I'm going to let the Mayor and Ms. Nair

16  take over.

17         THE COURT:  Mr. Mayor?

18         MAYOR KELLER:  Well, good afternoon, and I'm happy to

19  be here, happy to be invited.  Thank you also to kind of

20  whoever put this together.  I also have never been in a

21  courtroom which is I think a great thing, so I'm kind of

22  looking around and soaking it all in.

23         So also, we have never, I don't know if -- I don't

24  think we have met or anything, but I saw you on a TV show

25  about -- I think it was called "Taming New Mexico."  Were you

1    on this on Channel 5?

2         THE COURT:  PBS did a documentary that Judge Browning

3    actually put it all together, and it was great and had a lot of

4    fun doing it.  We had a grand opening, a gala premiere sort of

5    thing, kind of fun, did it here in the courthouse.

6         MAYOR KELLER:  Yeah, I learned a lot from it actually,

7    and it was during the campaign early on, and I was like, hey, I

8    think that's the DOJ judge, you know.  So I clearly also paid

9    very close attention to the show.  But I learned a lot.

10        I have no legal background at all.  I come from

11   business and finance background, and then, of course, I was in

12   the State Senate for six years, and then was state auditor.  So

13   anyway, this is an area, both law enforcement and legal, in

14   terms of something that is not naturally my wheelhouse, but

15   which I very much respect and have been learning a lot about.

16        So I think if I got the kind of memo correctly, I had

17   sort of a few thoughts to share, and also, if you want to ask

18   questions, or however I can be of service, we can do that as

19   well.

20        So let me just start by saying that, you know, when I

21   campaigned, from day one, I was fundamentally committed to

22   changing the way the city has dealt with the CASA process, and

23   I think -- and a lot of candidates were.  And I'm not going to

24   reflect too long on the campaign or politics, but I think we

25   were able to move the city a little bit in that process of

1   actually electing a new mayor, and I think it brought to the

2   forefront some of the challenges that both APD is facing but

3   also the challenges the city was having with the CASA

4   agreement, and to a large extent, of course, even the

5   monitoring team.  And so for me, I actually felt that was very

6   insightful because I feel like I was able to come in with some

7   clear direction in terms of where I wanted to go.

8          And fundamentally changing that process so far, you

9   know, I think we've manifest in several different ways, but the

10  first step was committing to actually working together.  And so

11  literally, I think from day one, our team met with the DOJ

12  team, and we have tried to say at the start we want to work

13  together.  We believe in constitutional community policing, and

14  also, we want to make sure that we're doing these reforms even

15  for the intent of them.

16         So we believe that they are needed, we believe that

17  they are real, and we believe that the only way to actually

18  heal our community is to actually go through this process and

19  have -- not only complete it, but also have those forms done to

20  the utmost of real effectiveness to last for decades.  That's

21  what our community wants, that's what our community needs.

22         Now, I think the only rub from our end is speed,

23  because I think folks are thirsty for progress to be shown, and

24  so I'll talk a little bit about that at the end, but that's

25  kind of my approach going in.

1          And we -- you know, even the notion, we've talked about

2     constitutional community policing, but also getting back to

3     actual community policing in a neighborhood sense which is what

4     I had when I was a State Senator, and ironically, the commander

5     of the department in the International District that I worked

6     with on community policing was our now Chief Mike Geier.  So

7     for me, at least, I've had a taste of what that should look

8     like and seen a community that trusts its police department and

9     a police department that trusts its community.  I saw what that

10    looked like on a neighborhood level, and it was something that

11    I hope we are already getting back to, but I know it's going to

12    be a long road, and that's something that I hope in the

13    not-too-distant future where we can say that's truly been

14    restored.

15          Now, coming from the auditor's office, too, I think --

16    Sarita was our general counsel and government accountability

17    officer there.  We also have a lot of faith in the notion of a

18    monitor, and so we'll just say that this idea that we have to

19    have a third party monitoring compliance and progress is

20    basically what we were doing for the last three years in some

21    ways for the City of Albuquerque even, and for -- you know, we

22    even had interactions with the police department in that

23    office.  So those -- I think that perspective is really

24    important, so we also have a deep respect for that.

25          Even in my own work way back, like 10 years ago, I used

1    to do culture change work in corporations, and so large

2    Fortune 500 companies through like Booz Allen, a giant

3    consulting firm.  But the point is I also feel like I do see

4    some of the similarities in terms of we are using process and

5    court-driven system to drive behavior which then hopefully

6    drives culture.  That's actually something academically and

7    from the professional world I'm very familiar with.  And

8    something that we're also trying to do at city hall, not just

9    at APD.

10            You know, not worth going into those details now, but

11   there is a lot of things about restoring pride in our city and

12   restoring ownership from every city employee on the front line

13   in terms of what they can do to make the city better.  And then

14   I think also a city saying, you know what, this is our town,

15   and we're going to take control of it being a great place to

16   live.  And connecting those two things, I think, is core to the

17   philosophy that I'm going to use for the next four years to

18   hopefully actually bring about a different kind of Albuquerque

19   that reflects the best from where we come from, but also says

20   that we can be much, much better than we are now on pretty much

21   every front.

22            So all across the board is definitely a change agenda

23   from my end, and at the top, I'm so grateful to have some folks

24   who are buying into that vision and qualified to do it.

25            So we have one, a new acting city attorney.  She

1   introduced herself, but Samantha, we've been just very pleased

2   with and has been doing a great job so far in our mind,

3   especially kind of resetting this process, and also mapping out

4   at least a short-term path forward.  So I appreciate her

5   stepping up and fulfilling that role.

6           I made some changes right away on the first day, and

7   you know, we don't have to get into it, but there is no one

8   left from the previous administration at a senior level in

9   either my office or APD other than the -- well, we have two

10  chiefs because one got promoted, so we'll do introducing there.

11          But Deputy Chief Garcia, we wanted to keep because we

12  thought that he was sort of one of the lone bright lights in

13  this whole process.  So we're glad that he's agreed to stay on.

14          But other than that, we have a completely new team, so

15  I'm excited to be able to have them introduce themselves a

16  little bit after this and so forth.

17          But also includes our CAO, so I do want to talk about

18  Sarita a little bit.  She's a lawyer, answers her cell phone,

19  because, see, I was jealous that she had a cell phone in the

20  courtroom, and -- also, my apologies for not having a tie.

21  Like you, it's very informal, but I was walking over, and I

22  realized it's probably protocol to have a tie and so forth, so

23  if I need to don one, I'll borrow someone's, but --

24          THE COURT:  It is a relatively small fine.

25          MAYOR KELLER:  So I think we've got a team in place.

1    We are looking obviously for a permanent city attorney.  And so

2    we're going through that process, but we're taking our time,

3    and the number one reason is the CASA agreement.  We want to

4    have someone who is the right fit with Samantha and her team,

5    and also with Sarita's background, we have been able to

6    essentially I think sandwich whoever the new city attorney is

7    with folks who believe in our vision and know where we want to

8    go.  So we feel confident about that, but also that's why we're

9    not rushing, and so we do have finalists, and hopefully, we'll

10   get there soon.  But we feel like for the meantime we're in

11   good hands.

12          The last piece of that that I would really share is,

13   you know, this speed issue.  I believe from my research -- and

14   actually met with the DOJ, and again, my sheer ignorance of

15   like federal bureaucracy, I really don't know what level we met

16   with, but they were in D.C.  And they had -- we met in the

17   guy's conference room, the famous FBI director.  Hoover.  Yeah.

18   And so anyway, I feel like they were important.  And they had

19   great stories about the room, too.  Probably the most important

20   person actually.  They did allude to all sorts of file cabinets

21   they have yet to open and maybe haven't been opened in decades.

22   But anyway, we had a great meeting with them, and I learned a

23   lot actually about the process from their end, and also have --

24   done some research in other cities, and we talked about sort of

25   expectations, and I know that these can go on for a long time,

1    and I respect that, and I understand why, and if that's the

2    path that ours goes down, so be it.

3           But we're committed to doing everything we can to both

4    meaningfully do these reforms, but also, if we can, kind of

5    reset the timetable, because I do think as someone who has been

6    charged for better or worse by the voters to actually run our

7    city, our community is just so thirsty for progress on this

8    front, and so we're looking to guidance and working with DOJ on

9    whatever and however we can do things differently.

10          I know use of force is one of the more challenging

11   issues, but I'll let the experts speak to that.  I think from

12   our end, we want to really work on that in short order to try

13   and address not just the low-hanging fruit but sort of the

14   biggest challenging piece, I think, and that's something with

15   APOA and our discussions, I'm hopeful and optimistic that we

16   can make progress on that.

17          I think that'll also help with -- frankly, there are

18   challenges within the rank and file, and morale, because of

19   uncertainty with respect to the CASA process, and that's

20   natural, normal.  But again as mayor, I want officers who are

21   motivated, they are doing the right thing, but they are also

22   not afraid of the mountainous paperwork or the ambiguity or the

23   changing rules of the game.  Those are things that are on us to

24   clean up in accordance with the CASA, and so I believe all our

25   leadership team is dedicated to that.

1          So I think the last piece is our chief who I think will

2     say a few words, but his team that he's put together, we

3     continue to just be impressed with their ability to actually,

4     after only a couple of meetings that we've had with them, carry

5     the ball forward in a very meaningful way.

6          And so to me, it's amazing that you guys are moving

7     faster than we're moving, which is a great thing, and that's

8     actually how it should be.  And for me, the single best piece

9     of the last two months of being mayor has been faith in our

10    leadership in APD.  Because I know despite the ART project,

11    which we won't talk about, and some other things -- and we have

12    plenty to worry about and plenty to do, and one of the things

13    that's been so comforting and so grateful for us is that it has

14    not been daily trying to ride herd on APD.  And that is a good

15    thing, because I did not run for mayor to run APD, but in the

16    back of my mind, I thought I might have to spend a lot of time

17    on the fifth floor.  So far, that's not been the case, and so

18    obviously I think that'll continue, but it is something I

19    really appreciate, and I think bodes well for the whole process

20    going forward.

21          So I think with that, I know Sarita is going to share a

22    few thoughts, but also, whatever protocol is, I can answer or

23    discuss whatever you would like to touch on.

24          THE COURT:  I don't have any questions at this point.

25    But I have not known you before.  In fact, we never had

1    anything like this with the prior administration.  I appreciate

2    your energy.  That's obvious.  And I appreciate that you all

3    hit the ground running on this issue.  That was obvious from

4    things that happened, filings, other discussion we've had.

5            And while some of us have been involved in this process

6    for a while, when we came -- when I came to this process, I

7    didn't have any background in system change or culture change

8    as a judge.  I've been in courtrooms a lot.  I don't have any

9    sense of nervousness when I come in anymore, and it is okay

10   that you do, actually.  You know, people say when they come up

11   to speak on behalf of the defendant that I'm about to sentence,

12   "Gosh, I'm really nervous."  I say, "That's okay, and it's to

13   be expected."  Right?  When you get to the point where you're

14   not nervous in a courtroom anymore, you've been there way too

15   much.

16           So I know you were -- I heard the commitments that you

17   made during the campaign, and on December 1st, whatever day it

18   was that you actually took office, things happened consistent

19   with those commitments, and I made note.  None of that escapes

20   my attention.

21           So everything you said, amen, brother.  I'm good to go.

22   The speed with which -- you know, I don't know.  I'm afraid

23   that up until now we sacrificed real reform at the altar of

24   speed and efficiency and checking boxes, maybe.  And in that

25   process, we made a really tough environment for the officers in

1   the street.  That was -- the box-checking ended up taking a lot

2   of time and energy that could have been better spent out there

3   doing policing, right?

4            So I don't know the answers to that question.  And,

5   yes, you are right, these reforms historically, nationally,

6   sometimes they take many years.  I'm actually going to learn a

7   little more about that.  I'm going to a conference --

8            Are some of you all attending that conference as well?

9            In Fort Worth next week about the consent decree

10  litigations that are going on all around the country, and, if

11  you are interested to go, I'm sure you can get in.  Tarleton

12  State University and Texas A & M have combined to put this on,

13  and this is the second year.  I think last year was the first.

14  I wasn't able to go because I had something else going on here,

15  I don't know what it was.  But something to think about and an

16  opportunity for all of us to share, and to, you know, best

17  practices and what's working for you.

18           I think we're still the only consent decree in the

19  country where we had a barbecue at one point.  You know, I am

20  all about celebrating real change and real progress, and I

21  want -- I don't live here.  I used to.  I loved the time that I

22  spent in Albuquerque.  I want to give the City of Albuquerque

23  what they deserve, and at the same time, the police officers

24  what they need.

25           So I want real change.  I don't want just perfunctory

1    sort of nod in the direction of change, and what it would take

2    to get out of this and get by this process.  That's going to be

3    frustrating whenever it happens, and maybe with new energy and

4    a new team, maybe things happen.

5         Ms. Nair?

6         MAYOR KELLER:  Sure, and I'll let Ms. Nair proceed, but

7    I just want to thank you for what you shared, and it's

8    reminding me, too, that at the end of the day, this whole

9    process ironically, at least in terms of electoral cycles, I

10   ran to own this, so I just want you to know that I'm well aware

11   and okay with the responsibility of how this goes.  That's

12   actually all on me.

13        So you should know that if you have significant issues,

14   whether it is with our command staff or whether it's with

15   whatever, you know, I believe that one difference that -- not

16   to get into the past administration, was a lack of direct

17   ownership from the top.

18        Now, that doesn't mean that I want to be involved in

19   any way unless I have to be; but at the end of the day, I am

20   comfortable with that responsibility.  And so I truly believe

21   progress on the DOJ reform process, and CASA is a metric with

22   which I will be measured as mayor, and I ran to accept that

23   responsibility.  So just know that at the end of the day, this

24   is on me, and we're ready to do that, so is the rest of the

25   team.

1          THE COURT:  That's stepping up, and that's what we

2     need.  Thank you.

3          MS. NAIR:  I just want to start by thanking the U.S.

4     Attorney's office.  U.S. Attorney Tierney and AUSA Martinez and

5     AUSA Saucedo put this together, and everybody was able to drop

6     things and get here.  But I want to acknowledge that they

7     really were the brainchild -- the masterminds behind this, and

8     we appreciate the opportunity.

9          I also want to thank APOA for being here.  The monitor

10    has told us that we are somewhat unique in the involvement of

11    our union and the ability of us to collaborate with them in

12    this context.  And so we think that's a great advantage for us.

13         I also want to thank Dr. Ginger who has spent quite a

14    bit of time with the mayor and me as well as with the rest of

15    the team making sure that we understand the nuances of this

16    process.

17         And I don't have a whole lot to add to what the mayor

18    said except for about three things.  One is to underscore what

19    you said, Mayor, but accountability.  I do think it was not

20    always fair to leave what we called the fifth floor, APD, and

21    the legal department out there on their own to defend what was

22    going on in that process.  And so I personally made it a point

23    to be there, physically present.  I think that makes a

24    difference.  Whether it was meeting with APD with the chief or

25    at meetings like this or even their planning meetings so that I

1   could really appreciate the full breadth of the job ahead of

2   them.  And so that's been really valuable and demonstrates what

3   the mayor was talking about in terms of accountability.

4           I also want to just address directly the issue of the

5   recordings.  That was one of many things that you learn when

6   you take over a new role.  And we have made it very clear

7   policy that there is to be no surreptitious recording of

8   anything in city hall or at APD, and I'm about to issue an

9   administrative instruction to that point to all employees so

10  that there is no question about our belief on that in this

11  administration.

12          And also what I wanted to do is sort of by way of

13  introduction of Chief Geier, since he's going next on the

14  agenda.  I wanted to just speak firsthand about the embrace

15  that he's received from the community and his unique

16  qualifications for this job.  So in addition to probably the

17  pretty well-known story of how he was on the force in Chicago,

18  came back here and shaved his head and started over again at

19  the academy, and the respect that that gives him within the

20  department.  He's also done so much work with the victims of

21  crime, whether it's at the Family Advocacy Center or the Sexual

22  Assault Program.  He also has an intellectual bent to the way

23  he thinks about policing that makes him able to converse and

24  connect with all of the different players in this process in a

25  really unique and valuable way.  So, you know, from the first

1    time that I met him, I had a lot of faith that he'd be their

2    day-one person for this job, and I think the rest of the team

3    can attest that he's really brought that value.

4           So also happy to answer any questions.  Also my first

5    time in a federal courtroom.  I was a lawyer, but I was a

6    corporate lawyer.  So I think I did my job; I was not here.

7           So I thank you for giving us the opportunity to meet

8    face to face.  With that, I'll stand for questions or hand it

9    over the chief.

10          THE COURT:  Let's hear from the chief.  I think I know

11   something about that interesting background, but, Chief, can

12   you flesh that out for me?

13          CHIEF GEIER:  I'll try not to break your equipment.

14   I'd like to start with introducing my staff because you are

15   only as good as the people around you, and they make me what I

16   am, and together we make a team that really comes together.

17          So we'll start with Deputy Chief Banez, if you would

18   introduce yourself real quickly.

19          DEPUTY CHIEF BANEZ:  Roger Banez, the deputy chief for

20   Administrative Services Bureau, sir.

21          DEPUTY CHIEF GONZALES:  Arturo Gonzalez, deputy chief

22   of Investigations.  I have the privilege of taking over Deputy

23   Chief Garcia's position when he took over compliance from over

24   SID, Family Advocacy Center, Crime Lab.  And also the Realtime

25   Crime Center.

1          DEPUTY CHIEF MEDINA:  I'm Harold Medina.  I'm the

2     deputy chief of police for the Field Services Bureau for

3     basically all the uniformed officers, the area commands and the

4     tactical section for the department.

5          LT. LOWE:  My name is Cori Lowe.  I'm a lieutenant with

6     the Albuquerque Police Department.  I come mostly from

7     investigations for violent crimes and special investigations,

8     and now I'm temporary duty in the compliance unit.

9          DEPUTY CHIEF GARCIA:  I'm Deputy Chief Eric Garcia,

10     Your Honor, you met me before.  I'm in charge of our newly

11     created Compliance Bureau.

12          THE COURT:  You know, it is great to see a familiar

13     face.  I've never seen this wholesale change.  I remember

14     hearing from the deputy chief, and given what he said, I said,

15     "You still have a job?"

16          DEPUTY CHIEF GARCIA:  I was kind of surprised, too,

17     Your Honor.

18          THE COURT:  Thanks for being here.

19          MR. SCHMEHL:  Yes, Your Honor, I'm Assistant City

20     Attorney Jeremy Schmehl, and it folds into what was stated by

21     the mayor and also Sarita.  I'm sort of the compliance officer,

22     I guess, or compliance counsel.  When I was hired, it was not

23     clear what I would be doing.  I think I was filling a hole,

24     filling a gap.  They needed help with the project.  And so as

25     time has come and gone on, I sit in on every meeting you can

1    imagine with regard to this process.  I've listened.  I've

2    learned.  I've learned not just from the department side of

3    things and a lot of the dysfunction that everyone is aware of

4    from the past process, but also from our own team.  So that's

5    my role.  My role is just to be the counsel and help where

6    there is process questions and problems, but also where there

7    is legal questions.

8          And I can tell you that the new administration, the

9    first meeting we had with Sarita, a lot of the difficulty was

10   thinking about how to approach the project, and from the first

11   meeting, they have through Sarita brought a new perspective

12   that's informed and also not just sort of sitting and waiting

13   and checking boxes.  So that's my role, and I probably talk too

14   much, but there you go.

15         THE COURT:  Not all.  Thank you.  You know, I think I

16   ought to just say this maybe at this point.  I didn't say it

17   earlier.  I've got no interest in looking back.  I have no

18   interest other than in terms of lessons to be learned, and I am

19   not here to disparage anyone or anyone else's role at this

20   point.  There is a change of administration.  There is a change

21   of approach.  Let's go forward and make things happen.  We

22   spent too much time looking back.

23         So, chief.

24         CHIEF GEIER:  Thank you.  First of all, this isn't my

25   first time in court, but I still get nervous, so it is just one

1    of those things.

2         I have been in law enforcement almost 45 years now, and

3    as Sarita mentioned, 20 years with Albuquerque.  I left

4    Albuquerque in 2014 to become the chief of Rio Rancho where I

5    spent three years.  When I left Albuquerque, it was pre-DOJ, so

6    to speak.  The rumblings were there.  There was former -- even

7    a former former administration in place.

8         I saw what was going on, and having been part of the

9    culture and part of the department, I mean, like everybody in

10   this room, we all saw maybe the early stages of what was to

11   come.  And efforts were made.  Obviously, it didn't work for

12   whatever reason.  I was gone for three years, but I'm a

13   resident of Albuquerque.  I read the papers.  I have numerous

14   friends that are on the department that exchanged stories, told

15   me their concerns about what was going on.

16        So I tried to stay current.  I read a lot of the

17   monitor's reports where I could.  And there were some lazy ones

18   and different things and tried to stay as current --

19             THE COURT:   Did you get that, Dr. Ginger?

20             CHIEF GEIER:  They were all good, though.  They were

21   all good.

22             MR. GINGER:  I did, Your Honor, yes.  I agree.

23             CHIEF GEIER:  But it did give me some information, some

24   background, and when Mayor Keller -- he wasn't the mayor at the

25   time, approached me about the possibility of when he was

1   running for mayor to be part of his team.  And I had retired

2   briefly from Rio Rancho, and I gave it a lot of thought during

3   that time.  But I have trust.  I have worked with the mayor.  I

4   actually met him when -- before he got married, I was working

5   with his future mother-in-law.

6          I had the privilege then after leaving the Family

7   Advocacy Center to work in the International District where he

8   did a good job, and we worked together, and he was the only

9   candidate I really would have done this for.  And obviously, it

10  is either congratulations or condolences when you take a job of

11  this nature because it is a rough job.  And the first day, you

12  sit and ask yourself, "Where do we start?  What do we do

13  first?"

14         And we did that, and again, we're very gracious to the

15  fact that we have a city staff that is supportive, and I mean,

16  there is no bridge across between the two streets.  It is --

17  other than the tunnel, we're on same side most of the time with

18  these issues.  Most of these officers, I've worked with for 20

19  years, including Eric, who I wanted to make sure he stayed for

20  that reason because of his involvement, and I've worked with

21  him, and I know his capabilities.

22         I think that we have made progress because we have kind

23  of taken the priority issues.  When you think about it, the

24  voters who voted were concerned about crime.  We had

25  recruitment and retention issues, another priority.  We have

1   community policing which should be a philosophy and a program

2   in place.  We need some work in that regard.

3            But, you know, the kind of the elephant in the room was

4   the fact that the DOJ was in town.  And you mentioned the

5   officers and the cloud that they worked under is because there

6   was a lack of communication, a disconnect, I see, that caused

7   issues within the department.

8            And my philosophy is don't forget where I came from.

9   Like she said, I was that recruit, marching and getting yelled

10  at by people half my age, and you learn lessons in humility,

11  but also those lessons on strategy is what do you take from not

12  so much blaming people but what do you learn from the mistakes

13  of the past and how do you prevent them in the future.

14           And I think our team has come together to recognize

15  that.  Again, there is no fault finding.  Here is where we're

16  at today.  We're moving forward.  We're not looking back.

17  We're going full steam ahead.

18           To that end, we did some reorganization in the

19  department.  We actually made more work for these guys, and I

20  give them credit.  They are handling a compressed job.  We've

21  taken away some of the fat at the top, so to speak, and we've

22  also created a whole bureau of compliance -- for compliance led

23  by Deputy Chief Garcia.  And his team, with Jeremy, I mean, the

24  meetings I've had are some of the -- you know, unlike most

25  committees, nothing really gets done.  I feel like at the end

1    of each meeting, there is progress, and we can see that.

2              And since I've been there, I know we don't even have

3    enough time sometimes to meet; but in the short times we're

4    there, I can see that progress.  And slowly but surely, we're

5    going to reach this.  We're all committed to it.  I can give

6    you 100 percent, not only mine, but there isn't a member of the

7    team here as well as the city that isn't part of it.  And I

8    know the APOA is a big factor in that as well as the member of

9    the Department of Justice.  We're all one big team, and I think

10   Dr. Ginger would attest to it.  He's part of that team as well.

11             So when you are all working for the same purpose, you

12   are going to get things done.  So that's going to be a

13   championship team in my mind because we've taken the best.

14   We've recruited, drafted, whatever, robbed, steal, to get these

15   people there.  So you have my assurance if there are any

16   issues, and Dr. Ginger knows this as well, we can exchange and

17   meet on a neutral level and address these and move forward.

18             You won't see recordings.  You won't see any animosity.

19   This is a spirit of cooperation as far as we're concerned.

20   Again, I'm tremendously proud of the staff we have here.

21             Cooperation with the union.  I mean, that's big,

22   because that's usually a problem in a lot of agencies.  Right

23   now, it is a perfect storm in the right direction, and I would

24   like to keep it going that way.

25             I appreciate you meeting with us today and taking the

1    time to be part of this as well to hear us out, and again we're

2    looking -- we know it's not going to get done overnight by any

3    means, but we're not going to go backwards, I guess is my

4    promise to everybody.

5            So thank you for your time today.

6            THE COURT:  So I was traveling not too long ago in

7    Costa Rica, and someone asked me about my Spanish and I said

8    it's rudimentary.  That's actually being more optimistic than I

9    should be.  But in Costa Rica, when someone says "gracias," you

10   know, in Mexico, other places, you would say "de nada" or "por

11   nada."  But in Costa Rica, the answer is "con gusto."  And if

12   you think about literally what those phrases mean, thank you,

13   it's nothing, or for nothing, what I just did for you didn't

14   matter, it didn't amount to anything.  So that's literally what

15   it means when we say those things.  But in Costa Rica, as a

16   culture, as a country, they say "con gusto," which means

17   whatever I just did, I did it with pleasure, I did it because

18   it meant something to me.

19           When you thank me today, I'm going to say "con gusto,"

20   because this is in everyone's interest.  This is a pleasure to

21   be here.  It was not a hard thing, just schedules are hard to

22   coordinate.  I'm not in Albuquerque a lot.  So I appreciate the

23   chance, and I'm glad to be here.  It is my pleasure.

24           This is an interesting pick, Mr. Mayor, Chief Geier.

25   Because he comes with great qualifications, but he comes with

1    his eyes wide open.  He knows what he's stepping into, and it

2    was really easy to sit this one out.  It would have been -- I'm

3    approaching senior status in July.  You know, I'm going to have

4    a semiretired -- I have a younger sister.  She's 16 months

5    younger.  We're very close.  I told her I was going senior

6    status recently, she said, "What does that mean?"  I said,

7    "Well, it means I work three or four days a week."  She said,

8    "You're actually going to increase your workload?"  Only a

9    sibling, you know, a real close sibling can get away with that

10   sort of thing.

11          But I gave some thought to sitting this one out.  I

12   gave some thought to just, if I'm going to be senior, just

13   letting somebody else have this case, and there wouldn't be

14   anything wrong with that.  A judge just has to come to speed.

15   But I'm not going to do that.  I'm staying hitched with my eyes

16   wide open.  At a time when I could sit this one out, I'm not

17   going to.

18          So I appreciate that at this point in our lives we're

19   committed to this process and we choose to be involved in this

20   process, not we just find ourselves in this sticky wicket.

21   Congratulations on the team you've assembled and glad to have

22   you on board.

23          Whose's got the ball?  Mr. Mowrer?

24          MR. MOWRER:  Your Honor, it's my pleasure.  Fred Mowrer

25   on behalf of the APOA.  I'm here as well as the president and

1    vice president.  I think Mr. Willoughby wants to I think join

2    in this and show where you the APOA is coming from.

3              THE COURT:  Mr. Willoughby is known well.

4              MR. WILLOUGHBY:  I was told to speak slowly and keep it

5    short, so I'll just keep it short and speak slowly.

6              THE COURT:  Everyone once in a while, Mr. Willoughby

7    would show up, and he's got a lot of energy, too.

8              MR. WILLOUGHBY:  Passion for it.  How's that?

9              THE COURT:  Passion, oh, no, that's exactly right.

10   Energy translates into passion.  And he would just start

11   talking very quickly.  And court reporters, you know, they are

12   out there doing the best they can taking everything down, but I

13   looked down at my court reporter's machine the last time you

14   were in court, and there was smoke coming off the machine.  And

15   I said just dial it down.

16             MR. WILLOUGHBY:  Calm down.

17             THE COURT:  I don't think I said calm down, but go

18   ahead, Mr. Willoughby.

19             MR. WILLOUGHBY:  You know what, Your Honor, we're just

20   as always, from the very beginning, we've been dedicated to

21   this process.  We've fought on behalf of our rank-and-file

22   police officers that we represent.  The issues that were

23   important to us and were important to them.  We're advocates

24   for the police officers that have to do the heavy lifting

25   involved in this process.

1       We've always been dedicated to this process.  We've

2  graciously taken the opportunity to have a seat at the table

3  and we're going continue to do so.  We want to get our police

4  department back.  We want to succeed.  We want to change the

5  culture.  We want to have some wins.  We think the officers

6  need wins.

7       This is a breath of fresh air for us because we've been

8  in this process since the very beginning.  We've identified

9  problems.  We've tried to work through them, but there was

10  nobody that felt that was on the other side except for DOJ.  We

11  have good relationships with everybody involved, but from the

12  city administration and our administration with the police

13  department, that was really keeping everybody together and

14  getting us organized to identify problems and work towards

15  solutions.  And I think that that's changed.

16       I'm very optimistic.  We are looking at very -- the

17  fundamental requirements for placing on our supervisors, and on

18  our officers, as it relates use of force and trying to

19  streamline that to put more officers on the streets doing

20  police work by systematically creating a more consistent

21  product that the monitor can be proud of and our department can

22  be proud of.  We're just optimistic.

23       We're dedicated, and we'll be here until the very end.

24  Administrations will come and go.  Folks will retire.  We're

25  pleased with our chief.  We're pleased with our new

1    administration and our new mayor.  But we may be here another

2    eight years, and we're dedicated to this process and seeing it

3    through.  We are the one consistent entity of the parties that

4    will always be here.  You will have people come in and out, and

5    we'll always be here to make sure that the rank-and-file

6    officers are represented, and we just appreciate the

7    opportunity to have this face to face.

8             Thank you for the time.

9             THE COURT:  Yes, sir.  Thank you, Mr. Willoughby.  It's

10   always a pleasure.

11            I'm not looking at the agenda.  Is somebody else next?

12   Who's got the ball?

13            Dr. Ginger.

14            MR. GINGER:  Good afternoon, Your Honor.  I will

15   apologize for not being there in person, but I'm recovering

16   from the flu, and flying is simply not recommended at this

17   point.  So I don't often phone it in, but this is a matter of

18   necessity, I suppose, and I'm not going to argue with the

19   doctor.

20            THE COURT:  Dr. Ginger, we're just as glad you're not

21   here if you've got the flu.  We've managed to -- we haven't

22   been hit quite as hard in New Mexico as many places have, but

23   I'm sorry that you are not well, and thanks for taking the time

24   even with your illness to participate.

25            MR. GINGER:  Well, it is my pleasure, Your Honor, and

1    it's also my pleasure to report a clear and meaningful sea

2    change in the relationship between the APD and the monitoring

3    team.  We spent a working week with the new command staff in

4    early January, and it truly was like night and day.  We found

5    people who were committed to this process who asked meaningful

6    questions about how they could improve their performance, who

7    were willing to listen.  And from everything we've seen, just

8    from that one working week, there has been a major sea change

9    at APD, not just at the command level, but at other levels

10   where we have to work.

11          So I will commend the new city administration and the

12   new APD administration on a remarkable, almost 180-degree

13   turnaround in a very short period of time.  So we're looking

14   forward to an improvement in the quality of those reports that

15   come out to you on a periodic basis.

16          THE COURT:  Dr. Ginger, I'm encouraged to hear your

17   report.  I'm hearing all the right things from everybody around

18   the table here today, but you have -- you know them.  You have

19   had to deal with them.  You've gotten to deal with them up

20   close and personal, and if it's your sense, having done this

21   for a long time, that it's not just lip service to a process

22   but actual attitude change, we all ought to be encouraged, and

23   so thank you for that.

24          The last item on the agenda is relating to the March

25   15th status conference.  So I'm sure you all understand by now,

1    but we have a monthly status conference, and most of the time,

2    those are handled telephonically.  They are recorded, and they

3    are available to the public.  But it is easier on me, of

4    course, to be in Las Cruces.

5         The request was made that this next monthly status

6    report be public with me actually here in Albuquerque because

7    there was some talk about a change in scheduling and the dates

8    on which the IMRs would come out, and we would have -- I forgot

9    what we call them.  Mini reports or --

10        Luis, what are they called?

11        MR. SAUCEDO:  Interim reports.

12        THE COURT:  Interim reports, thank you.  And I see that

13   several people want to speak to that issue.  But let me just

14   announce, I'm glad to be here, I will be here, and we'll figure

15   out if the 15th won't work, we'll work around whatever date

16   within a day or two of that that we need to, but I will be here

17   for that public hearing.

18        So otherwise, I'm glad to hear you, Mr. Saucedo.

19        MR. SAUCEDO:  Yes, Your Honor, good afternoon, Luis

20   Saucedo for the United States.  Thank you, Your Honor, for

21   accommodating the public status conference on March 15th.  We

22   think it's an opportunity to inform the public about the

23   changes that are taking place.

24        As the city and APOA have mentioned, and Dr. Ginger, we

25   are working collaboratively to meet current challenges that

1    exist.  We still have a long road ahead to reach sustained

2    compliance in this case, but we have renewed commitment from

3    the city.  We have continued to benefit from the collaboration

4    of APOA in offering constructive solutions to challenges that

5    come up.  And we look forward through your stewardship, and

6    we're very pleased to hear that you will continue to preside

7    over this matter.  We believe that we have the right elements

8    and ingredients to keep us moving forward.  So, Your Honor, we

9    appreciate that.

10           I did want to mention, Your Honor, that we did have a

11   productive meeting with Mayor Keller and Ms. Nair back in D.C.

12   They met with the leadership of the Civil Rights Division, and

13   it was an opportunity for us to on both ends to renew our

14   commitments to this process.

15           We recently had two successes, and these are shared

16   successes, because when we reach compliance with these

17   agreements, we think everybody benefits and everybody wins.  So

18   we had our East Haven Connecticut consent decree recently

19   terminate, and that was at the request of both parties and the

20   monitor coming together to request from Judge Thompson in the

21   District of Connecticut that the goals of that consent decree

22   had been met.  So that agreement has recently been terminated.

23           The parties also in our Seattle Police Department case

24   both approached the court with a motion to have a declaration

25   that the city had achieved substantial compliance, and so there

1    the court recently granted that motion and declared that the

2    city has two years of sustained compliance to go.

3            But these are huge milestones in these cases, and we

4    look forward to reaching that same juncture in this case with

5    continued collaboration of everybody working together.

6            The U.S. Attorney wanted to make a remarks as well, so

7    I do want to pass the baton over.

8            MR. TIERNEY:  Thank you, Your Honor.  I just want to

9    again thank the city and the police department's new

10   administration for their cooperation and their professionalism.

11   I want to assure the court, it is not just for this case.

12   We've had several issues with APD, had a thorny one with

13   discovery.  Chief Gonzales solved it, and that's just an

14   example of the professionalism we're dealing with here.  I

15   don't think the court is going to have any problem moving along

16   with this case.

17           THE COURT:  Thank you, Mr. Tierney.  You didn't take

18   very long to say a lot, and I appreciate that.  And --

19   goodness.

20           And Mr. Saucedo, I'm glad you told us about successes,

21   because a lot of people think a consent decree is like a life

22   sentence, you just don't ever get over it.  It is good to know

23   that progress gets made.  And I think it was Mr. Willoughby

24   that said eight years from now we may still be here.  I don't

25   know whether I will be.  I've said I'm committed to the

1    process.  I didn't say I was committing for the long haul.

2              But who is there?  Mr. Mowrer, did you want to be heard

3    on the monthly status conferences?

4              MR. MOWRER:  No, Your Honor.

5              THE COURT:  And Dr. Ginger, anything else?

6              MR. GINGER:  Nothing from me, Your Honor.

7              THE COURT:  You get to feeling better, Dr. Ginger, and

8    don't come to New Mexico until you do.

9              MR. GINGER:  I promise not to give it to anybody in

10   Albuquerque.

11             THE COURT:  All right.  We're going to hold you to

12   that.

13             Anybody have any last words?  Mr. Mayor?  Anything by

14   way of wrapping up?

15             MAYOR KELLER:  No, I just want to thank everyone for

16   coming today and for their time, and especially I want to

17   emphasize we heard a little bit about our deputy chiefs and --

18   but we have, I think, a great team in place, and so I

19   appreciate also folks, you know, their dedication and their

20   coming back, some from retirement, stepping up, staying on, and

21   so just glad we are truly sitting here today.  Thank you.

22             THE COURT:  You know what, I love the attitude.  I love

23   the passion.  I love the energy, and the renewed commitment.

24   You know, you didn't just soft sell it.  You said it's on you,

25   and this is going to be a metric by which the success of your

1  administration is gauged, and I -- this is extraordinary stuff

2  that we're hearing, so I appreciate the chance to be together.

3          Ultimately, the proof is in the pudding.  We all know

4  that.  But gosh, so many wonderful things can happen when

5  everybody is pulling in the same direction.  You know.  It's

6  kind of counterproductive when you've got unequally yoked oxen,

7  right?

8          So I mentioned the barbecue a while ago, and some of

9  you looked at me like, "What?"  So maybe you don't know the

10  whole history.  I'm all about celebrating successes and

11  celebrating good reports.  And I don't know, a couple of years

12  ago in the summer, we had a good report or two in a row, and I

13  bought barbecue for everybody.  We had a barbecue, and we broke

14  bread together, and I can't wait to put on the next barbecue.

15  So you guys just keep the good reports coming.

16          Thanks very much.  I'm going to go back to Las Cruces

17  now, and you all have a great weekend.  Thank you so much.

18          I am easy to find myself, as you all all know.  Nobody

19  has any trouble finding me, including defendants.  I got an

20  email from a guy yesterday, so my contact information is out

21  there.

22          Let's take a minute to say hi to everybody and shake

23  hands, but I think we're adjourned.

24      (Court recessed at 1:56 p.m.)

25

```
 1                    C-E-R-T-I-F-I-C-A-T-E

 2   UNITED STATES OF AMERICA

 3   DISTRICT OF NEW MEXICO

 4

 5       I, John De La Rosa, RPR, CCR, Official Court Reporter for

 6   the State of New Mexico, do hereby certify that the foregoing

 7   pages constitute a true transcript of proceedings had before

 8   the said Court held in the City of Albuquerque, New Mexico, in

 9   the matter therein stated.

10       In testimony whereof, I have hereunto set my hand on this

11   1st day of March, 2018.

12

13

14

15

16              _____
                JOHN DE LA ROSA, CCR
17              United States Official Court Reporter
                421 Gold Avenue, Southwest
18              Albuquerque, New Mexico  87102
                Phone:  505.348.2249
19

20

21

22

23

24

25
```