IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 1 2 2018
/:31 pm

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE CITY OF ALBUQUERQUE,

Defendant,   CIVIL NO: 1:14-cv-1025-RB-SMV

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

Intervenor.

## ORDER

This matter is before the Court pursuant to the Parties' Joint Stipulation Suspending Paragraph 308 of the Settlement Agreement and Joint Brief Explaining the Suspension. (Doc. 355.) The Court notes that the Parties' stipulation has the approval of the Independent Monitor and the consent of the Albuquerque Police Officers' Association. Having reviewed the proposed suspension and the underlying rationale, the Court accepts the suspension.

**IT IS ORDERED** that the Joint Stipulation Suspending Paragraph 308 of the Settlement Agreement (Doc. 355) is accepted effective immediately.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE