**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**

FILED

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 1 2 2018

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
v.                         )
                           )
THE CITY OF ALBUQUERQUE,   )
                           )
            Defendant,     )        CIVIL NO: 1:14-cv-1025-RB-SMV
                           )
v.                         )
                           )
THE ALBUQUERQUE POLICE     )
OFFICERS' ASSOCIATION,     )
                           )
            Intervenor.    )

## ORDER

This matter is before the Court pursuant to the Parties' Joint Stipulation Modifying

Certain Provisions of the First Amended and Restated Court-Approved Settlement Agreement

and Joint Brief Explaining the Modifications. (Doc. 354, errata at Doc. 356.) The Court notes

that the Parties' stipulation has the approval of the Independent Monitor and the consent of the

Albuquerque Police Officers' Association. Having reviewed the proposed modification and the

underlying rationale, the Court accepts the modification.

**IT IS ORDERED** that the Joint Stipulation Modifying Certain Provisions of the First

Amended and Restated Court-Approved Settlement Agreement (Doc. 354, errata at Doc. 356) is

accepted effective immediately.

ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE