IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                          **No. 1:14-cv-1025 RB/SMV**

**THE CITY OF ALBUQUERQUE,**

    **Defendant,**

**v.**

**THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,**

    **Intervenor.**

## ORDER

This matter is before the Court pursuant to the Parties' Joint Stipulation Suspending, in Part, Paragraph 184 of the Court-Approved Settlement Agreement and Joint Brief Explaining the Basis for Partial Suspension. (*See* Doc. 368.) The Court notes that the Parties' stipulation has the approval of the Independent Monitor and the consent of the Albuquerque Police Officers' Association. Having reviewed the proposed suspension and the underlying rationale, the Court accepts the suspension.

**IT IS ORDERED** that the Joint Stipulation Suspending, in Part, Paragraph 184 of the Court-Approved Settlement Agreement is accepted effective immediately.

                                                                             _____
                                                                             HONORABLE ROBERT C. BRACK
                                                                             UNITED STATES DISTRICT JUDGE