## City of Albuquerque's Compliance Plan

| Area | Specific compliance issues to be addressed | Specific actions to address compliance issues | Responsible (1 person) | Deadline | Proof of Compliance/ Data Sources | Completed? 1=Yes 0=No |
|---|---|---|---|---|---|---|
| 1. Use of Force Investigation Backlog | Review, Remediate and Decrease the Backlog of Field Use of Force Investigations | Internal Affairs (IA)-Force, Training Academy and other identified APD personnel will: | | | | |
| | | Define the scope of backlogged Use of Force (UoF) investigations and develop a remediation plan to decrease this backlog | Commander Robert Middleton (IA-Force) | 5/7/2018 | Remediation Plan | 0 |
| | | Compile a list of backlogged UoF investigations to be addressed in the remediation plan | | 5/7/2018 | Remediation Plan | 0 |
| | | Prioritize backlogged UoF investigations to be reviewed using the remediation plan | | 5/7/2018 | Remediation Plan | 0 |
| | | Identify and correspond video with each UoF and the investigation while also identifying cases without video | | 5/7/2018 | Memo | 0 |
| | | Develop a training plan, in collaboration with the APD Training Academy, to train personnel how to conduct reviews of backlogged UoF investigations | | 5/11/2018 | Training Plan | 0 |
| | | Identify personnel with investigative backgrounds for assignment to the backlog review team | | 5/14/2018 | Training Documents | 0 |
| | | Deliver training to personnel and the supervisor(s) assigned to the backlog review team | | 5/14/2018 | Memo | 0 |
| | | Conduct weekly review meetings with the backlog review team, IA-Force Division Commander, IA-Force Division Lieutenant, the Compliance Bureau Deputy Chief of Police and the Compliance Division Lieutenant to perform case reviews and report on progress | | On going | Meeting Minutes | 0 |
| | | Develop a training plan, in collaboration with the APD Training Academy, to train members of the backlog review team in their role and responsibility in the review of UoF related videos | | 5/11/2018 | Training Plan | 0 |
| | | Deliver video review function training to backlog review team members and supervisor(s) | | 5/14/2018 | Training Documents | 0 |
| | Review, Remediate and Decrease the Backlog of Serious Use of Force Investigations | Internal Affairs (IA), Training Academy and other identified APD personnel will: | | | | |
| | | Define the scope of backlogged Use of Force (UoF) investigations and develop a remediation plan to decrease this backlog | Commander Robert Middleton (IA-Force) | 5/7/2018 | Remediation Plan | 0 |
| | | Compile a list of backlogged UoF investigations to be addressed in the remediation plan | | 5/7/2018 | Remediation Plan | 0 |
| | | Prioritize backlogged UoF investigations to be reviewed using the remediation plan | | 5/7/2018 | Remediation Plan | 0 |
| | | Identify corresponding video with each UoF and its investigation, to include identifying cases without video | | 5/7/2018 | Memo | 0 |
| | | Develop a training plan, in collaboration with the APD Training Academy, to conduct reviews of backlogged serious UoF investigations | | 5/11/2018 | Training Plan | 0 |
| | | Identify personnel with investigative backgrounds for assignment to the backlog review team | | 5/14/2018 | Training Documents | 0 |
| | | Deliver training to personnel and the supervisor(s) assigned to the backlog review team | | 5/14/2018 | Memo | 0 |
| | | Conduct weekly review meetings with the backlog review team, IA-Force Division Commander, IA-Force Division Lieutenant, the Compliance Bureau Deputy Chief of Police and the Compliance Division Lieutenant to perform case review and report on progress | | On going | Meeting Minutes | 0 |

## City of Albuquerque's Compliance Plan

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Develop a training plan, in collaboration with the APD Academy, for the backlog review team members and their responsibility to review UoF related videos | | 5/11/2018 | Training Plan | | 0 |
| | | Deliver video review function training to backlog review team members and supervisor(s) | | 5/14/2018 | Training Documents | | 0 |
| 2. APD Implementation Unit | Create a Compliance Division (Implementation Unit) within the APD Compliance Bureau | Compliance Division personnel will: | | | | | |
| | | Identify unnecessary positions working in the recently dissolved Inspections Division and draft a problem solving document (CSW) for repurposing those positions as part of the Compliance Division | Lieutenant Cori Lowe (Compliance Division) | 1/2/2018 | CSW document to DCOP Garcia | | 1 |
| | | Obtain current employee roles and responsibilities from remaining personnel within the recently dissolved Inspections Division (now Compliance Division) | | 1/3/2018 | Copies of city job descriptions and individual comment | | 1 |
| | | Develop a tentative organization chart for the new Compliance Division under the Compliance Bureau | | 2/23/2018 | Organizational chart | | 1 |
| | | Draft job descriptions for the newly identified Implementation Unit Manager and Performance Metrics Unit Manager positions | | 2/14/2017 | Job descriptions template | | 1 |
| | | Submit job descriptions for the above management positions to the City for approval (already approved by CAO Nair) | | 3/2/2018 | Job description form mandated by the City | | 1 |
| | | Draft job descriptions for the newly identified Force Review Unit that will be responsible for conducting an additional supervisory review of all completed level 1 and a sample of level 2 and level 3 UoF investigations | | 5/5/2018 | Job descriptions draft | | 0 |
| | | Complete a Job Task Analysis and Needs Assessment to identify sufficient staffing for the Implementation Unit, the Performance Metrics Unit and the Force Review Unit to provide quality compliance assistance to the APD | | 5/20/2018 | Completed JTA and NA | | 0 |
| | | Draft a staffing request memo to the Chief of Police for sworn personnel based on the findings of the completed Job Task Analysis and Needs Assessment | | 6/10/2018 | Staffing memo request | | 0 |
| | | Based on the results of the approved budget (effective July 1, 2018), draft a staffing request memo to the Chief of Police for civilian personnel based on the findings of the completed Job Task Analysis and Needs Assessment | | 7/20/2018 | Staffing memo request | | 0 |
| | | Develop and submit a Compliance Division organizational chart to the CAO and Chief of Police for review and approval | Deputy Chief Garcia | 7/20/2018 | Approval/feedback response | | 0 |
| | | Submit the final organizational chart to IMT and Parties for review and approval | Lieutenant Cori Lowe (Compliance Division) | 7/31/2018 | Approval/feedback response | | 0 |
| | Amend and Publish SOP 3-52 (Policy Development Process) | Compliance Division personnel will: | | | | | |
| | | Prepare a draft of SOP 3-52 (Policy Development Process) to enable the review, discussion and revision of Department standard operating procedures moving forward | Jeramy Schmehl (City Attorney) | 2/26/2018 | Draft SOP | | 1 |
| | | Conduct an external stakeholder meeting to explain the revisions to SOP 3-52 while also seeking feedback from attendees | | 3/12/2018 | E-mail correspondence and Notes from Meeting | | 1 |
| | | Take the feedback from the external stakeholder meeting and make revisions to SOP 3-52 | | 3/22/2018 | Amended SOP 3-52 | | 0 |
| | | Present the amended SOP 3-52 to the IMT and Parties for feedback and commentary | | 3/27/2018 | Draft SOP 3-52 | | |
| | | Revise the draft of SOP 3-52 based upon feedback from IMT and Parties and obtain approval from the IMT | | 4/9/2018 | Revised draft of SOP/e-mail correspondence | | 0 |
| | | Publish SOP 3-52 internally and on the City website | Adam Paul Garcia (SOP Liaison) | 4/14/2018 | PowerDMS, city website | | 0 |

## City of Albuquerque's Compliance Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| | Develop and Implement Compliance Division Policy | Compliance Division personnel will: | | | | |
| | | Identify best practices for Compliance Division related SOPs from other law enforcement agencies (i.e. Cleveland PD, Seattle PD and New Orleans PD) | Lieutenant Cori Lowe (Compliance Division) | 3/12/2018 | Copies of correspondence and/or online data | 1 |
| | | Develop processes and process flows for each identified section within the Compliance Division | | 4/30/2018 | Process flows for each identified section | 0 |
| | | Draft a new SOP for the Compliance Division to address goals and objectives, personnel roles and responsibilities, training, UoF review and paragraph/division compliance, data analysis procedures, auditing processes, project management, etc. (Dependent upon budget and staffing approval) | | 7/13/2018 | SOP Draft | 0 |
| | | Submit involved SOPs to OPA and follow SOP 3-52 (Policy Development) process for policy approval | | 7/13/2018 | SOP Draft and correspondence | 0 |
| | Create a Section within the Compliance Division devoted to UoF case oversight | Compliance Division personnel will: | | | | |
| | | Develop a UoF performance review unit to oversee and review investigations to identify "policy outliers" in UoF cases not previously addressed in all level 1 and level 3 UOF reviews and investigations and samples of level 2 UOF cases | Lieutenant Cori Lowe (Compliance Division) | 4/20/2018 | Organization chart, job description(s), training plan | 0 |
| | | Develop a process for conducting random and directed reviews of all level 1 and samples of levels 2 and 3 UoF cases | | 5/11/2018 | Process work flow and schedule | 0 |
| | | Develop a process to conduct a detailed UoF investigation failure analysis to determine the cause of the failure with the goal of determining corrective | | 6/8/2018 | Failure analysis process work flow | 0 |
| | | Develop a process to provide recommendations for policy, training, supervision, tactics, equipment (similar to the FRB function), disciplinary and/or remediation responses for identified failures | | 6/30/2018 | Process work flow and recommendation sheet | 0 |
| | Develop a process to measure progress of the Compliance Plan | Compliance Division personnel will: | | | | |
| | | Schedule a technical assistance meeting with Dr. Ginger and Project Leads to develop open lines of communication between APD and the IMT | Lieutenant Cori Lowe (Compliance Division) | 3/13/2018 | Minutes and sign in | 1 |
| | | Provide a copy of the court filed compliance plan to the Project Leads via e-mail | | 4/10/2018 | Email correspondence | 0 |
| | | Identify best practices for performance measurements from other law enforcement agencies to measure progress of tasks/actions | | 4/10/2018 | Correspondence, notes and online findings (New Orleans PD) | 0 |
| | | Develop a performance measurement plan to easily see compliance progress, to include progress failures | | 4/20/2018 | Correspondence, measurement plan | 0 |
| | | Identify a process and a platform to illustratively communicate progress in the reform effort to be presented to the community, Parties and Monitor | | 4/20/2018 | Correspondence, chosen platform documentation, process work flow | 0 |
| | | Submit progress measurement process to IMT and parties for review/approval | | 4/20/2018 | Process work flow and measurement illustration example, approval/feedback | 0 |
| | | Implement approved progress measurement plan | | 5/25/2018 | Approved measurement plan | 0 |
| Operations of Academy | Address staffing deficiencies within the Training Academy | The APD Training Academy personnel will: | | | | |
| | | Develop Job Task Analysis (JTA) template to identify Academy personnel staffing deficiencies | Commander John Sullivan (Training Academy) | 1/12/2018 | JTA template | 1 |
| | | Conduct JTA for all current Training Academy staff positions | | 1/26/2018 | JTA forms completed by all staff | 1 |
| | | Research national best practices to identify staffing of other law enforcement agencies training sections | | 1/26/2018 | Emails from departments contacted | 1 |
| | | Compile the completed JTA submissions for review and verification by the Training Academy Lieutenant | | 1/26/2018 | Compilation of the JTA forms and JTA verification memo | 1 |

City of Albuquerque's Compliance Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Draft a COB document with the verified results of the JTAs to the Training Academy chain of command | | 2/18/2018 | Memo addressed to the chain of command | 1 |
| | | Present JTA findings memo including a staffing request and a proposed organization chart for approval | | 2/23/2018 | Memo addressed to the chain of command | 1 |
| | | The Training Academy received written disapproval for additional personnel | | 3/8/2018 | Via email correspondence | 1 |
| | Develop a process to determine transfer of knowledge | The APD Training Academy personnel will: | | | | |
| | | Complete a CSW on effective transfer of knowledge (post-training testing methods) | Commander John Sullivan (Training Academy) | 2/23/2018 | CSW | 1 |
| | | Submit the CSW through the Compliance Division to the Chief of Police | | 2/23/2018 | CSW, email correspondence | 1 |
| | Develop a Modified Civilian Police Academy (CPA) for POB/CPOA/CPC members | The APD Advanced Training will: | | | | |
| | | Hire Full-time employee that will be responsible for the development of the modified CPA Program | Commander John Sullivan (Training Academy) | 1/20/2018 | CSA A. Erickson | 1 |
| | | Develop a modified CPA program for POB/CPOA/CPC members | | 2/1/2018 | Schedule | 1 |
| | | Deliver a modified CPA for POB/CPOA/CPC members over a two weekend period | | 3/4/2018 | Attendance rosters for 02/24-25/2018 and 03/03-04/2018 | 1 |
| | | Develop an Instructor Code of Conduct form and include in lesson plans | | 2/1/2018 | Code of Conduct form | 1 |
| | | Develop a survey component that will be utilized to assess efficacy of the CPA, identifying strengths of the training and areas of improvement | | 2/24/2018 | Surveys with feedback | 1 |
| | | Evaluate the survey findings for the revision of a Needs Assessment (part of the 7-step training process) for the next modified CPA | | 3/30/2018 | Memo | 0 |
| | Develop a Comprehensive Training Plan(s) (TP) to provide effective and efficient training | APD Training Academy will: | | | | |
| | | Develop Comprehensive Training Plans (TP) using the 7-step training process to have a systematic and detailed plan that provides consistency for all training conducted for APD | Commander John Sullivan (Training Academy) | 11/30/2017 | Draft TP | 1 |
| | | Submit the TP to IMT for correction/approval | | 12/17/2017 | Draft TP | 1 |
| | | Draft a secondary TP addressing the IMR-6 recommendations to improve the training process | | 4/1/2018 | Revised draft of the TP | 0 |
| | | Resubmit the revised TP to the IMT for revision and approval | | 4/1/2018 | Revised draft of the TP | 0 |
| Supervisor UoF Investigations - Process Failures | Improve the Force Review Board (FRB) process | The Project Lead along with IA, Training Academy, FSB and other identified APD personnel will: | | | | |
| | | Identify deficiencies in the current FRB SOP (2-56) | Commander Chris George (Scientific Evidence Unit) | 12/1/2017 | COB identifying the deficiencies | 1 |
| | | Draft standardized form(s) for FRB to use going forward | | 12/1/2017 | Draft Form(s) | 1 |
| | | Identify national practices of other law enforcement agencies that have and use an FRB process | | 1/15/2018 | Electronic correspondence and IACPnet | 1 |
| | | Revise the FRB SOP 2-56 to address the identified deficiencies | | 1/30/2018 | Draft revision of SOP 2-56 | 1 |
| | | Draft a Special Order to continue tactical FRB to keep from creating a large backlog of cases awaiting review | | 2/3/2018 | Draft of Special Order | 1 |
| | | Submit the Special Order to the IMT and parties for approval | | 2/28/2018 | Draft Special Order | 1 |
| | | Submit a draft of the SOP and forms to the IMT and parties for approval/feedback | | 3/1/2018 | IMT approval/corrections correspondence | 1 |
| | | Develop an FRB handbook draft to assist current and future FRB members in the FRB process | | 3/30/2018 | Handbook draft | 0 |

**City of Albuquerque's Compliance Plan**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Submit SOP 2-56 to the SOP Liaison to begin the policy development process (see SOP 3-52) | | 4/1/2018 | SOP draft | 0 |
| | | Develop a training plan, in collaboration withTraining Academy personnel, to train FRB members on the FRB process and UoF policies and investigations | | 4/20/2018 | Training Plan that includes UoF and FRB related SOPs (update upon UoF SOP suite approval) | 0 |
| | | Submit an APD FRB training plan to the IMT and parties for review/approval | | 4/20/2018 | Training Plan that includes UoF and FRB related SOPs (update upon UoF SOP suite approval) | 0 |
| | | Train new FRB voting members on policies, expectations and procedures for conducting a thorough review | | 4/30/2018 | Sign in roster, Training Plan that includes UoF and FRB related SOPs (update upon UoF SOP suite approval) | 0 |
| 5. UoF (UoF) Training | Develop a Training Plan for IAD-Force personnel | APD Advanced Training/Force Investigations (IAD-Force) will: | | | | |
| | | Develop a training plan (TP) for IAD-Force personnel to perform UoF, criminal and misconduct investigations. The training will be developed using the previously approved 7-step training process | Commander Robert Middleton (IA-Force) | 6/4/2018 | Training Plan | 0 |
| 6. Amici Concerns | Evaluate McClendon Sub-class concerns | Behavioral Health Section/Compliance Division personnel will: | | | | |
| | | Schedule a meeting with the McClendon Sub-class attorneys pertaining to the concern that, "APD officers continue to jail people who need psychiatric hospitalization in violation of APD's new policy" | Lieutenant Cori Lowe (Compliance Division) | 3/19/2018 | Scheduling calendar | 0 |
| | | Provide eCIT recruitment and training plan to the McClendon Sub-class attorneys | | 5/1/2018 | APD eCIT recruitment and training plan | 0 |
| | Provide the concerns of CPOA/POB members Evidence.com access for case investigation | Scientific Evidence Unit personnel will: | | | | |
| | | Develop documented parameters to allow video access for CPOA/POB members into Evidence.com for the completion of case reviews and investigations | Commander Chris George (Scientific Evidence Unit) | 4/13/2018 | Written correspondence | 0 |
| | Provide dedicated administrative support personnel to the Community Policing Council (CPC) | The CPC Manager and identified APD personnel will: | | | | |
| | | Draft a CPC administrative assistant job description to provide assistance for CPC minutes and agendas, recommendation(s) documentation, and to provide technological assistance to update CPC websites. | Chris Sylvan | 4/12/2018 | Job description | 0 |
| | | Submit the job description for approval | | 4/12/2018 | Job description, correspondence | 0 |