
# CITY OF ALBUQUERQUE



**Albuquerque Police Department**



Michael J. Geier, Chief of Police

May 18, 2018

### DEPARTMENT SPECIAL ORDER 18-58

**TO:**      ALL DEPARTMENT PERSONNEL

**SUBJECT:** TIMELINES—SUPERVISOR USE OF FORCE INVESTIGATIONS

This Special Order will establish timelines for individual members in the Field Services Bureau chain of command, and the entire chain of command, to complete supervisor use of force investigations. It also considers extensions of these investigations when personnel are not able to meet the new timeline and the transfer of cases.

The following timeline schedule will be adhered to regarding supervisor use of force investigations initiated beginning the date this Special Order is executed:

- The **existing time requirement** is that a first line supervisor complete an investigation within seventy-two (72) hours from leaving the scene of the incident.

- Where the first line supervisor is unable to get the investigation completed within seventy-two (72) hours, and needs to **request an extension**, they must provide a detailed explanation in writing to their lieutenant and commander explaining why they were unable to get the investigation completed within the initial timeline.

- If the extension is approved, the first line supervisor will be provided twelve (12) calendar days in order to get the investigation(s) completed. Therefore, the **first line supervisor would have a total of fifteen (15) calendar days to complete their investigation and forward to the appropriate lieutenant**. (days 0-15)

- Once received by the lieutenant they will have twenty nine (29) calendar days to complete their review of the completed first line supervisor's investigation. (days 16-45).

- The commander will then have fourteen (14) calendar days in order to get their review completed (days 46-60).

If a first line supervisor is unable to complete their investigation within the required time period then one additional extension will be authorized by the respective Deputy Chief of Police (One single, five calendar day extension can be granted for the entire

400 Roma NW

Albuquerque

New Mexico 87102

www.cabq.gov

*Albuquerque - Making History 1706-2006*

investigative process). If the investigation cannot be completed within sixty five (65) calendar days, approval must be gained by the Chief of Police.

It should be noted there are circumstances that cause investigations to be delayed beyond the listed timelines such as FMLA, military leave, etc. If a first line supervisor is unable to adhere to the timelines due to one of those reasons, the investigation(s) should be re-assigned to a different supervisor for completion. Such re-assignments shall be approved by the Chief of Police and set out in writing.

If however, the investigation requires more information from the involved officer, and the officer is unavailable for additional questioning due to FMLA or military leave etc., the case can, and should, be suspended. To suspend an investigation, a memo will have to be written and provided to the IA-Force Division with the case number, a reason why a suspension is needed, and a timeline for how long the case needs to be suspended. IA-Force Division will need to know when the officer returns so that the case can be placed in an active status again and allow the timelines to continue.

ISSUED BY:

*Michael J. Geier*

MICHAEL J. GEIER
Chief of Police

MJG: MAV