IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                    No. 1:14-cv-1025 RB/SMV

**THE CITY OF ALBUQUERQUE,**

    Defendant,

v.

**THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,**

    Intervenor.

## NOTICE OF WITHDRAWAL OF ATTORNEY

COMES NOW Jeramy Schmehl, Assistant City Attorney for Defendant City of Albuquerque, and hereby notifies the Court and all parties related to this action that it withdraws William W. Zarr on behalf of Defendant City of Albuquerque.  William W. Zarr's term as Assistant City Attorney for the City of Albuquerque ended on August 31, 2018.  The City continues to have the following representation in this matter: Esteban A. Aguilar, Jr., City Attorney, Samantha H. Hults, Managing Assistant City Attorney, Jeramy Schmehl, Assistant City Attorney, and Lindsay F. Van Meter, Assistant City Attorney.

Respectfully submitted,

**CITY OF ALBUQUERQUE**
**Esteban A. Aguilar, Jr., City Attorney**

Electronically Filed

*/s/ Jeramy I. Schmehl*
Jeramy I. Schmehl
Lindsay F. Van Meter
Esteban A. Aguilar
Samantha H. Hults
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
eaj@cabq.gov
shults@cabq.gov
jschmehl@cabq.gov
lvanmeter@cabq.gov
*Attorneys for Defendant City of Albuquerque*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2018, I filed the forgoing electronically through the CM/ECF system, which caused the parties, counsel of record and independent monitor on the service list to be served by electronic means.

*/s/ Jeramy I. Schmehl*
Jeramy I. Schmehl

*423802*