IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.     No. 1:14-cv-1025 RB/SMV

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE BY JERRY A. WALZ [DOC. 8]

COMES NOW Jerry A. Walz, Walz and Associates, P.C., and hereby respectfully withdraws his Entry of Appearance [Doc. 8] as counsel of record on behalf of Defendant City of Albuquerque. The City continues to have the following representation in this matter: Esteban A. Aguilar, Jr., City Attorney, Samantha H. Hults, Deputy City Attorney, and Lindsay Van Meter, Assistant City Attorney.

    Respectfully Submitted,

    WALZ AND ASSOCIATES, P.C.

    */s/ Jerry A. Walz*
    Jerry A. Walz, Esq.
    *Co-Attorney for City of Albuquerque*
    133 Eubank Blvd NE
    Albuquerque, NM 87123
    (505) 275-1800
    Jerryawalz@walzandassociates.com

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 31st day of May, 2019, I filed the foregoing notice electronically through the CM/ECF system, which caused the parties, counsel of record and independent monitor on the service list to be served by electronic means.

*/s/ Jerry A. Walz*
Jerry A. Walz, Esq.