UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD, N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285



JAMES O. BROWNING
District Judge

June 19, 2019

**VIA CM/ECF**

Elizabeth Martinez
Michael H. Hoses
Ruth Fuess Keegan
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102

Luis E. Saucedo
Stephen Ryals
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Paul Killebrew
Corey M. Sanders
United States Department of Justice
601 D Street NW
PHB 5418
Washington, DC 20004

Nancy Koenigsberg
Disability Rights New Mexico
1720 Louisiana Boulevard NE, #204
Albuquerque, New Mexico 87110

Philip B. Davis
Nicholas T. Davis
Law Office of Philip B. Davis
1000 Lomas NW
Albuquerque, New Mexico 87102

Jerry A. Walz
Walz and Associates
133 Eubank NE
Albuquerque, New Mexico 87123

Esteban Angel Aguilar, Jr.
Lindsay Fay Van Meter
Samantha M. Hults
Christopher J. Tebo
City of Albuquerque
One Civic Plaza NW
4th Floor, Room 4072
Albuquerque, New Mexico 87103

Alfred D. Mathewson
1117 Stanford Drive NE
Albuquerque, New Mexico 87106

Frederick M. Mowrer
Law Offices of Sanchez, Mowrer &
    Desiderio, P. C.
115 8th Street SW
Albuquerque, New Mexico 87102

Maria Martinez Sanchez
Leon F. Howard, III
Steven Robert Allen
American Civil Liberties Union of
    New Mexico
1410 Coal Avenue SW
Albuquerque, New Mexico 87104

John James D'Amato, Jr.  
The D'Amato Law Office P.C.  
1112 Second Street NW  
Albuquerque, New Mexico 87110

Peter Cubra  
Law Office of Peter Cubra  
3500 Comanche NE, Suite H  
Albuquerque, New Mexico 87107

Re: United States of America v. City of Albuquerque, et al., No. CIV 14-1025 JB\SMV

Dear Counsel of Record:

I want to bring one matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

As you know, I was at Browning and Peifer, P.A., n/k/a Peifer, Hanson & Mullins from 1990 to 2003. I recall that, sometime before I left, Peter Cubra called my partner, Chuck Peifer, and asked him and our firm to be part of the plaintiffs group handling what has become the McClendon v. City of Albuquerque, No. CIV 95-0024 JAP\KBM litigation. My memory is that Mr. Peifer came to my office and told me about the call and talked to me about taking the new case. My memory is that I told him it was alright with me, but that he was not enthusiastic about taking a §1983 case that, at best, would give us our hourly rate on the case and not, as we were trying to do this, get multiples of our hourly rates in contingency cases. I do not recall further discussions about this case, so Mr. Peifer might have turned the case down. Thus, my firm and I were never in that case and I do not need to recuse from this case. In Tanner v. McMurray, No. CIV 17-0876 JB\KBM, I filed a disclosure letter identical to this letter and received no objections.

I believe that I can be fair and impartial. I see no reason to recuse myself. If anyone objects, or has any questions, we can perhaps have a telephonic conference. Please call my Courtroom Deputy Clerk, Carol Bevel (505-348-2289). I have instructed Ms. Bevel not to tell me who may call.

Sincerely,

James O. Browning  
United States District Judge