## IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE CITY OF ALBUQUERQUE,** | ) | |
| | ) | |
| **Defendant,** | ) | **CIVIL NO: 1:14-cv-01025-JB-SMV** |
| | ) | |
| v. | ) | |
| | ) | |
| **THE ALBUQUERQUE POLICE** | ) | |
| **OFFICERS' ASSOCIATION,** | ) | |
| | ) | |
| **Intervenor.** | ) | |
| | ) | |
| | ) | |

### ALBUQUERQUE POLICE OFFICERS ASSOCIATION'S
### NOTICE OF WITHDRAWAL OF MOTION TO SET HEARING

**COMES NOW** the Albuquerque Police Officers' Association ("APOA"), by and through

its counsel, The Law Offices of Sanchez, Mowrer & Desiderio, P.C. (Frederick M. Mowrer), and

The D'Amato Law Firm, P.C. (John J. D'Amato), and **NOTIFIES THE COURT** it wishes to

withdraw the Motion to Set Hearing filed by the APOA on November 26, 2019 (Doc 495) and as

grounds in support therefore would  state the Court has entered an order addressing this matter. In

light of the relief sought herein, the APOA has not sought the consent of the other parties to this

matter.

1

Respectfully submitted,

SANCHEZ, MOWRER & DESIDERIO, P.C.

/s/ Frederick M. Mowrer
FREDERICK M. MOWRER
*Attorney for Albuquerque Police Officers Association*
115 Eighth Street SW
Post Office Box 1966
Albuquerque, New Mexico  87103
Telephone:     (505) 247-4321
Facsimile:     (505) 247-4441
Email: fmmowrer@smdlegal.com
Email: tessa@smdlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 19th day of December, 2019, the foregoing document entitled "Albuquerque Police Officers Association's Notice of Withdrawal of Motion to Set Hearing" was filed electronically through the CM/ECF system, which caused the parties, counsel of record and independent monitor on the service list to be served by electronic means.

/s/ Frederick M. Mowrer
FREDERICK M. MOWRER