## Carolyn Wright

**From:** Silvio Dell'Angela <dellansi@comcast.net>
**Sent:** Friday, February 7, 2020 3:40 PM
**To:** browningchambers@nmcourt.fed.us
**Cc:** 'Martinez, Elizabeth (USANM)'; john.anderson_usdoj.gov; 'Aguilar Jr., Esteban A.'; 'Lindsay F.'; rrose@cabq.gov; 'Paul (CRT'; 'Corey (CRT'; Stephen.Ryals@usdoj.gov; fmmowrer@smdlegal.com; pmrinc@mac.com; laurie@sc.rr.com; 'Mayor Keller'; 'Mike'; 'Harold J.'; cdavidson@cabq.gov; 'D'Val Westphal'; kmoses@abqjournal.com; dherrera@abqjournal.com; ggallegos@cabq.gov; rdelgreco@cabq.gov; swilloughby@cabq.gov
**Subject:** A PUBLIC MEETING THIS TUESDAY FEB 11 BEFORE JUDGE BROWNING ON THE CASA GOVERNING APD REFORM HELD WITHOUT THE PUBLIC BEING ALLOWED TO SPEAK
**Attachments:** 514-200204 Amended Notice of Public Hearing - Feb 11, 2020.pdf; APD shootings 2007-2016.docx

Re: 14-CV-1025-JB-SMV
19-CV-275-JB-CG

**TO: JUDGE BROWNING**

**FYI ALL-PARTICULARLY THOSE FED UP WITH THE LACK OF ACCOUNTABILITY BY APD'S CRIMINAL/KILLER COPS**

**Someone please pass to grieving father Ken Ellis III whose son was among those murdered by one of Geier's many trigger-happy cops who like the many others to date was never held accountable.**

**After a number of my e-mails to the City, the DOJ and others asking when federal Judge Browning will consider Mayor Keller's insulting appeal to no longer require that the DOJ and its Monitor Ginger oversee APD's compliance with the 2014 CASA in key still not reformed areas including their use of force, the civilian oversight process and others, the US Attorney's office today sent me the following announcement of NEXT TUESDAY'S-FEB 11 PUBLIC MEETING shown below this narrative and attached.**

**Note that it was addressed to only a select few people-primarily City attorneys and other people who likely support it or seemingly couldn't care less about any real APD reform like those in the DOJ and in the mainstream media.**

**In a recent editorial, the Journal's Board not surprisingly pandered to THEIR Mayor and ran an editorial endorsing the outrageous request to allow APD to police itself and continue their lack of accountability in defiance of the CASA. Note that the list of addressees even includes Fred Mower, the attorney for APD's Union/APOA "It's them against us" President Shaun Willoughby. I don't see any Councilors or POB members on the address list. But they likely don't care!**

**As expected, like Tommy Rodella's appeal hearing last month before Judge Browning asking to be released from jail after serving five of his ten years in a Texas prison after being railroaded by now APD's CYA 2018 hire Damon Martinez-a hearing that the Journal never notified readers of, we again see nothing about this upcoming Tuesday allegedly PUBLIC hearing on Mayor Keller's insulting relief request from the CASA.**

**Grieving father Ken Ellis whose son was murdered by APD cop Brett Lampiris-Tremba but never held accountable was outraged when told of Keller's insulting appeal-as likely were other family members and friends of other APD victims. When I demanded answers to APD's murder of my good neighbor Chris Hinz in June 2010 and demanded recordings that would expose the two killers' lies, Chief Geier's mentor-then Chief Schultz, threatened me to *"be careful"* and later would post unmarked APD vehicles in front of my house at night hoping I would come out.**

**Schultz did the same car intimidation to the grieving mom of Len Fuentes after she demanded answers to APD's murder of her son Len. Just see again just the partial list of police shootings from 2007 to 2016 attached including the victims I mentioned highlighted. APD's bloodbath continues to this day and yet not one killer cop has ever been held accountable. I'm sick and tired of hearing from their leadership and the media that APD cops put their lives in danger every day. Have them put on a military uniform and serve under fire in a combat zone. I doubt few would/have.**

and in Rodella case. JOB 2/9/20

cc: Edith Lambert. JOB 2/9/20

Jean, file on CM/ECF in APD consent decree case. JOB 2/9/20

Chief Geier lied when claiming this Keller appeal if honored will save 61 officers now committed to CASA compliance. His Compliance Bureau is now being led by one of Geier's most disgraceful Deputy Chiefs-Eric Garcia. Garcia is the same character whose APD wife was demoted to a Lt. rather than terminated after caught falsifying records. Last year, she was promoted back to Commander by Geier. Lest we forget Geier's former PIO Simon Drobik and his Lt. boss ripping off taxpayers for over $100,000 by falsifying their timecards but neither were ever terminated for their crimes. Drobik even clamed he worked 26 hours in one day.

Contrary to the lies Chief Geier and others will tell Judge Browning Tuesday, APD has since the CASA was signed over six years ago, never had any intent to reform knowing full well that neither ex-cop Monitor Ginger nor those in the DOJ cared. Monitor Ginger's interest was only in milking taxpayers for millions for as long as possible. Soon after hired, he made that clear that he didn't care about reform during his first public meeting over six years ago when telling us that APD reform would take a very long time "be a marathon." That's all APD had to hear!

So instead of APD immediately going out to good police and sheriff departments throughout the US including those just reformed like Seattle's and adopting their policies and procedures and training curriculums, instead Ginger would allow APD to start from scratch-essentially reinvent the wheel, something that would make his money making marathon prediction a reality. Since then, Geier and Keller's trigger happy cops continue to murder people including the homeless but conveniently will never make public recordings that incriminate them-those that expose the lies they tell. While staying in hiding Geier instead sends out his PIOs like Gil Gallegos and Lieutenants like Ray Del Greco to parrot the lies told by his trigger happy cops.

While the mainstream media-particularly the Journal as well as the City Council have been complicit in APD's reform charade, we are fortunate to have truth tellers who write blogs. These include the ABQReport, Eye on Albuquerque and one written by Pete Dinelli. In particular, the first two repeatedly exposed the cesspool/Hellhole that this City has become under our corrupt leadership not only in the Mayor's office, in APD's leadership position, in our DA office but also in our corrupt Civilian Police Oversight process under ex-cop Ed Harness and his few remaining POB lackeys.

One example is the September 20, 2019 ABQReport expose, "*Russia on the Rio Grande*" that exposes CPOA Director Ed Harness for the traitor to the people he is. Geier just loves this lackey of his. See https://www.abqreport.com/single-post/2019/09/20/Russia-on-the-Rio-Grande The following is the introduction to this damning ABQReport posting that alone should have caused the firing of CPOA Director Ed Harness and removal of his enablers still on the Police Oversight Board.

*- Civilian Police Oversight Agency Executive Director Ed Harness spies on his bosses at the Police Oversight Board. Harness went through his superiors' (POB) emails.*
*- Harness and POB Chair Chantal Galloway launch Soviet-style probe into "leaker" of public information.*
*- Comrades Harness and Galloway hate it that someone sent one of Ed's emails about the federal court judge (Browning) who's overseeing the police reform effort to the judge!*
*- War on free speech and individual thought and action.*

All this and yet the alleged advertised public hearing before Judge Brack only allows the public to attend to hear the lies told by the enablers to castrate the CASA-make it just a worthless piece of paper.

**AGAIN, the public-the victims of this ongoing APD lack of accountability who clearly have something to say-express their outrage with our corrupt Mayor and APD Chief's proposal like grieving father Ken Ellis III and I will not be permitted to talk Tuesday! Will the media be there?**

Disgusted

Silvio
Lt. Colonel USAF retired-Vietnam vet '69 and '70-Bronze Star recipient

---

From: Martinez, Elizabeth (USANM) <Elizabeth.Martinez@usdoj.gov>
Sent: Thursday, February 6, 2020 1:17 PM
To: Martinez, Elizabeth (USANM) <Elizabeth.Martinez@usdoj.gov>
Cc: : Aguilar Jr., Esteban A. <eaj@cabq.gov>; Lindsay Van Meter (lvanmeter@cabq.gov) <lvanmeter@cabq.gov>; Rose, Robyn L. <rrose@cabq.gov>; Killebrew, Paul (CRT) <Paul.Killebrew@usdoj.gov>; Sanders, Corey (CRT) <Corey.Sanders@usdoj.gov>; Ryals, Stephen (CRT) <Stephen.Ryals@usdoj.gov>; APOA Fred Mowrer <fmmowrer@smdlegal.com>; pmrinc@mac.com;

laurie@sc.rr.com
Subject: USA v. ABQ, 14-CV-1025 JB/SMV - Upcoming Hearings in APD Constitutional Policing Case

Dear Members of the Albuquerque Community,

We write to notify you that U.S. District Judge James O. Browning, the judicial officer overseeing the APD reform process, has scheduled a
public hearing, which is scheduled to begin at 9:00 am on Tuesday, February 11, 2020, in the Vermejo Courtroom of the U.S. Courthouse, which is located at 333 Lomas Blvd. NW in Albuquerque. The amended notice of hearing for the public hearing (Doc. 514) is attached.

During the public hearing, Chief of Police Michael Geier and other APD Officials will provide a progress report to the Court and the community on the implementation of the reforms in the Court-Approved Settlement Agreement (CASA). In addition, Independent Monitor James Ginger will provide an update based on the Independent Monitoring Team's tenth report, which was filed in Nov. 2019.

We look forward to seeing those of you who are able to attend at the public hearing on February 11th. Thank you for your contributions to and interest in this important reform process.

Elizabeth M. Martinez | Assistant United States Attorney
U.S. Attorney's Office, District of New Mexico, P.O. Box 607, Albuquerque, NM 87103
Tel: 505-224-1469 | Cell: 505-239-4060 | Email: elizabeth.martinez@usdoj.gov

**District of New Mexico - Version 6.2.4**

## Notice of Electronic Filing

The following transaction was entered on 2/4/2020 at 4:23 PM MST and filed on 2/4/2020

**Case Name:** United States of America v. City of Albuquerque
**Case Number:** 1:14-cv-01025-JB-SMV
**Filer:**
**Document Number:** 514(No document attached)

**Docket Text:**
**AMENDED NOTICE: Public Hearing set for February 11, 2020 at 9:00 a.m. in Albuquerque - 460 Vermejo Courtroom before District Judge James O. Browning. (cjw)**
**[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]**

# List of Albuquerque police shootings

From Wikipedia, the free encyclopedia



This article **may be in need of reorganization to comply with Wikipedia's layout guidelines**. Please help by editing the article to make improvements to the overall structure. *(March 2017)(Learn how and when to remove this template message)*



This article **has no lead section**. Please help by adding an introductory section to this article. For more information, see the layout guide, and Wikipedia's lead section guidelines to ensure the section will be inclusive of all the essential details. Please discuss this issue on the article's talk page. *(March 2017) (Learn how and when to remove this template message)*

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 6/2007: | Russell Carter | Jay Martin Murphy | Murphy killed | *barricaded self in home<br>*Jay Murphy Jr., 19 tried to calm police down[1] | |
| 11/2009: | Brandon Carr | Roderick Jones | Jones killed | | Carr fired 18 months later[2] |
| 1/9/2010: | Andrew Cooke | Aaron Renfro | Renfro killed | *passenger in car stopped for speeding | *Cooke cleared by grand jury[3] |
| 1/13/2010: | Brett Lampiris-Tremba | Kenneth Ellis III[4] | Ellis killed | *Ellis holding gun to his own head<br>*Sean Wallace also present | *Judge in civil suit ruled Ellis' rights violated<br>*Brett Lampiris-Tremba sued for promotion and back pay[5] |
| 1/29/2010: | Sean Wallace | Wayne Cordova | Cordova killed | *Cordova suspected of fleeing after possibly stealing a car | *Wallace now a K-9 officer who works with SWAT<br>*Wallace later shot Alan Gomez;[6]<br>*the District Attorney ruled this |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| | | | | | a justifiable homicide[6] |
| 3/4/2010: | Roger Legendre | Jose Castillo, Tanya Martinez, Raymond Carillo[7] | *Castillo charged with assaulting a police officer | *police shot at car after beer shoplifting incident, Giant gas station, Coors and Quail *Castillo driving | Legendre now a sergeant[8] |
| 3/29/2010:[9] | Kevin Sanchez | Mickey Owings | Owings killed | *Sanchez shot at moving vehicle in Walmart parking lot, I-40 and Quail *pregnant female in Owings vehicle unharmed *40+ witnesses | *The city's independent review officer ruled the shooting was justified[10] *The DoJ used this shooting as an example of "Albuquerque police officers' own recklessness" leading to use of violence[10] *wrongful death lawsuit filed by Kennedy law firm[11] |
| 4/14/2010: | Zach Stephenson | Benjamin Marquez | Marquez shot 3-4 times in upper body | *Marquez smoking a cigarette while pumping gas at Broadway and Gibson | Sandy testified at Sandy's trial that he "idolized" Stephenson |
| 6/10/2010: | Eric Brown, Anthony Sedler | Chris Hinz Spain and Juan Tabo | Hinz killed | *Hinz intoxicated at home *Police said he was firing his | *Sedler later shoots Parrish Dennison |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| | | | | weapon inside his home[12] | |
| 6/14/2010: | Aaron Zwicky | Julian Calbert | Calbert killed | *Calbert had kidnapped two women *One called 911 from Calbert's car trunk[13] | A grand jury found the shooting justified[14] |
| 7/27/2010: | Jeremy Hollier, Anthony Glodon | Len Fuentes, diagosed schizophrenic, unable to access, treatment[15] | Fuentes killed 3400 block Crest SE | *domestic violence call[16] | Hollier arrested in 2012 for felony domestic violence, still with APD[17] |
| 8/17/2010: | Josh Brown | Enrique Carrasco | Carrasco shot at Montgomery and San Mateo after slashing his girlfriend's tires | Carrasco jumped on Brown's hood and repeatedly stabbed officer's driver-side window with a knife and broke it, then tried to open the door, said Public Safety Director Darren White | |
| 9/14/2010: | Leah Kelly | Chandler Barr | Barr hospitalized, survived being shot, 2nd and Central | Police called because Barr was cutting his arm with a "butter knife" *Kelly smoking a cigar as she pulled trigger | Barr filed suit for $340,000 in medical bills and pain and suffering[18] A federal jury found no liability.[19] |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 10/19/2010: | Drew Bader, Ramon Ornelas | Daniel Gonzales | Tucumcari police asked NM State Police for help, State Police call in Albuquerque SWAT | *came to door with two rifles | APD SWAT officers cleared[21] |
| 10/31/2010: | David Sprague | Alexei Sinkevitch 6500 block of Tierra Prieta NW | 911 reports of hit-and-runs on Estrella Brillante NW Callers took plate Police traced to Sinkevitch | *Sinkevitch had rifle *Sinkevitch bled to death on floor of his home[22] | |
| 11/11/2010: | Brian Pitzer, Doug Moore | Russell Tenorio 1400 block Alamo SE | Tenorio survived, in hospital 2½ months, lost of a kidney. | Tenorio had fetal alcohol symptom, was threatening to hurt himself[23] | *Pitzer announced he was "going lethal" before entering the home[23] *federal lawsuit[24] |
| 2/9/2011: | Byron "Trey" Economidy (Detective) | Jacob Mitschelen | Mitschelen killed | *traffic stop[25] | *Economidy suspended for 4 days for listing his occupation on Facebook as "human waste disposal"[26] *wrongful death lawsuit settled for $300,000[25] |
| 4/12/2011: | Christopher J. Brown | Christopher Torres | Torres shot in his parents' back yard | father says police used a battering ram to enter the house even though he was present and | Jury award over $10 million, later settled for $6 million +[28] |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| | | | | offered to let them in[27] | |
| 5/10/2011: | Sean Wallace | Alan Gomez[29] | *Gomez killed while holding spoon *wrongful death suit settled in December 2013 for $900,000[30] | *"the officer shot Gomez without verifying a threat, and after receiving information that Gomez could not have been a threat because he was no longer armed."[31] | *earlier wrongful death suit settled for $235,000 *Wallace first shot a civilian on September 22, 2004 in Chimayó when he was an NMSP narcotics agent; tort claim notice filed late December 2004[32] |
| 6/4/2011: | Troy Nikko, William Thomas, Michael Oates[33] | Raymond Garcia | *Garcia killed Lomas and Palomas[34] *officers pinned his car in near a chainlink fence in front of Cross Country Auto Sales[35] | *Garcia caught carjacking | |
| 6/26/2011: | Damian Lujan | Orlando Paisano | Paisano tased, shot eight times, Bell and Dallas SE[36] | Paisano holding bayonet, police say[36] | |
| 8/30/2011: | Jim Perdue | Michael Marquez | Marquez shot in field, 60th and Central | Michael Marquez an armed robbery suspect | *District Attorney ruled shooting justified *First shooting under new system[37] |
| 1/4/2012: | Mario Perez | Mark Macoldowna, James Kellogg,[38] | Macoldowna killed, Bates and Kellogg arrested | armed robbery of St. Pius X complex | |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| | | Kymberly Bates | | | |
| 3/19/2012: | Martin Smith | Daniel Tillison Marquette and Texas | Tillison killed[1] | wrongful death lawsuit alleges Smith PTSD-diagnosed and APD knew it[39] | DA found no probable cause for charges[40] |
| 3/21/2012: | Russ Carter | Gary Atencio | Atencio shot on Laguna Puebloafter pursuit | Carter's 3rd shooting[1] | wrongful death lawsuit dismissed[41] |
| 4/19/2012: | Mike Hill | Dennis Aragon | Aragon shot three times but was expected to survive | police say Aragon fired shots in the air then pointed rifle at police | |
| 8/6/2012: | Jason Peck (APD sgt) | Dominick Solis-Mora[42] | Solis-Mora shot in stomach then recovered | Solis-Mora said to sell $240 worth of meth to undercover Peck | DA and APD Internal Affairs clear Peck of wrongdoing *Solis-Mara subsequently involved a number of other criminal incidents |
| 3/5/2013: | Perdue, Sedler and Aragon | Parrish Dennison | Dennison killed Menaul and Louisiana | Dennison driver of woman trying to sell stolen banjo[43] | *Sedler had previously shot Chris Hinz[44] *Sedler cleared of wrongdoing[45] |
| 3/19/2013: | APD | Kendall Carroll 13000 block Constitution | killed by State Police, APD also fired | Carroll had previously shot and wounded a police officer[46] | |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 7/5/2013: | Jeff Bludworth, Katherine Wright | Vincent Wood | convenience store Montgomery and San Mateo | *previously transported to mental health | *shooting ruled justified *Wrongful death lawsuit settled for $55,000[47] |
| 10/26/2013: | Officer Luke McPeek and others | Christopher Chase[48] | Chase killed | Chase had "cop killer" tattooed on his knuckles[49] | award ceremony[50] |
| 10/28/2013: | Brian Pitzer | Joaquin Ortega shot Jefferson and Central[51] | Ortega hospitalized then jailed on charges of robbery and carjacking | | *Prosecutors found no probable cause to charge Pitzer[52] *Pitzer involved in two prior shootings, neither fatal[53] |
| 11/15/2013: | Peter Romero | Robert Garcia, Sr. | *Garcia shot but survived, received 3-year sentence *traffic stop, San Mateo Carlisle | *Garcia had rifle, had been drinking *later admitted he had attempted suicide to a cop | Garcia apologized to Romero |
| 12/1/2013: | Luke McPeek, David Munoz and Jim Edison | Shane Sherrill | Sherrill had felony warrants, holding brake pad | No charges filed against police[54] | |
| 12/8/2013: | Hector Marquez, Nathan Cadroy-Croteau | Andy Snider | Snider killed | Snider said to charge officers with hammer[55] | Wrongful death lawsuit filed 2015[56] *Both officers still on active duty |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 1/9/2014: | Russell Carter (Detective) | Jeremy Robertson's tires, Walgreens in Rio Rancho | *Robertson uninjured[57] *Robertson charged with fleeing, assaulting officer/[57] | *Robertson wanted for parole violations | *both Sedler and Ornelas on SWAT team *Sedler's 2nd shooting, Ornelas' 3rd[44] |
| 3/16/2014: | Keith Sandy (Detective), Officer Dominique Perez | James Boyd | Boyd killed | *camping without a permit *displaying knife to officers who tried to frisk him | *Both charged with open count of murder |
| 3/25/2014: | James Eichel | Alfred Redwine | Redwine killed | Redwine was upset because he had just lost custody of his 5yo son | |
| 4/21/2014: | Jeremy Dear | Mary Hawkes | Hawkes killed | Hawkes suspected of **having been in** a stolen car *Car's owner later told police Hawkes had dated his room-mate[58] | *camera unplugged *Dear fired for repeatedly not turning on his camera, particularly in use of force incidents. *Dear appeals firing and is reinstated. City appeals his reinstatement.[59] *Family files wrongful death lawsuit.[60] |
| 5/3/2014: | Daniel Hughes | Armand Martin | Martin killed in his Ventana Ranch home[61] | Martin suffered from depression, "just went crazy," wife said.[62] Martin | DA and APD Internal Affairs clear Hughes of wrongdoing[63] |

| Date | Officer name(s) | Victim name(s) | Outcome | Notes | Officer Outcome |
| --- | --- | --- | --- | --- | --- |
| | | | | ran out of his home while discharging his handgun. | |
| 5/22/2014: | Ryan Graves, Brian Fuchs | Ralph Chavez | Chavez killed, 2nd at I-40 | *Chavez suspected of rape *Fuch's camera not on *Graves' blocked by uniform, but did record audio *Chavez said to pull knife, advance on officers | DA declined to press charges[64] |
| 1/9/2015: | Greg Brachle | Jacob Grant (APD detective)[65] | *criminal complaint describes meth purchase *charges against Damian Bailey and Edmond Vester for trafficking cocaine, conspiracy to commit trafficking[66] | officer's 2nd shooting *Grant will need medical for the rest of his life, settled lawsuit for $6.5 million and medical expenses | *police oversight board recommended firing but Brachle had already retired *"APD said since that shooting, the department has improved supervision, training and equipment for undercover officers. In addition, it is now mandatory to attend all briefings before each operation.[67] |
| 5/29/2016:[68] | (unknown) | Dennis Humphrey[68] | Humphrey shot in his garage Morningside and Goodrich[68] | 911 call reported he was drunk and walking around outside his house with a rifle[69] | |

## Other use of force incidents[edit]

| Date | Officer name(s) | Citizen name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 1/1/2012 | Aaron Zwicky | Patrick Dennison Coors and Central | *fatal car crash *Zwicky attempting to respond to shots fired in South Valley | Zwicky previously shot Julian Calbert in 2010 | |
| 2/5/2015: | SWAT | Nicholas Leyba, Moon and Indian School | minor injuries, charged with kidnapping, criminal sexual penetration | | |
| 4/7/2015: | SWAT | Dustin Goodwin 1400 blk Pennsylvania | arrested | domestic violence suspect *tried to prevent girlfriend from leaving *alcohol, firearms involved[70] | |
| 4/14/2015: | SWAT | Marquette and Pennsylvania | hospitalized with dog bites (Lex) | charged wth domestic violence, burglary while fleeing[71] | |
| 4/22/2015: | BCSO SWAT | Michael Quevedo, 800 block Dolly (off La Vega) | arrested | warrants, domestic violence, felon with firearm | SWAT because "info the detective had and his history"[72] |
| 5/10/2015: | SWAT | 1800 block Hiawatha NE | arrested | 15-hour standoff, man hiding in television cabinet | domestic violence |

| Date | Officer name(s) | Citizen name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| 10/2015: | - | | monitor: officers kneed suspect in head, report does not match video | | *"no meaningful followup"[73] *officer's supervisor delayed filing a report[74] |
| 11/10/2015: | SWAT | Bell/Pennsylvania | arrested | search warrant, man refused to leave apartment | felony warrants |
| 12/22/2015: | Andrew Quillman, Shawna Romero also present[75] | José Rodriguez,[76] Central/Utah | killed | attempted carjacking, could not drive shift[75][77] | |
| 5/24/2016: | APD and US Marshalls | Mario Montoya nr Central/Western Skies | Montoya's wife arrested for harboring a fugitive[78] | Montoya supposed to be at a halfway house | |
| 6/19/2016: | SWAT | Lomas/Juan Tabo | arrested | "man was not cooperating with officers' requests to come out of a vehicle"[79] | |
| 9/30/2016: | Rodney Locke[80] | killed Kay Moss-Freese, woman in wheelchair | Locke quit APD February 2016 | Locke arrested | |
| 10/22/2016: | | Michael David Pacheco, Walgreens Coors/Central[81] | arrested | shots fired at Walgreens miss, Pacheco flees; officer-caused | |

| Date | Officer name(s) | Citizen name(s) | Outcome | Notes | Officer Outcome |
|---|---|---|---|---|---|
| | | | | accident at 64th/Churchill | |

# References[edit]


1. ^ Jump up to:a b c "APD KILLS TWO MORE THIS WEEK, LA JICARITA WEIGHS IN". La Jicarita. March 23, 2012.
2. **Jump up^** Ryan Boetel (November 17, 2014). "Five of 17 officers fired at APD were let go due to use of force violations". Albuquerque Journal. Retrieved November 11, 2016.
3. **Jump up^** "Incident Summaries". APD Under Fire. Albuquerque Journal.
4. **Jump up^** Jeff Proctor (March 12, 2013). "Officer Explains Fatal Shooting". Albuquerque Journal.
5. **Jump up^** Chris McKee (January 12, 2016). "Controversial Albuquerque police officer sues for promotion, back pay". KRQE.
6. ^ Jump up to:a b Office of the District Attorney. "Officer Involved Shooting Review on DA File 2012-01823-1" (PDF). KUNM.
7. **Jump up^** Staff (March 4, 2010). "Officer shoots at suspected shoplifters". Albuquerque Journal.
8. **Jump up^** "Team: R. Legendre". Southeast Area Command, Albuquerque Police.
9. **Jump up^** Staff (March 30, 2010). "Armed Robbery Suspect Fatally Shot by Albuquerque Police".
10. ^ Jump up to:a b Lysee Mitree (June 5, 2014). "New video of 2010 APD shooting leads to lawsuit". KRQE.
11. **Jump up^** Mike Springer (June 7, 2014). "Lawsuit filed: against Albuquerque for fatal officer-involved shooting: Money would go to Mickey Owings' 3 children". KOAT.
12. **Jump up^** "Public Criticizes APD Officer-Involved Shootings". KOAT. June 22, 2010.
13. **Jump up^** "Police Identify Pedestrian Hit By Officer: APD Officer Involved In 2010 Fatal Shooting". KOAT. January 3, 2012.
14. **Jump up^** Staff (September 16, 2010). "Updated at 10:00am — Grand Jury Finds Officer-Involved Shooting in June Was Justified: APD Officer Aaron Zwicky cleared in June 15 fatal shooting of Tucumcari man". Albuquerque Journal.
15. **Jump up^** Marisa DeMarco. "The APD Files: Len Fuentes And Mental Health". Public Health New Mexico. KUNM.
16. **Jump up^** Staff (June 27, 2010). "Police Identify Man Killed by Officer". Albuquerque Journal.
17. **Jump up^** Albuquerque Journal. 911 Call - APD Officer Arrested for Domestic Violence – via YouTube.
18. **Jump up^** Scott Sandlin (October 29, 2014). "Trial over APD shooting opens in federal court". Albuquerque Journal.
19. **Jump up^** Scott Sandlin (November 1, 2014). "Jury clears APD officer of liability in shooting". Albuquerque Journal.
20. **Jump up^** Rozanna M. Martinez (October 20, 2010). "APD Involved in Fatal Shooting in Tucumcari". Albuquerque Journal.

21. **Jump up^** *Staff (February 22, 2011). "Fatal shooting of 56-year-old after six-hour standoff in Tucumcari last October found justifiable". Albuquerque Journal.*
22. **Jump up^** *"The Clock in Albuquerque Strikes Midnight". Frontera NorteSur: Online news coverage of the US-Mexico border. New Mexico State University. May 6, 2014.*
23. ^ Jump up to:a b *Jeff Proctor (December 17, 2012). "Shooting Of Mentally Disabled Man Spurs Lawsuit". Albuquerque Journal.*
24. **Jump up^** *Scott Sandlin (October 13, 2015). "Jury to decide case of man shot by cop".*
25. ^ Jump up to:a b *Nick Pinto (January 29, 2015). "When Cops Break Bad: Inside a Police Force Gone Wild: Over the past five years, police in Albuquerque have shot and killed 28 people". Rolling Stone.*
26. **Jump up^** *David Correia (November 23, 2011). "The Return of the Albuquerque Death Squads". Counterpunch.*
27. **Jump up^** *Samuel Gilbert; Andy Beale (April 28, 2016). "Albuquerque PD: a case study of police brutality: Will Department of Justice reforms change a culture of violence in the New Mexico police department?". Al Jazeera. They had already shot him, killed him and removed him from the scene, he continues. I offered to let them in the house ... but they wanted to use their toys."Torres believes that the ensuing "circus" was simply a way to cover up their mistake. "I think what they were doing was hoping to find drugs or contraband, something to justify what they had done," he says*
28. **Jump up^** *"Albuquerque ordered to pay $6m over man's wrongful killing by police". Guardian. AP. June 10, 2014 – via Guardian.*
29. **Jump up^** *Jeff Proctor (December 23, 2011). "Lawsuit Targets APD Hiring". Albuquerque Journal.*
30. **Jump up^** *Rosalie Rayburn. "Family sues 5 APD officers, says civil rights violated". Albuquerque Journal.*
31. **Jump up^** *"Re: Albqerque Police Department" (PDF). April 10, 2014.*
32. **Jump up^** *Staff (January 4, 2005). "State Police Officer ID'd In Chimayo Man's Death". KOAT.*
33. **Jump up^** *Astrid Galvan (February 17, 2012). "3 Officers Cleared in Killing of Carjack Suspect". Albuquerque Journal.*
34. **Jump up^** *Megan Cruz (January 16, 2015). "APD identifies officers in San Mateo shooting".*
35. **Jump up^** *Jeff Proctor; Dan McKay (June 7, 2011). "Man Shot by Police Had Criminal History". Albuquerque Journal.*
36. ^ Jump up to:a b *Anna Velasquez (April 9, 2014). "Albuquerque police shoot man wielding rifle". KOAT.*
37. **Jump up^** *Pat Lohmann (March 27, 2013). "APD officer cleared in fatal shooting". Albuquerque Journal.*
38. **Jump up^** *"3rd Arrest Made In Officer-Involved Shooting: James Kellogg Faces Armed Robbery, Kidnapping Charges". January 6, 2012.*
39. **Jump up^** *Marisa Demarco (March 9, 2015). "The APD Files: Officer Mental Health And Daniel Tillison". Public Health New Mexico. KUNM Mental Health.*
40. **Jump up^** *Jeff Proctor (May 8, 2013). "Another APD shooting ruled lawful; BernCo DA won't seek charges".*
41. **Jump up^** *"ATENCIO v. CITY OF ALBUQUERQUE". US District Court. October 7, 2015.*
42. **Jump up^** *Liz McKernan. "Man shot by police has criminal history". KOAT.*
43. **Jump up^** *Nicole Perez (September 27, 2014). "DA: No charges for SWAT team officer". Albuquerque Journal.*
44. ^ Jump up to:a b *Mike Springer (July 25, 2014). "Cops in latest APD shooting have fired fatal shots before: Pair not included in DoJ report". KOAT.*

45. **Jump up^** *Nicole Perez (September 26, 2014). "APD SWAT officer cleared in 2013 shooting". Albuquerque Journal.*
46. **Jump up^** *Patrick Lohmann; Jeff Proctor (March 20, 2013). "New details in yesterday's SWAT standoff, police shooting".*
47. **Jump up^** *Gabrielle Burkhart (July 22, 2016). "Albuquerque Police Union insulted over settlements in justified shootings". KRQE.*
48. **Jump up^** *Patrick Lohman (February 5, 2014). "Car chase suspect was shot 8 times".*
49. **Jump up^** *"Chase, Chilling Shootout Caught on Police Video". ABC NEWS. February 6, 2014 – via Good Morning America.*
50. **Jump up^** *Kayla Ayres (July 18, 2014). "Police honored for stopping October shooting rampage". KRQE.*
51. **Jump up^** *Patrick Lohmann (November 8, 2013). "APD chief: Carjacking suspect didn't point gun at officer". Albuquerque Journal.*
52. **Jump up^** *"Officer not charged in Albuquerque police shooting". KRQE. August 17, 2016.*
53. **Jump up^** *Patrick Lohmann (October 31, 2013). "Monday night shooting is officer's third". Albuqerque Journal.*
54. **Jump up^** *"No charges for 3 Albuquerque officers in 2013 shooting". AP. July 16, 2016.*
55. **Jump up^** *Nicole Perez (Dec 12, 2013). "APD: Man killed in officer-involved shooting had a hammer". Albuquerque Journal.*
56. **Jump up^** *Gabrielle Burkhart (April 8, 2015). "Lawsuit filed in police killing of man with hammer". KRQE.*
57. ^ Jump up to:a b *Patrick Lohmann (January 11, 2014). "Officer in shooting had killed suspect in 2012". Albuquerque Journal.*
58. **Jump up^** *Ryan Boetel (June 23, 2016). "Family's lawsuit reveals more details in Hawkes shooting". Albuquerque Journal.*
59. **Jump up^** *David Kravets (November 13, 2015). "Cop—fired for having lapel cam turned off a lot—reinstated to force: Officer said cam accidentally unplugged from battery before fatal shooting of a teen". Ars Technica.*
60. **Jump up^** *Blair Miller; Chris Ramirez (March 1, 2016). "Estate of Mary Hawkes files civil lawsuit against city of Albuquerque". KOB. "It is clear, undisputed, material fact that she was running away from Officer Dear when he shot her and she was collapsing to the ground when he fatally shot her," said attorney Shannon Kennedy.The suit also goes on to say that at some point after Dear was reassigned to different duties, he allegedly told a man the reason he was on that detail was because he shot that "f---ing b----" – referring to Hawkes.*
61. **Jump up^** *Staff (March 15, 2013). "Albuquerque police release video of May 2014 officer involved shooting". KRQE.*
62. **Jump up^** *Russell Contreras (May 7, 2014). "New Albuquerque police shooting exposes distrust". AP.*
63. **Jump up^** *Writer, Ryan Boetel | Journal Staff. "Updated: APD sniper cleared in SWAT shooting". www.abqjournal.com. Retrieved 2017-10-19.*
64. **Jump up^** *Nicole Perez (May 6, 2016). "DA clears 2 APD officers in 2014 shooting". Albuquerque Journal.*
65. **Jump up^** *Joline Gutierrez Krueger (April 8, 2016). "APD cop had fired weapon before". Albuquerque Journal.*
66. **Jump up^** *Jeff Proctor (January 10, 2015). "Low-level drug operation led to one APD officer shooting another". KRQE.*
67. **Jump up^** *Chelo Rivera; Lysee Mitri (March 31, 2016). "Police release lapel, surveillance video from blue-on-blue shooting". KRQE. Retrieved November 11, 2016.*
68. ^ Jump up to:a b c *Justin Cox; Candace Hopkins (May 29, 2016). "APD investigating officer involved shooting that left one dead". KRQE.*

69. **Jump up^** *Tom O'Connell (June 1, 2016). "Killed by APD, and Now the Wait for Answers". Burque Media.*
70. **Jump up^** *Robert Browman; Elise Kaplan (April 7, 2015). "Alleged domestic violence suspect in custody after NE ABQ SWAT standoff". Albuquerque Journal. Retrieved November 11, 2016.*
71. **Jump up^** *Robert Browman (April 14, 2015). "Police arrest domestic violence suspect after search". Albuquerque Journal. Retrieved November 10, 2016.*
72. **Jump up^** *Robert Browman; Elise Kaplan (April 22, 2015). "Man in custody after South Valley SWAT standoff". Albuquerque Journal.*
73. **Jump up^** *Megan Cruz (September 16, 2016). "Independent monitor slams Albuquerque police in special report: Report centered on use of force incident from 2015". KOAT. Retrieved November 11, 2016.*
74. **Jump up^** *MARY HUDETZ (July 1, 2016). "Report: Albuquerque police failed in use-of-force reviews: A federal monitor says the Albuquerque Police Department has struggled to adequately review use-of-force cases, while the SWAT units are doing a better job of de-escalating stand-offs and other high-stress situations". US News and World Report. Associated Press. Retrieved November 11, 2016.*
75. ^ Jump up to:[a] [b] *Candace Hopkins; Lysee Mitri (December 31, 2015). "Albuquerque police releases lapel video in deadly officer-involved shooting". KRQE. Retrieved November 11, 2016.*
76. **Jump up^** *"Albuquerque police ID carjacking suspect killed by officers". KRQE. Associated Press. December 23, 2015. Retrieved November 11, 2016.*
77. **Jump up^** *Chelo Riovera; Gabrielle Burkhart (December 22, 2015). "Albuquerque Police: Suspect killed after attempted car-jacking". KRQE. Retrieved November 11, 2016.*
78. **Jump up^** *Angela Ollison (May 24, 2016). "Arrest made, suspect dead in officer-involved shooting in southeast Albuquerque". KRQE. Retrieved November 16, 2016.*
79. **Jump up^** *Maggie Shepard (June 19, 2016). "APD: SWAT team takes suspect into custody in NE ABQ". Albuquerque Journal. Retrieved November 11, 2016.*
80. **Jump up^** *"Ex-Albuquerque policeman accused of leaving scene of a crash". KRQE. Associated Press. September 30, 2016. Retrieved November 11, 2016.*
81. **Jump up^** *Soyoung Kim (October 23, 2016). "Police investigating after Albuquerque officer fired at suspect". KRQE. Retrieved November 11, 2016.*


Categories:

- People shot dead by law enforcement officers in the United States
- Civil rights and liberties
- Albuquerque, New Mexico
- Police brutality in the United States