In The United States District Court
in the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 18 2020

MITCHELL R. ELFERS
CLERK

United States

V.S.            Civil Action No. 1-14-CV-1025 JB-SMV

City of Albuquerque

Consent Decree/Investigation

Comes now, James Thor Kirk as sole Benificary of Coorparite fiction, or non coorporate fiction of James Thor Kirk Respectfully moves the court to investigate the policeing were NMSP did in fact used excessive force unreasonable deadly force, Recorded in case No USDC 1:12-CV-1157 JAP/WPL in Violation of the fourth Amendment and § 14141. Also in violation of New Mexico Safety pursuit Act; inconsistant findings deleted incruments of dash cam, Lapel cam Video and Audio on Paul Lopez and Jeffery Burke, and Haily Cage. Requesting dispositions on all claims; NMSP, SOP, violations, pit manuver, illegal cavity search at UNM Hospital, MDC intake Refused to detain Records; Speedy Trial Rights, sentenced illegally No Lawyer Right to effective

assistance of counsel; Resulting in defamation of character, slander, false imprisonment.

please with all due Respect clearly elaborate all dispositions, Rights, and honest Justifiable explainations of each claim, in said case.

furthermore, the disposetion on the policing on case Connie Kirk vs Donald Womble et al; County of Bernalillo State of New Mexico Second Judical District Court case D-202-CR-1988-00881 Wrongful Death claims; only son Rights for James THOR KIRK date of birth 08-05-1980 for the wrongful Death of his father Edward Edward Kevin KIRK.

please give disposition of this Wrongful death claims entitled to James Thor Kirk in good faith to be educated and encouraged to marry and have Children sons and daughters in Honor of My fathers Edward Kevin Kirk.

thank you for your help and education in finding myself and achiveing my higher purpose.

Respectfully,
James THOR KIRK
#0929415!
2000 Cibola loop
Milan, NM 87021

March 16TH 2020

Kirk, James #0929415
2000 Cibola loop
Milan, NM 87021

Legal Mail

United States District
Suite 270
333 Lomas blvd
Albuquerque, NM 87102

RECEIVED
MAR 18 2020
MITCHELL R. ELFERS
CLERK