IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                      No. CIV 14-1025 JB/SMV

CITY OF ALBUQUERQUE,

       Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on: (i) Albuquerque Police Officers Association's Issues and Concerns (Relating to Document No. 692), filed February 19, 2021 (Doc. 707); and (ii) Albuquerque Police Officers Association's Motion Opposing Motion and Final Order, filed February 22, 2021 (Doc. 714). On February 26, 2021, the Court granted the United States' and City of Albuquerque's Joint Motion for Order Establishing an External Force Investigation Team, filed February 5, 2021 (Doc. 692). For the reasons stated on the record, the Court overrules the Albuquerque Police Officers Association's Issues and Concerns (Relating to Document No. 692), and denies Albuquerque Police Officers Association's Motion Opposing Motion and Final Order.

**IT IS ORDERED** that: (i) the Albuquerque Police Officers Association's Issues and Concerns (Relating to Document No. 692), filed February 19, 2021 (Doc. 707), is overruled; and

---

[1]This Order disposes of: (i) Albuquerque Police Officers Association's Issues and Concerns (Relating to Document No. 692), filed February 19, 2021 (Doc. 707); and (ii) Albuquerque Police Officers Association's Motion Opposing Motion and Final Order, filed February 22, 2021 (Doc. 714). The Court will issue at a later date, however, a Memorandum Opinion more fully detailing its rationale for this decision.


- 2 -

(ii) Albuquerque Police Officers Association's Motion Opposing Motion and Final Order, filed February 22, 2021 (Doc. 714) is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Fred J. Federici
   Acting United States Attorney
Michael H. Hoses
Elizabeth M. Martinez
   Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

--and--

Paul Killebrew
   Special Counsel
Luis E. Saucedo
   Counselor to the Chief
Corey M. Sanders
Patrick Kent
Special Litigation Section
Civil Rights Division
United States Department of Justice
Washington, D.C.

    *Attorneys for the Plaintiff*

Jerry A. Walz
Walz and Associates
Albuquerque, New Mexico

--and--

Esteban Angel Aguilar, Jr.
   City Attorney
Samantha M. Hults
   Deputy City Attorney
Carlos F. Pacheco
Trever Adam Rigler

- 3 -

City of Albuquerque
Albuquerque, New Mexico

    *Attorneys for the Defendant*

John James D'Amato, Jr.
The D'Amato Law Firm, PC
Albuquerque, New Mexico

--and--

Frederick M. Mowrer
The Law Office of Sanchez, Mowrer & Desiderio P.C.
Albuquerque, New Mexico

    *Attorneys for Intervenor Albuquerque Police Officers Association*

Maria Martinez Sanchez
Steven Robert Allen
American Civil Liberties Union of New Mexico
Albuquerque, New Mexico

    *Attorneys for Amicus Curiae American Civil Liberties Union of New Mexico*

Peter Cubra
Law Office of Peter Cubra
Albuquerque, New Mexico

    *Attorney for Amicus Curiae McClendon Subclass*

Andres Valdez
Albuquerque, New Mexico

    *Pro se Amicus Curiae*

Thomas Dent
Albuquerque, New Mexico

    *Pro se Amicus Curiae*