IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THE CITY OF ALBUQUERQUE,                      No. CIV. 14-1025 JB\SMV

        Defendant,

vs.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

        Intervenor.

## CITY'S NOTICE OF FUNDING OF THE EXTERNAL FORCE INVESTIGATION TEAMS

Defendant City of Albuquerque (City) hereby gives notice to the Court that the City of Albuquerque and DLG Consulting & Advisory Services, LLC signed contracts on April 14, 2022 and on April 19, 2022 to perform the EFIT work delineated in the *Amended Stipulated Order Establishing an External Force Investigation Team,* entered on March 21, 2022 (Doc. 906). On May 16, 2022, the Albuquerque City Council approved the contracts, as well as funding for both EFIT teams. Work may proceed, as contemplated by the *Amended Stipulated Order Establishing an External Force Investigation Team* (Doc. 906).

Respectfully submitted this 17th day of May 2022,

                                            Defendant CITY OF ALBUQUERQUE:

                                            ESTEBAN AGUILAR, JR.
                                            CITY ATTORNEY

                                            */s/ Carlos F. Pacheco /s/*
                                            CARLOS F. PACHECO
                                            Senior Managing City Attorney
                                            P.O. Box 2248

Albuquerque, NM 87103
(505) 768-4500
cpacheco@cabq.gov

*Attorney for Defendant City of Albuquerque*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2022, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel and the Independent Monitor to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Carlos Pacheco*
CARLOS PACHECO
Senior Managing City Attorney

2