# James Browning

| | |
|---|---|
| **From:** | Silvio Dell'Angela <dellansi@comcast.net> |
| **Sent:** | Thursday, July 14, 2022 2:48 PM |
| **To:** | Elizabeth.Martinez@usdoj.gov |
| **Cc:** | Alexander.Uballez@usdoj.gov; Aaynnamarie.Maresca@usdoj.gov; mayorkeller@cabq.gov; hmedina@cabq.gov; browningchambers@nmcourt.fed.us; pmrinc@mac.com; newsroom@abqjournal.com; news@kob.com; newsdesk@krqe.com; koatdesk@hearst.com; dgiaquinto@cjrllc.net; brackchambers@nmcourt.fed.us; Paul.Killebrew@usdoj.gov; ibenton@cabq.gov; danlewis@cabq.gov; trudyjones@cabq.gov; kpena@cabq.gov; patdavis@cabq.gov; bbassan@cabq.gov; lesanchez@cabq.gov; tfiebelkorn@cabq.gov; rgrout@cabq.gov; kmoses@abqjournal.com; 'Matthew Reisen' |
| **Subject:** | Stop being enablers of this taxpayer rip-off artist-James Ginger and his team.  RE United States v City of Albuquerque, et al., 1:14-cv-01025-JB-SMV -- Attendees for July 26, 2022 Public Hearing |
| **Attachments:** | 924-220622 NOH (Zoom) re Doc 910 IMR-15 at 830 on July 26 2022.pdf; 910-220511 IMR-15.pdf |

**CAUTION - EXTERNAL:**

TO: THOSE SHOWN AND TO THE OVER 150 OTHERS 5ENT THIS Bcc

Thank you, Elizabeth, and our new US Attorney for NM Mr. Uballez

As Judge Browning realizes by now, Monitor Ginger and his team has continued since 2015 when the APD reform agreement/CASA was signed to rip off us taxpayers with his seemingly never ending promised it will take a (profitable for me) "marathon" to reform APD.

After last year's two-year irresponsible extension of his contract, Ginger again claims in this latest IMR-15 that while APD is progressing, it is still not fully in operational compliance.  Since Mayor Keller is seemingly too corrupt and/or gutless to fire APD Chief Medina and/or send Ginger and his team packing, next year Ginger is expected to ask for even more time and millions to finish his never-ending taxpayer rip-off job.

You folks with the DOJ here also seem to be enablers of this con artist Ginger as seemingly is Judge Browning.

Why would anybody waste their time reading Ginger's full report or attending his briefing on July 26 by Zoom?

Silvio
Lt. Col. USAF retired-Vietnam vet and former 9-year neighborhood association president here who won't suffer fools gladly

**From:** Martinez, Elizabeth (USANM) <Elizabeth.Martinez@usdoj.gov>
**Sent:** Wednesday, July 13, 2022 2:28 PM
**To:** Martinez, Elizabeth (USANM) <Elizabeth.Martinez@usdoj.gov>
**Cc:** Maresca, Annamarie (USANM) <Annamarie.Maresca@usdoj.gov>
**Subject:** RE United States v City of Albuquerque, et al., 1:14-cv-01025-JB-SMV -- Attendees for July 26, 2022 Public Hearing

1

Dear Members of the Albuquerque Community,

The Honorable James Browning, the U.S. District Judge presiding over the ABQ constitutional policing case, has entered a Notice of Hearing, Doc. 924, setting an all-day virtual (Zoom) Public Hearing for Independent Monitor James Ginger to present his Fifteenth Report (IMR-15) on the progress of the City of Albuquerque and the Albuquerque Police Department in implementing the reforms in the Court-Approved Settlement Agreement. Doc. 910. The public hearing is scheduled to begin at 8:30 am on July 26, 2022. The Notice of Hearing and IMR-15 are attached.

If you are interested in "attending" the Public Hearing, please send Annamarie Maresca and me an email by Monday, July 18, 2022, so your email address can be placed on the list that will be submitted to the Court so that you will receive the connection (logon) information for the virtual Public Hearing.

Please share this email and these documents with interested members of the community as we continue to keep you informed. Thank you so much.

**Elizabeth M. Martinez | Assistant United States Attorney**
U.S. Attorney's Office, District of New Mexico, P.O. Box 607, Albuquerque, NM 87103
Tel: 505-224-1469 | Cell: 505-239-4060 | Email: elizabeth.martinez@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.