*United States v. City of Albuquerque, et al.*, 1:14-cv-1025 JB/SMV
Remote (ZOOM) Hearing – July 26, 2022, 8:30 a.m. MST (Doc. 924)
U.S. Courthouse (Albuquerque), Vermejo Courtroom

**Public Hearing regarding Independent Monitor's Fifteenth Report (IMR-15), Doc. 910**
**The Honorable James O. Browning, U.S. District Judge, Presiding**

## AGENDA

1. **Notices of Appearance (pages 3-5)**

   a. Plaintiff United States – *Assistant U.S. Attorney Elizabeth M. Martinez, DOJ, U.S. Attorney's Office, District of New Mexico (USAO-DNM)*
   b. Defendant City of Albuquerque – *City Attorney Lauren Keefe*
   c. Intervenor Albuquerque Police Officers' Assn (APOA) – *Frederick M. Mowrer, Esq., Counsel for APOA*
   d. Independent Monitor – *James D. Ginger, Ph.D.*
   e. EFIT Administrator – *Darryl S. Neier, DLG, LLC*

2. **United States' Presentation (30 minutes)**
   a. Introductory Remarks – *U.S. Attorney Alexander M.M. Uballez, District of New Mexico*
   b. Overview – *Paul Killebrew, Deputy Chief, DOJ, Civil Rights Division, Special Litigation Section (DOJ Civil Rights)*
   c. Force Investigations – *Jared D. Hager, Trial Attorney, DOJ Civil Rights*
   d. Officer Accountability & Discipline – *Jean M. Zachariasiewicz, Trial Attorney, DOJ Civil Rights Division*
   e. Civilian Police Oversight Agency (CPOA) and Community Engagement – *AUSA Elizabeth M. Martinez, USAO-DNM*
   f. Data – *Patrick E. Kent, Trial Attorney, DOJ Civil Rights*

3. **Independent Monitor's Presentation (30 minutes)**
   a. Introduction and Overview – *Independent Monitor James Ginger*
   b. Force Investigations – *Associate Monitor William M. Toms, Ed.D.*
   c. Internal Affairs – *Associate Monitor Rick Necelis*
   d. Discipline & CPOA – *Associate Monitor Dan Giaquinto*
   e. Community Engagement – *Associate Monitor Stephen Rickman*

4. **Presentation by City and APD (60 minutes)**
   a. Introductory Remarks – *City Attorney Lauren Keefe*
   b. *Chief Administrative Officer Lawrence Rael*
   c. *Associate Chief Administrative Officer Bob White*
   d. *Chief of Police Harold Medina*
   e. *Interim Superintendent Eric Garcia*
   f. *Dr. Peter Vielehr, Director of Analytics*
   g. *City Attorney Lauren Keefe*

**EXHIBIT A**

5. **APOA's Presentation (30 minutes)**
    a. *Frederick M. Mowrer, Esq., Counsel for APOA*
    b. *APD Det. Shaun Willoughby, President, APOA*

6. **Presentations by *Amici* and CASA Stakeholders (20 minutes each)**
    a. CASA Stakeholder Mental Health Response Advisory Committee (MHRAC), Doc. 926, Ex. A – *Maxwell Kauffman, Disability Rights New Mexico Staff Attorney, MHRAC Co-Chair*
    b. CASA Stakeholder CPOA, Doc. 926, Ex. B1 and B2 – *Patricia French, CPOA Board Chair & Diane McDermott, CPOA Lead Investigator*
    c. CASA Stakeholder Community Policing Councils (CPCs), Doc. 926, Ex. C – *Rowan Wymark, Chair, Valley CPC & Lead, CPCs Council of Chairs*
    d. *Amicus* McClendon Subclass Counsel, Doc. 926, Ex. D – *Peter Cubra, Esq., Co-Counsel*
    e. *Amicus* Community Coalition, Doc. 926, Ex. E – *Antonio Maestas, Esq., Co-Counsel for the Community Coalition*
    f. *Amicus* APD Forward Coalition. Doc. 926, Ex. F – *Gary Housepian, Executive Director, Disability Rights New Mexico, APD Forward Steering Committee*

7. **Replies, if any, to Presentations (5 minutes each)**
    a. APOA – *Frederick M. Mowrer, Esq., APOA Counsel*
    b. EFIT – *Darryl Neier, EFIT Administrator*
    c. Independent Monitor – *Dr. James Ginger*
    d. City/APD – *City Attorney Lauren Keefe and/or Chief of Police Harold Medina*
    e. United States – *Paul Killebrew, Deputy Chief, DOJ Civil Rights and/or AUSA Elizabeth M. Martinez, USAO-DNM*

8. **Remarks on Presentations and Status of Reform Process -** *The Honorable James O. Browning, U.S. District Judge*

9. **Adjournment** - *The Honorable James O. Browning, U.S. District Judge*

**EXHIBIT A**

## Notices of Appearance

**PLAINITFF UNITED STATES OF AMERICA**

Alexander M.M. Uballez, U.S. Attorney
Ruth F. Keegan, Chief, Civil Division
Elizabeth M. Martinez, Assistant U.S. Attorney
U.S. Attorney's Office, District of New Mexico
U.S. Department of Justice

Paul Killebrew, Deputy Chief
Patrick E. Kent, Trial Attorney
Jared D. Hager, Trial Attorney
Jean M. Zachariasiewicz, Trial Attorney
Special Litigation Section, Civil Rights Division
U.S. Department of Justice

**DEFENDANT CITY OF ALBUQUERQUE**

Lauren Keefe, City Attorney
Carlos Pacheco, Senior Managing City Attorney
Trevor Rigler, Assistant City Attorney

**City of Albuquerque**
Lawrence Rael, Chief Administrative Officer
Bob White, Associate Chief Administrative Officer

**Albuquerque Police Department**
Chief of Police Harold Medina
Interim Superintendent of Police Reform Eric Garcia
1st Deputy Chief Mike Smathers, Special Operations Bureau
Deputy Superintendent of Police Reform Zakary Cottrell
Interim Deputy Superintendent of Police reform James Collins
Deputy Chief J.J. Griego, Management Services & Support Bureau
Deputy Chief Cecily Barker, Investigative Bureau
Deputy Chief Josh Brown, Field Services Bureau
Deputy Chief Cori Lowe, Accountability Bureau
Director of Office of the Chief David Franklin
Commander Renae McDermott, APD Academy
Commander Scott Norris, Internal Affairs Force Division
Commander Matthew Dietzel, Crisis Intervention Division
Commander Luke Languit, Southeast Area Command
Commander Sean Waite, Professional Integrity
Acting Commander Shawn Garrett, Foothills Area Command
Acting Commander Rene Barraza, Southwest Area Command
Acting Commander David Saladin, Northwest Area Command

Acting Commander Deanne Otzenberger, Northeast Area Command
Acting Commander Nick Wheeler, Valley Area Command
Acting Commander Aaron Jones, Criminal Investigations
Acting Commander Shane Todd, Special Operations Division
Lt. John Gonzales, Crisis Intervention Unit
Sgt. Jeffrey Barnard, Criminal Investigations
Jessica Hejny, Ph.D., Academy
Shania Gallegos, Police Reform Bureau
Gilbert Gallegos, Office of the Chief

**INTERVENOR APOA**

**Counsel for APOA**
Frederick M. Mowrer, Esq.
Sanchez, Mowrer & Desiderio, P.C.

**APOA**
Det. Shaun Willoughby, President, APOA

**INDEPENDENT MONITOR**

**Independent Monitor**
James D. Ginger, Ph.D.
Public Management Resources, Inc.
Independent Monitor

**Independent Monitor's Team**
William M. Toms, Ed.D.
Associate Monitor, Use of Force
Richard Necelis
Associate Monitor, Internal Affairs
Daniel Giaquinto, Esq.,
Associate Monitor, CPOA/Discipline
Stephen Rickman, Ph.D.
Associate Monitor, Community Engagement
Laurie M. Owens, Ph.D.
Director of Operations

**EXTERNAL FORCE INVESTIGATION TEAM (EFIT)**

**EFIT Executive Team**
Darryl S. Neier, DLG, LLC, EFIT Administrator
William L. Hurlock, Esq., EFIT Deputy Administrator
Darriell J. Bone, EFIT Lead Supervisor

**AMICI & CASA STAKEHOLDERS**

**CASA Stakeholder MHRAC**
Maxwell Kauffman, Disability Rights New Mexico Staff Attorney
Co-Chair, MHRAC

**CASA Stakeholder CPOA**
Patricia French, CPOA Board, Chair
Diane McDermott, CPOA Lead Investigator
Tina Gooch, CPOA Counsel

**CASA Stakeholder CPCs**
Rowan Wymark, Chair, Valley Area Command CPC
Lead, CPCs Council of Chairs

*Amicus* **McClendon Sub-Class Counsel**
Peter Cubra, Esq., Co-Counsel

**Community Coalition**
Antonio Maestas, Esq., Co-Counsel for Community Coalition

**APD Forward Coalition**
Gary D. Housepian, Executive Director, Disability Rights New Mexico
APD Forward Steering Committee

**EXHIBIT A**