UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   CIV 14-1025 JB/SMV          **DATE:** 7/26/2022

**TITLE:**   *United States of America v. City of Albuquerque*

**COURTROOM CLERK:** L. Rotonda          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   8:31 AM          **TOTAL TIME:**   5:26

**TYPE OF PROCEEDING:**   PUBLIC HEARING

**COURT RULING/DISPOSITION:**          SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Elizabeth Martinez (all appearing via Zoom)
Alex Uballez
Paul Killebrew
Jared Hager
Jean Zachariasiewicz
Patrick Kent

Lauren Keefe (all appearing via Zoom)
Dr. James Ginger
Darryl Neier

**PROCEEDINGS:**

**COURT IN SESSION: 8:31 AM**

**COURT:**   CALLS CASE, COUNSEL ENTER APPEARANCES.

**MR. UBALLEZ:**   DELIVERS INTRODUCTORY REMARKS.

**MR. KILLEBREW:**   PROVIDES OVERVIEW OF GOVERNMENT'S POSITION.

**COURT:**   QUERIES MR. KILLEBREW.

**MR. KILLEBREW:**   RESPONDS TO SAME.

**MR. HAGER:**   PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**COURT:**   QUERIES MR. HAGER, MR. KILLEBREW, COUNSEL RESPOND TO SAME.

**MS. ZACHARIASIEWICZ:**   PROVIDES UPDATE REGARDING OFFICER ACCOUNTABILITY AND

DISCIPLINE.

**MS. MARTINEZ:** PROVIDES UPDATE REGARDING CIVILIAN POLICE OVERSIGHT AGENCY (CPOA) AND COMMUNITY ENGAGEMENT.

**COURT:** QUERIES MS. MARTINEZ, COUNSEL RESPONDS TO SAME.

**MR. KENT:** PROVIDES UPDATES RELATED TO DATA COLLECTION AND ANALYSIS.

**DR. GINGER:** PROVIDES INTRODUCTION AND OVERVIEW ON BEHALF OF INDEPENDENT MONITOR TEAM.

**COURT:** QUERIES DR. GINGER, DR. GINGER RESPONDS TO SAME.

**DR. TOMS:** PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**COURT IN RECESS: 10:00 AM**

**COURT IN SESSION: 10:15 AM**

**DR. TOMS:** RESUMES OVERVIEW OF FORCE INVESTIGATIONS UPDATES.

**COURT:** QUERIES DR. TOMS, DR. TOMS RESPONDS TO SAME.

**MR. NECELIS:** PROVIDES UPDATE REGARDING INTERNAL AFFAIRS.

**MR. GIAQUINTO:** PROVIDES UPDATE REGARDING DISCIPLINE AND CPOA.

**COURT:** QUERIES MR. GIAQUINTO, MR. GIAQUINTO RESPONDS TO SAME.

**MR. RICKMAN:** PROVIDES UPDATE REGARDING COMMUNITY ENGAGEMENT.

**MS. KEEFE:** PROVIDES INTRODUCTORY REMARKS ON BEHALF OF CITY AND APD.

**MR. RAEL:** ADDRESSES COURT.

**MR. WHITE:** ADDRESSES COURT.

**COURT:** QUERIES MR. WHITE, MR. WHITE RESPONDS TO SAME.

**CHIEF MEDINA:** ADDRESSES COURT.

**COURT:** QUERIES CHIEF MEDINA, CHIEF MEDINA RESPONDS TO SAME.

**COURT IN RECESS: 11:48 AM**

**COURT IN SESSION: 12:50 PM**

**CHIEF MEDINA:** RESUMES PRESENTATION.

**COURT:** QUERIES CHIEF MEDINA, CHIEF MEDINA RESPONDS TO SAME.

**SUPERINTENDENT GARCIA:** ADDRESSES COURT.

**DR. VIELEHR:** ADDRESSES COURT.

**MS. KEEFE:** ADDRESSES COURT.

**MR. MOWRER:** ADDRESSES COURT.

**COURT:** QUERIES MR. MOWRER, MR. MOWRER RESPONDS TO SAME.

**MR. KAUFFMAN:** ADDRESSES COURT.

**MS. MCDERMOTT:** ADDRESSES COURT.

**MS. FRENCH:** ADDRESSES COURT.

**COURT IN RECESS: 2:16 PM**

**COURT IN SESSION: 2:36 PM**

**MR. WYMARK:** ADDRESSES COURT.

**MR. CUBRA:** ADDRESSES COURT.

**COURT:** QUERIES MR. CUBRA, MR. CUBRA RESPONDS TO SAME.

**DEAN MATHEWSON:** ADDRESSES COURT.

**MR. MAESTAS:** ADDRESSES COURT.

**MR. HOUSEPIAN:** ADDRESSES COURT.

**MR. MOWRER:** ADDRESSES COURT.

**MR. NEIER:** ADDRESSES COURT.

**COURT:** QUERIES MR. NEIER, MR. NEIER RESPONDS TO SAME.

**DR. GINGER:** ADDRESSES COURT.

**COURT:** QUERIES MR. NEIER, MR. NEIER RESPONDS TO SAME.

**COURT:** QUERIES DR. GINGER, DR. GINGER RESPONDS TO SAME.

**MS. KEEFE:** ADDRESSES COURT.

**COURT:** QUERIES MS. KEEFE, MS. KEEFE RESPONDS TO SAME.

**COURT:** QUERIES DR. GINGER, DR. GINGER RESPONDS TO SAME.

**COURT:** POSES QUESTION TO MS. KEEFE.

**COURT IN RECESS: 4:04 PM**

**COURT IN SESSION: 4:19 PM**

**MS. KEEFE:** RESPONDS TO COURT'S QUERIES.

**MR. KILLEBREW:** ADDRESSES COURT.

**COURT:** QUERIES MR. KILLEBREW, MR. KILLEBREW RESPONDS TO SAME.

**MS. KEEFE:** RESPONDS TO SAME.

**COURT IN RECESS: 5:13 PM**