**James Browning**                                                                      CIV 14-1025

| | |
|---|---|
| **From:** | Silvio Dell'Angela <dellansi@comcast.net> |
| **Sent:** | Thursday, August 4, 2022 4:19 PM |
| **To:** | pmrinc@mac.com; mayorkeller@cabq.gov; hmedina@cabq.gov; Paul.Killebrew@usdoj.gov; Elizabeth.Martinez@usdoj.gov; Alexander.Uballez@usdoj.gov |
| **Cc:** | ewatson@cabq.gov; pmrinc@mac.com; ekaplan@abqjournal.com; kmoses@abqjournal.com; dherrera@abqjournal.com; dWestphal@abqjournal.com; newsdesk@krqe.com; newsroom@abqjournal.com; news@kob.com; koatdesk@hearst.com; Paul.Killebrew@usdoj.gov; rickmanse@aol.com; jared.leopold@state.nm.us; mark.vandyke@state.nm.us; browningchambers@nmcourt.fed.us |
| **Subject:** | The past week events demonstrated how those in our City government and in our justice system continues to betray us with regard to APD reform |
| **Attachments:** | Coverup for Keller by APD.docx |

CAUTION - EXTERNAL:

Reference my July 14 e-mail reply to DOJ's Elizabeth Martinez and our new DOJ US Attorney for NM Mr. Uballez at our local DOJ office, Paul Killebrew at DOJ's D.C. office, the media and to over 150 others including Judge Browning titled, *"Stop being enablers of this taxpayer rip-off artist-James Ginger and his team. RE United States v City of Albuquerque, et al., 1:14-cv-01025-JB-SMV -- Attendees for July 26, 2022 Public Hearing."* My e-mail reply below said:

*"TO: THOSE SHOWN AND TO THE OVER 150 OTHERS SENT THIS Bcc*

*Thank you, Elizabeth, and our new US Attorney for NM Mr. Uballez*

*As Judge Browning realizes by now, Monitor Ginger and his team have continued since October 2014 when the APD reform agreement/CASA was signed to rip off us taxpayers with his seemingly never ending promised it will take a (profitable for him) "marathon" in order to reform APD. After last year's two-year irresponsible extension of his contract, Ginger again claims in this latest IMR-15 that while APD is progressing, it is still not fully in operational compliance.* <u>*Since Mayor Keller is seemingly too corrupt and/or gutless to fire APD Chief Medina and/or send Ginger and his team packing*</u>*, next year Ginger is expected to ask for even more time and millions to finish his never-ending taxpayer rip-off job. You folks with the DOJ here also seem to be enablers of this con artist Ginger as seemingly is Judge Browning. Why would anybody waste their time reading Ginger's full report or attending his briefing on July 26 by Zoom?*

*Silvio*
*Lt. Col. USAF retired-Vietnam vet and former 9-year neighborhood association president* <u>*who won't suffer fools gladly*</u>

---

<u>Keller and MLG-two incompetent peas in a pod</u>

I'm sure our disgraceful NM crotch grabbing, tyrannical Governor MLG would have taken another embarrassing incompetent like Chief Medina off Keller's hands if he had the guts to fire him since MLG hired Keller's former disgraceful COA Sarita Nair. Medina would have felt right at home in Santa Fe not only with his former boss Nair but with Dr. David Scrase, MLG's acting cabinet secretary for the New Mexico Department of Health (DOH). To please big Pharma and the distributors of their profitable COVID vaccines-possibly also doners to MLG's campaign, we would see

1

a full-page ad from the Scrase's DOH on page A3 of Sunday's 7/31 joURNAL urging parents who have children <u>as young as 6 months</u> to get the vaccine while claiming that it is not <u>only necessary but safe.</u> Neither have been proven- as Scrase knows!

Recall also that Medina covered Keller's butt last year when denying there was ever an APD response to the Keller home for a "domestic incident" in April 2021. An APD officer told me that there indeed was a response to the home and that it concerned someone working for Keller at our Airport. I sent the attached e-mail tip sent me by ABQ RAW to many and suggested that the news media first contact Keller's appointed Director of Aviation-Nyika Allen to find out if this was true. Not coincidentally, Nyika Allen resigned soon afterwards and moved to the west coast. Our CYA for Keller media never pursued this story.

<u>Not surprisingly, Ginger's scam on taxpayers will likely be allowed to continue for at least three more years with the DOJ's Judge Browning's, our Mayor's and his APD Chief's blessing</u>

Not surprisingly, my July 14 e-mail plea to send Ginger or Chief Medina packing fell on deaf ears based on what happened at Tuesday's 7/26 briefing of Ginger's latest APD reform progress report-IMR-15. The DOJ and Judge Browning showed once again that they don't care a damn about us or any real reform-but just are willing enablers like our media.

Many joURNAL readers/fellow ripped-off taxpayers also were likely as disgusted as I after reading the front-page 7/28 article by joURNAL reporter Elise Kaplan summarizing the Tuesday July 7/26 hearing of Ginger's latest APD reform status report before Judge Browning titled, *"Officials say 'end in sight ' for reform within APD" 'Champions of change have now emerged in the force, DoJ team says."* See reporter Kaplan's article at https://www.abqjournal.com/2519826/officials-say-end-in-sight-for-apd-reform-effort.html

An extract from her article said, *"Shortly after the latest report was released, Chief Harold Medina told the Journal that the city has a goal of completing the CASA requirements in two years. In court, the DOJ attorneys and Ginger agreed that this was possible. Ginger – saying "I hate to throw water on the parade" – cautioned that, after the city gets into full compliance, it has to maintain that standing for two years. That, in my experience, has been when things are the toughest ...," Ginger said. "I know APD has put a great deal of effort into this process, they've hired a great deal of external talent, which is has made a big difference in this process. But that gentle pressure relentlessly applied is what will carry them over the finish line. And I want everybody to be cognizant of that."*

Now almost eight long and inexcusable years after the CASA was signed with Monitor Ginger now funded through 2023, next year Ginger will likely demand even more millions of our tax dollars to extend his contract until at least 2025 to ensure that APD *"maintains that standing."* The DOJ representatives and Judge Browning are expected to again bless Ginger's proposed new taxpayer rip-off.

*Elise's article also later said "<u>Deadly fire clouds hearing</u>. Hanging over the hearing was the death of 15-year-old Brett Rosenau."*

Not surprising, reporter Kaplan had earlier in a human-interest story portrayed Brett as just a sweet young innocent victim who APD police officers had intentionally killed in a fire they allegedly caused rather than a young gangster in training-someone Brett appeared to be. This young man died during the fire NOT because of APD responders who embarrassing reporter Elise still seems to blame. Brett died because he refused to come out of the home right after APD responders first demanded that he and his scumbag criminal mentor come out. His mentor who seemingly cared little about his pupil would come out only after the house caught fire. <u>Brett caused his own death</u>!

Believing we citizens are stupid, <u>Chief Medina who I'm told that no honest APD police officer respects</u>, then tries to take a victory lap with his insulting Sunday 7/31 joURNAL article titled *"APD finally taking some reform reins from DOJ,"* that I called pure B.S. in my e-mail to many also on Sunday. See Medina's article at " <u>8 years in, APD takes reform reins from DOJ - NewsLocker</u> https://www.newslocker.com/en-us/region/new-mexico/

In Medina's article he claims that he will continue to hold his officers accountable as well as keep his experienced officers. Apparently, holding officers accountable doesn't apply to his corrupt APD Lt. who was caught ripping off taxpayers for hundreds of thousands of dollars by committing fraud-falsifying his timecards but was never punished and kept in APD by Medina with Keller's blessing. Medina and Keller apparently also have no problem with APD supervisors-sergeants and lieutenants belonging to police officer Shaun Willoughby's CYA APOA Union. Medina will do his part by making sure all investigations of fraud or other wrongdoing by his corrupt officers are never completed before the short period of time specified in the City/APOA agreement so they cannot be punished.

Keller's City Clerk Ethan Watson will do his part by stonewalling years old NM IPRA requests by me and other citizens to see APD video and other documentation damaging to Medina and his APD.

A letter in the 7/28 joURNAL by retired police officer Bill Pruitt titled *"Returning cop hurts integrity at APD"* referred to Medina keeping this corrupt Lt. in APD as a slap in the face to every officer with integrity. Pruitt further mentioned that in the past other corrupt APD police officers also were never punished. The DOJ here and in D.C., Judge Browning and "marathon " reform monitor Ginger and his local people know all this but chose again to be enablers.

Below the 7/28 Pruitt letter in the joURNAL was one by retired secret service agent and police officer Jim Larson who later had served on ABQ's Citizen Police Oversight Commission (CPOA). *It was titled "Police Oversight Commission walks away from review,"* Jim damns the cowards now on the CPOA for refusing to rule on a fatal APD shooting of Roger Schafer in August 2019. The current CPOA has become a joke in the APD reform process-another reason APD reform progress is a joke here.

<u>Nothing will change here until Keller is sent packing</u>

You never read or hear any of this by taxpayer rip-off Monitor Ginger in his B.S. reform status reports or by our complicit DoJ folks here and D.C. and federal Judge Browning. The overwhelming number of good APD officers as well as we citizens have a right to be angry at our city leaders-Keller, Rael and Medina, the DOJ folks here-Elizabeth Martinez, and NM's US Attorney Alexander Uballez and in D.C.-Paul Killebrew as well as Judge Browning for turning Albuquerque into a hellhole.

Silvio

*Lt. Col. USAF retired-Vietnam vet and former 9-year ABQ neighborhood association president <u>who won't suffer fools gladly</u>*

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

4:41



ABQ RAW
1h ·

\*\*\*BREAKING NEWS\*\*\*

We have received information that Albuquerque Mayor Tim Keller and his wife were involved in a domestic incident at their residence last week.

Anonymous sources within APD have confirmed there was indeed a call made late last week regarding the incident.

The details are being kept under wraps and we have heard that any pertinent information about those parties involved are being scrubbed from official reports.

We have requested more information through a public records request and are waiting for a comment from spokespeople.



Write a comment...

https://www.cabq.gov/mayor/news/mayor-tim-keller-appoints-nyika-allen-as-director-of-aviation