IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.   No. CIV 14-1025 JB/SMV

THE CITY OF ALBUQUERQUE,

   Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

   Intervenor.

## ORDER

This matter is before the Court pursuant to the City's Unopposed Motion to Seal **(Doc. No. 928 and 928-1**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS ORDERED** that Doc. No. 928 and 928-1 shall be sealed.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

 /s/ Lauren Keefe
Lauren Keefe
City Attorney
Carlos Pacheco
Senior Managing City Attorney
P.O. Box 2248
Albuquerque, NM 87103

(505) 768-4500
lkeefe@cabq.gov
cpacheco@cabq.gov

 /s/ Taylor S. Rahn
Taylor S. Rahn
Robles, Rael & Anaya, P.C.
500 Marquette Ave NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
taylor@roblearael.com
*Attorneys for Defendant City of Albuquerque*


Approved by:

Approved via email on 10/17/22
Jared Hager
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
jared.hager2@usdoj.gov
*On behalf of Plaintiff*


Approved via telephone on 10/18/22
Frederick M. Mowrer
Sanchez, Mowrer, & Desiderio, PC
PO Box 1966
Albuquerque, NM 87102
fmmowrer@smdlegal.com
*On behalf of Intervenor*