UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   No. CIV 14-1025 JB/JFR     **DATE:** 12/6/2022

**TITLE:**   *United States of America v. City of Albuquerque, et al.*

**COURTROOM CLERK:** L. Rotonda     **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   8:25 AM     **TOTAL TIME:**   4:55

**TYPE OF PROCEEDING:** PUBLIC HEARING

**COURT RULING/DISPOSITION:**     SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Paul Killebrew                                Taylor Rahn
  Ruth Keegan                                   Fred Mowrer
  Alexander Uballez                             Dr. James Ginger
                                                Darryl Neier

**PROCEEDINGS:**

**COURT IN SESSION: 8:25 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.

**MR. UBALLEZ:** ADDRESSES COURT.

**MR. KILLEBREW:** PROVIDES OVERVIEW OF HEARING, UPDATES IN CASE.

**MR. HAGER**: ADDRESSES COURT REGARDING FORCE INVESTIGATION UPDATES.

**MS. ZACHARIASIEWICZ**: ADDRESSES COURT REGARDING OFFICER ACCOUNTABILITY, DISCIPLINE AND CRISIS INTERVENTION UPDATES.

**MR. KENT:** PROVIDES UPDATE REGARDING DATA COLLECTION.

**DR. GINGER:** PROVIDES INTRODUCTION AND OVERVIEW AS TO MONITORING REPORTING PERIOD.

**DR. TOMS:** PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**COURT IN RECESS:** 10:03 AM

**COURT IN SESSION:** 10:16 AM

**DR. TOMS:** RESUMES REVIEW OF UPDATES AS TO FORCE INVESTIGATIONS.

**MR. NECELIS:** ADDRESSES COURT REGARDING INTERNAL AFFAIRS CASES.

**MR. GIAQUINTO:** PROVIDES UPDATES REGARDING DISCIPLINE AND CIVILIAN OVERSIGHT.

**COURT:** QUERIES MR. GIAQUINTO.

**MR. GIAQUINTO:** RESPONDS TO COURT'S QUESTIONS.

**MS. RAHN:** ADDRESSES COURT TO GIVE INTRODUCTORY REMARKS ON BEHALF OF CITY OF ALBUQUERQUE.

**COURT:** QUERIES MS. RAHN.

**MS. RAHN:** RESPONDS TO COURT'S QUERIES.

**MR. WHITE:** ADDRESSES THE COURT REGARDING UPDATES.

**CHIEF MEDINA:** ADDRESSES THE COURT.

**COURT:** QUERIES CHIEF MEDINA.

**CHIEF MEDINA:** RESPONDS TO COURT'S QUERIES.

**MR. MOWRER:** ADDRESSES COURT ON BEHALF OF APOA.

**MR. NEIER:** ADDRESSES COURT REGARDING EFIT UPDATES.

**COURT:** QUERIES MR. NEIER.

**MR. NEIER:** RESPONDS TO COURT'S QUERIES.

**COURT IN RECESS:** 11:46 AM

**COURT IN SESSION:** 12:45 PM

**MS. FRENCH:** ADDRESSES COURT ON BEHALF OF CPOAB.

**COURT:** QUERIES MS. FRENCH.

**MS. FRENCH:** RESPONDS TO COURT'S QUERIES.

**MS. WYMARK:** ADDRESSES COURT ON BEHALF OF CPCS.

**MS. BIGGS:** ADDRESSES COURT ON BEHALF OF MHRAC.

**COURT:** QUERIES MS. BIGGS.

**MS. BIGGS:** RESPONDS TO COURT'S QUERIES.

**MR. WILLIAMS:** ADDRESSES COURT REGARDING APD FORWARD COALITION.

**COURT:** QUERIES MR. WILLIAMS.

**MR. WILLIAMS:** RESPONDS TO COURT'S QUERIES.

**MS. EWING:** ADDRESSES COURT ON BEHALF OF CPOA.

**COURT:** QUERIES MS. EWING.

**MS. EWING:** RESPONDS TO SAME.

**MR. CUBRA:** ADDRESSES COURT ON BEHALF OF MCCLENDON SUB-CLASS.

**COURT:** QUERIES MR. CURBRA.

**MR. CUBRA:** RESPONDS TO COURT'S QUERIES.

**MR. MATHEWSON:** ADDRESSES COURT ON BEHALF OF COMMUNITY COALITION.

**MR. LUJAN:** ADDRESSES COURT.

**MR. MATHEWSON:** RESUMES ADDRESSING COURT.

**MR. NEIER:** RESPONDS TO COMMENTS PERTAINING TO EFIT.

**DR. GINGER:** RESPONDS TO COMMENTS RELATED TO MONITORING REPORT.

**MS. RAHN:** RESPONDS TO COMMENTS ON BEHALF OF CITY OF ALBUQUERQUE.

**COURT:** QUERIES MS. RAHN.

**MS. RAHN:** RESPONDS TO COURT'S QUERIES.

**CHIEF MEDINA:** RESPONDS TO COURT'S QUERIES.

**MR. KILLEBREW:** ADDRESSES COURT.

**COURT IN RECESS: 2:15 PM**

**COURT IN SESSION: 2:30 PM**

**MR. KILLEBREW:** RESUMES ADDRESSING COURT.

**COURT:** QUERIES MR. KILLEBREW.

**MR. KILLEBREW:** RESPONDS TO COURT'S QUERIES.

**COURT IN RECESS: 2:47 PM**