IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THE CITY OF ALBUQUERQUE,   1:14-cv-1025 JB/JFR

Defendant,

vs.

THE ALBUQUERQUE POLICE OFFICERS' ASSOCIATION,

Intervenor.

## ORDER

This matter is before the Court pursuant to the Parties' Joint Motion for Approval of Third Amended and Restated Court-Approved Settlement Agreement (Doc. No. 988). Having reviewed the Motion and noting that it is submitted jointly by the Parties and approved by the Independent Monitor, the Court finds it is well-taken and shall be **GRANTED**.

_____
James O. Browning
UNITED STATES DISTRICT JUDGE

Submitted by:

Plaintiff UNITED STATES OF AMERICA:

ALEXANDER M.M. UBALLEZ
United States Attorney
District of New Mexico

*The United States confirms that the union/intervenor concurs.* 6/2/23

AJA BROOKS
Executive Assistant U.S. Attorney
RUTH KEEGAN
Civil Division Chief
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274
Aja.Brooks@usdoj.gov


KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
PAUL KILLEBREW
Deputy Chief
PATRICK KENT
JARED HAGER
JEAN ZACHARIASIEWICZ
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 305-3229


Approved by:

Defendant CITY OF ALBUQUERQUE:

___*Approved by Email*_____
LAUREN KEEFE, CITY ATTORNEY
City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lkeefe@cabq.gov

TAYLOR RAHN
Robles, Rael & Anaya, P.C.
500 Marquette NW, Suite 100

Albuquerque, NM 87102
(505) 242-2228
taylor@roblesrael.com