UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**     No. CIV 14-1025 JB/JFR          **DATE:** 6/6/2023

**TITLE:**     *United States of America v. City of Albuquerque, et al.*

**COURTROOM CLERK:** L. Rotonda          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   8:30 AM          **TOTAL TIME:**  5:30

**TYPE OF PROCEEDING:** PUBLIC HEARING

**COURT RULING/DISPOSITION:**           SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

| | |
|---|---|
| Ruth Keegan | Taylor Rahn |
| Alex Uballez | Lauren Keefe |
| Aja Brooks | Cory Lowe |
| Paul Killebrew | Garcia |
| Jean Zachariasiewicz | Frederick Mowrer |
| Derek Hager | James Ginger, Ph.D. |
| Melody Fields | Darryl Neier |
| Patrick Kent | |

**PROCEEDINGS:**

**COURT IN SESSION: 8:30 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.

**MR. UBALLEZ:** ADDRESSES COURT, PROVIDES INTRODUCTORY REMARKS ON BEHALF OF UNITED STATES.

**MR. KILLEBREW:** ADDRESSES COURT WITH OVERVIEW OF REPORTING PERIOD.

**COURT:** QUERIES MR. KILLEBREW.

**MR. KILLEBREW:**  RESPONDS TO COURT'S QUERIES.

**MS. ZACHARIASIEWICZ:**  PROVIDES UPDATE ON CASA MODIFICATIONS, SELF-MONITORING, AND THE SUSTAINMENT PERIOD, OFFICER ACCOUNTABILITY AND DISCIPLINE.

**MR. HAGER:**  PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**COURT:**  QUERIES MR. HAGER.

**MR. HAGER:**  RESPONDS TO COURT'S QUERIES.

**MS. FIELDS:**  PROVIDES UPDATE REGARDING CRISIS INTERVENTION.

**COURT:**  QUERIES MS. FIELDS.

**MS. FIELDS:**  RESPONDS TO COURT'S QUERIES.

**MR. KENT:**  PROVIDES UPDATE REGARDING DATA COLLECTION AND REPORTING.

**COURT IN RECESS: 10:00 AM**

**COURT IN SESSION: 10:14 AM**

**MS. BROOKS:**  PROVIDES UPDATE REGARDING CIVILIAN OVERSIGHT AND COMMUNITY ENGAGEMENT.

**DR. GINGER:**  PROVIDES INTRODUCTION AND OVERVIEW ON BEHALF OF MONITORING TEAM.

**COURT:**  QUERIES DR. GINGER.

**DR. GINGER:**  RESPONDS TO COURT'S QUERIES.

**DR. TOMS:**  PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**MR. COYNE:**  ADDRESSES COURT REGARDING TRAINING AND FORCE REVIEW BOARD.

**MR. GIAQUINTO:**  PROVIDES UPDATE REGARDING DISCIPLINE.

**MR. NECELIS:**  PROVIDES UPDATES REGARDING INTERNAL AFFAIRS AND CIVILIAN POLICE OVERSIGHT AGENCY INVESTIGATIONS.

**DR. RICKMAN:**  PROVIDES UPDATE REGARDING COMMUNITY ENGAGEMENT AND CIVILIAN POLICE OVERSIGHT AGENCY BOARD.

**COURT:**  QUERIES DR. RICKMAN.

**DR. RICKMAN:**  RESPONDS TO COURT'S QUERIES.

**MS. RAHN:**  DELIVERS INTRODUCTORY REMARKS ON BEHALF OF CITY AND APD.

**COURT:**  QUERIES MS. RAHN.

**MS. RAHN:**  RESPONDS TO COURT'S QUERIES.

**COURT IN RECESS: 11:50 AM**

**COURT IN SESSION: 12:01 PM**

**MS. RAHN:**  RESUMES ADDRESSING THE COURT.

**MR. RAEL:**  ADDRESSES COURT.

**CHIEF MEDINA:**  ADDRESSES COURT.

**COURT:**  QUERIES CHIEF MEDINA.

**CHIEF MEDINA:**  RESPONDS TO COURT'S QUERIES.

**MS. KEEFE:**  ADDRESSES COURT IN RESPONSE TO COURT'S EARLIER QUERY.

**MS. RAHN:**  PROVIDES CONCLUDING REMARKS ON BEHALF OF CITY.

**MR. MOWRER:**  ADDRESSES COURT ON BEHALF OF APOA.

**COURT:**  QUERIES MR. MOWRER.

**MR. MOWRER:**  RESPONDS TO COURT'S QUERIES.

**MR. NEIER:**  ADDRESSES COURT REGARDING EFIT MATTERS.

**MR. HURLOCK:**  ADDRESSES COURT REGARDING EFIT BACKLOG TEAM.

**MS. SCHWARTZ:**  ADDRESSES COURT REGARDING CPCS.

**MS. MCDERMOTT:**  ADDRESSES COURT ON BEHALF OF CPOA.

**COURT:**  QUERIES MS. MCDERMOTT.

**MS. MCDERMOTT:**  RESPONDS TO COURT'S QUERIES.

**MR. WILLIAMS:**  ADDRESSES COURT ON BEHALF OF APD COALITION.

**COURT:**  QUERIES MR. WILLIAMS.

**MR. WILLIAMS:**  RESPONDS TO COURT'S QUERIES.

**MR. CUBRA:**  ADDRESSES COURT ON BEHALF OF MCCLENDON SUBCLASS.

**COURT:**  QUERIES MR. CUBRA.

**MR. CUBRA:**  RESPONDS TO COURT'S QUERIES.

**COURT IN RECESS: 1:31 PM**

**COURT IN SESSION: 1:42 PM**

**MR. CUBRA:**  RESUMES ADDRESSING COURT.

**COURT:**  QUERIES MR. CUBRA.

**MR. CUBRA:**  RESPONDS TO COURT'S QUERIES.

**MR. MAESTAS:**  ADDRESSES COURT REGARDING COMMUNITY COALITION UPDATES.

**MR. NEIER:**  REPLIES ON BEHALF OF EFIT.

**MS. RAHN:**  REPLIES ON BEHALF OF CITY.

**MR. KILLEBREW:**  REPLIES ON BEHALF OF UNITED STATES.

**COURT:**  QUERIES MR. KILLEBREW.

**MR. KILLEBREW:**  RESPONDS TO COURT'S QUERIES.

**COURT:**  THANKS COUNSEL AND PARTICIPANTS FOR THEIR PRESENTATIONS, CONCLUDES HEARING.

**COURT IN RECESS: 2:36 PM**