FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                  No. CIV 14-1025 JB/JFR

THE CITY OF ALBUQUERQUE,

    Defendant,

vs.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## ORDER

This matter is before the Court pursuant to the Parties' Joint Motion for Partial Termination (Doc. No. 1022). Having reviewed the Motion and noting that it is submitted jointly by the Parties and approved by the Independent Monitor, the Court finds it is well-taken and shall be **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Plaintiff UNITED STATES OF AMERICA:

ALEXANDER M.M. UBALLEZ
United States Attorney
District of New Mexico

AJA BROOKS
Executive Assistant U.S. Attorney

RUTH KEEGAN
Civil Division Chief
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274
Aja.Brooks@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
PAUL KILLEBREW
Deputy Chief
PATRICK KENT
JARED HAGER
JEAN ZACHARIASIEWICZ
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 305-3229

Approved by:

Defendant CITY OF ALBUQUERQUE:

*Approved by Email*
LAUREN KEEFE, CITY ATTORNEY
City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lkeefe@cabq.gov

TAYLOR RAHN
Robles, Rael & Anaya, P.C.
500 Marquette NW, Suite 100
Albuquerque, NM 87102
(505) 242-2228

taylor@roblesrael.com