UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   NO. CIV 14-1025 JB/JFR   **DATE:** 1/4/2024

**TITLE:**   *United States of America v. City of Albuquerque, et al.*

**COURTROOM CLERK:** L. Rotonda        **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   9:28 AM        **TOTAL TIME:** 5:21

**TYPE OF PROCEEDING:** PUBLIC HEARING

**COURT RULING/DISPOSITION:**        SEE BELOW

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Ruth Keegan | Taylor Rahn |
| Alex Uballez | Lindsey Rosebrough |
| Aja Brooks | Lauren Keefe |
| Paul Killebrew | Cory Lowe |
| Jean Zachariasiewicz | Frederick Mowrer |
| Jared Hager | James Ginger, Ph.D. |
| Melody Fields | Phillip Coyne |
| Patrick Kent | Daniel Giaquinto |
|  | Richard Necelis |
|  | Stephen Rickman |
|  | Darryl Neier |

**PROCEEDINGS:**

**COURT IN SESSION: 9:28 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

**MR. UBALLEZ:** ADDRESSES COURT, PROVIDES INTRODUCTORY REMARKS ON BEHALF OF UNITED STATES.

**MR. KILLEBREW:** ADDRESSES COURT WITH OVERVIEW OF REPORTING PERIOD.

**COURT:** QUERIES MR. KILLEBREW.

**MR. KILLEBREW:**  RESPONDS TO COURT'S QUERIES.

**MS. ZACHARIASIEWICZ:**  PROVIDES UPDATE ON CASA AND PARTIAL TERMINATION THEREOF, OFFICER ACCOUNTABILITY AND DISCIPLINE.

**COURT:**  QUERIES MS. ZACHARIASIEWICZ.

**MS. ZACHARIASIEWICZ:**  RESPONDS TO COURT'S QUERIES.

**MR. HAGER:**  PROVIDES UPDATE REGARDING FORCE INVESTIGATIONS.

**COURT:**  QUERIES MR. HAGER.

**MR. HAGER:**  RESPONDS TO COURT'S QUERIES.

**MS. FIELDS:**  PROVIDES UPDATE REGARDING CRISIS INTERVENTIONS AND DATA TOPICS.

**COURT:**  QUERIES MS. FIELDS.

**MS. FIELDS:**  RESPONDS TO COURT'S QUERIES.

**COURT IN RECESS: 11:01 AM**

**COURT IN SESSION: 11:15 AM**

**MS. BROOKS:**  PROVIDES UPDATE REGARDING CIVILIAN OVERSIGHT AND COMMUNITY ENGAGEMENT.

**COURT:**  QUERIES MS. BROOKS.

**MS. BROOKS:**  RESPONDS TO COURT'S QUERIES.

**DR. GINGER:**  PROVIDES INTRODUCTION AND OVERVIEW ON BEHALF OF MONITORING TEAM.

**COURT:**  QUERIES DR. GINGER.

**DR. GINGER:**  RESPONDS TO COURT'S QUERIES.

**MR. COYNE:**  ADDRESSES COURT REGARDING TRAINING AND FORCE REVIEW BOARD.

**MR. GIAQUINTO:**  PROVIDES UPDATE REGARDING DISCIPLINE.

**MR. NECELIS:**  PROVIDES UPDATES REGARDING INTERNAL AFFAIRS AND CIVILIAN POLICE OVERSIGHT AGENCY INVESTIGATIONS.

**MR. RICKMAN:** PROVIDES UPDATE REGARDING COMMUNITY ENGAGEMENT AND CIVILIAN POLICE OVERSIGHT AGENCY BOARD.

**MS. RAHN:** DELIVERS INTRODUCTORY REMARKS ON BEHALF OF CITY AND APD.

**COURT IN RECESS: 12:46 PM**

**COURT IN SESSION: 1:46 PM**

**MS. RAHN:** RESUMES DELIVERING INTRODUCTORY REMARKS.

**COURT:** QUERIES MS. RAHN.

**MS. RAHN:** RESPONDS TO COURT'S QUERIES.

**MS. SENGEL:** ADDRESSES COURT.

**CHIEF MEDINA:** ADDRESSES COURT.

**COURT:** QUERIES CHIEF MEDINA.

**CHIEF MEDINA:** RESPONDS TO COURT'S QUERIES.

**MS. RAHN:** PROVIDES CONCLUDING REMARKS ON BEHALF OF CITY.

**MR. MOWRER:** ADDRESSES COURT ON BEHALF OF APOA.

**MR. NEIER:** ADDRESSES COURT REGARDING EFIT MATTERS.

**MS. BIGGS:** ADDRESSES COURT ON BEHALF OF MHRAC.

**COURT:** QUERIES MS. BIGGS.

**MS. BIGGS:** RESPONDS TO COURT'S QUERIES.

**MS. THOMPSON:** ADDRESSES COURT ON BEHALF OF CPCS.

**MR. WILLIAMS:** ADDRESSES COURT ON BEHALF OF APD FORWARD COALITION.

**MR. MATHEWSON:** ADDRESSES COURT ON BEHALF OF COMMUNITY COALITION.

**COURT IN RECESS: 3:22 PM**

**COURT IN SESSION: 3:39 PM**

**MR. MATHEWSON:** RESUMES ADDRESSING COURT ON BEHALF OF COMMUNITY COALITION.

**COURT:** QUERIES MR. MATHEWSON.

**MR. MATHEWSON:** RESPONDS TO COURT'S QUERIES.

**MS. MCDERMOTT:** ADDRESSES COURT ON BEHALF OF CPOA.

**COURT:** QUERIES MS. MCDERMOTT.

**MS. MCDERMOTT:** RESPONDS TO COURT'S QUERIES.

**MR. MOWRER:** REPLIES ON BEHALF OF APOA.

**MS. RAHN:** REPLIES ON BEHALF OF CITY.

**MR. KILLEBREW:** REPLIES ON BEHALF OF UNITED STATES.

**COURT:** THANKS COUNSEL AND PARTICIPANTS FOR THEIR PRESENTATIONS, CONCLUDES HEARING.

**COURT IN RECESS: 4:20 PM**