**Exhibit 1**

**CASA Paragraphs Moved into Self-Monitoring and Self-Assessment under Parties' First Agreement (Doc. 948):**

| Paragraph(s) | Topic Area |
|---|---|
| 81-85 | Multi-Agency Task Force |
| 91, 94-98, 100, 102-109 | Specialized Units |
| 118[1]-121 | Behavioral Health Training |
| 155-160 | Field Training Evaluation Program |
| 164-168 | Public Information on Civilian Complaints |
| 204 | Comprehensive Staffing Study |
| 232-246 | Retirement, Hiring, Performance Evaluations, and Promotions |
| 247-253 | Officer Assistance and Support |

Total paragraphs in self-monitoring or self-assessment as of August 1, 2022: **57**

Percentage of CASA in self-monitoring or self-assessment as of August 1, 2022 (based on a total of 272 measurable paragraphs): **21%**

**CASA Paragraphs Moved into Self-Monitoring and Self-Assessment under Parties' (Amended) Second Agreement (Doc. 979):**

| Paragraph(s) | Topic Area |
|---|---|
| 18, 20 | Use of Firearms |
| 26, 28, 30-37 | Electronic Control Weapons |
| 90, 92, 93, 99, 101 | Specialized Tactical Units |
| 111-113, 115-117 | Mental Health Response Advisory Committee |
| 124-126, 130 | Crisis Intervention |
| 132-134, 136 | Crisis Prevention |
| 139-145, 147, 148 | Policy and Implementation |
| 149, 150, 152-154 | Training on Revised Policies and Procedures |
| 161 | Field Training Officer Program |

Paragraphs moved into self-monitoring or self-assessment: **46**

Total paragraphs in self-monitoring or self-assessment as of February 1, 2023: **103**

Percentage of CASA in self-monitoring or self-assessment as of February 1, 2023 (based on a total of 272 measurable paragraphs): **38%**

---

[1] Though paragraph 118 was listed as moved to self-monitoring and self-assessment in Doc. 948, it is a non-measured paragraph and as such is not included in calculating total numbers of CASA paragraphs or percentages in this document.

**CASA Paragraphs Moved into Self-Monitoring and Self-Assessment under Parties' Third Agreement (Doc. 1009):**

| Paragraph(s) | Topic Area |
|---|---|
| 65-68, 76 | Force Reviews and Investigations |
| 89 | Use of Force Training |
| 169-177, 179, 180, 182 | Public Information on Civilian Complaints |
| 184-189, 193-197, 200 | Investigation of Complaints |
| 207 | Duties of Supervisors |
| 225-227, 230 | On-Body Recording Devices |
| 262-270, 272, 278, 280, 282-284, 286-291 | Community Engagement and Oversight |

Paragraphs moved into self-monitoring or self-assessment: **56**

Total paragraphs in self-monitoring or self-assessment as of August 1, 2023: **159**

Percentage of CASA in self-monitoring or self-assessment as of August 1, 2023 (based on a total of 272 measurable paragraphs): **58%**

**CASA Paragraphs Terminated by Court's Order (Doc. 1027) Approving Motion for Partial Termination (Doc. 1022):**

| Paragraph(s) | Topic Area |
|---|---|
| 81-85 | Multi-Agency Task Force |
| 90-105 | Specialized Tactical Units |
| 106-109 | Specialized Investigative Units |
| 155-161 | Field Training Evaluation Program |
| 164-168 | Public Information on Civilian Complaints |
| 232-246 | Recruiting, Selection, and Promotion |
| 247-253 | Officer Assistance & Support |

Total paragraphs terminated as of December 7, 2023: **59**

Percentage of CASA terminated: **22%**

CASA paragraphs remaining in self-monitoring or self-assessment after partial termination: **100**

Percentage of remaining CASA paragraphs in self-monitoring or self-assessment as of December 7, 2023 (based on a total of 213 measurable paragraphs): **47%**

**CASA Paragraphs Moved into Self-Monitoring and Self-Assessment under Parties' Fourth Agreement (Doc. 1041):**

| Paragraph(s) | Topic Area |
|---|---|
| 17, 19, 21, 22 | Use of Firearms |
| 25, 27 | Electronic Control Weapons |
| 39, 40 | Crowd Control and Management |
| 42, 45 | Use of Force Reporting |
| 53 | Supervisory Force Reviews |
| 70 | Force Investigations |
| 86, 87 | Use of Force Training |
| 122 | Behavioral Health Training |
| 151 | Training on Revised Policies and Procedures |
| 163 | Reporting Misconduct |
| 178, 181 | Complaint Intake, Classification, and Tracking |
| 192 | Investigation of Complaints |
| 209, 210 | Staffing and Supervision |
| 220-224, 228, 229, 231 | On-Body Recording Systems |
| 256, 257, 259 | Community and Problem Oriented Policing |

Paragraphs moved into self-monitoring or self-assessment: **33**

Total remaining CASA paragraphs in self-monitoring or self-assessment as of December 12, 2023: **133**

Percentage of remaining CASA paragraphs in self-monitoring or self-assessment as of December 12, 2023 (based on a total of 213 measurable paragraphs): **62%**

**CASA Paragraphs in Second Joint Motion for Partial Termination:**

| Paragraph(s) | Topic Area |
|---|---|
| 18-23 | Use of Firearms |
| 39-40 | Crowd Control and Incident Management |
| 41-45 | Use of Force Reporting |
| 86-89 | Use of Force Training |
| 111-117 | Mental Health Response Advisory Committee |
| 119-122 | Behavioral Health Training |
| 139-154 | Policies and Training |
| 163 | Reporting Misconduct |
| 169-182 | Complaint Intake: Classification and Training |
| 195-197 | Preventing Retaliation |
| 209-211 | Supervisor Training |
| 220-231 | On-Body Recording Devices |
| 255-259 | Community and Problem Oriented Policing |

| | |
|---|---|
| 260-265 | Community Meetings and Public Information |
| 266-270 | Community Policing Councils |

Number of paragraphs proposed for termination: **93**

Total number of CASA paragraphs that will be terminated if this motion is granted: **152**

Percentage of CASA that will be terminated if this motion is granted (based on a total of 272 measurable paragraphs): **56%**

CASA paragraphs remaining in self-monitoring or self-assessment if this motion is granted: **52**

Percentage of remaining CASA paragraphs in self-monitoring or self-assessment if this motion is granted (based on a total of 120 measurable paragraphs): **43%**


**CASA Paragraphs Remaining in Monitoring if this Motion is Granted:**

| Paragraph(s) | Topic Area |
|---|---|
| 14-16 | Use of Firearms |
| 24, 29 | Electronic Control Weapons |
| 46-52, 54-64, 69, 71-75, 77-80 | Force Reviews and Investigations |
| 123, 128, 129-131, 135, 137 | Behavioral Health |
| 183, 190, 191 | Investigation of Complaints |
| 198, 199 | Complaint Investigation Staffing |
| 201, 202 | Discipline |
| 205, 206, 208 | Supervision |
| 212, 213, 215-219 | Early Intervention System |
| 271, 273-277, 279, 281, 285, 292 | Community Engagement and Oversight |
| 320 | Notification to Monitor of Critical Events |

Remaining CASA paragraphs in monitoring if this motion is granted: **68**

Percentage of remaining CASA paragraphs in monitoring if this motion is granted (based on a total of 120 measurable paragraphs): **57%**