IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                          No. CIV 14-1025 JB/JFR

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

**ORDER**

This matter is before the Court pursuant to the Parties' Second Joint Motion for Partial Termination **(Doc. No. 1055)**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS ORDERED** that Doc. No. 1055 shall be granted.

                                                                                   UNITED STATES DISTRICT JUDGE

Submitted by:

Plaintiff UNITED STATES OF AMERICA:

ALEXANDER M.M. UBALLEZ
United States Attorney
District of New Mexico
AJA BROOKS
Executive Assistant U.S. Attorney

_____/s/ *Aja Brooks*_____
RUTH KEEGAN
Civil Division Chief
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274
Aja.Brooks@usdoj.gov


KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
PAUL KILLEBREW
Deputy Chief
PATRICK KENT
JARED HAGER
JEAN ZACHARIASIEWICZ
MELODY JOY FIELDS
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 305-3229

Approved by:

Defendant CITY OF ALBUQUERQUE:

*Approved by Email*
LAUREN KEEFE, CITY ATTORNEY
City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lkeefe@cabq.gov

TAYLOR RAHN
Robles, Rael & Anaya, P.C.
500 Marquette NW, Suite 100
Albuquerque, NM 87102
(505) 242-2228
taylor@roblesrael.com


Intervenor ALBUQUERQUE POLICE OFFICERS' ASSOCIATION:

*Approved via email*
Frederick M. Mowrer
Sanchez, Mowrer, & Desiderio, PC
PO Box 1966
Albuquerque, NM 87102
fmmowrer@smdlegal.com