IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                                      1:14-cv-1025 JB-JFR

**THE CITY OF ALBUQUERQUE,**

    Defendant,

v.

**THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,**

    Intervenor.

**JOINT MOTION TO TERMINATE AMENDED ORDER
ESTABLISHING EXTERNAL FORCE INVESTIGATION TEAM (DOC. 906)**

Plaintiff United States of America and Defendant City of Albuquerque (*collectively*, "the Parties"), respectfully file their Joint Motion to Terminate Amended Order Establishing External Force Investigation Team (Doc. 906) ("Amended Order"), pursuant to Paragraph 38 of the Amended Order:

**THE AMENDED ORDER**

On March 21, 2022, this Court entered an order amending a prior order from February 2021 that established the External Force Investigation Team ("EFIT"), on a temporary basis, to assist APD in investigating Level 2 and Level 3 uses of force and to improve the quality of force investigations conducted by the Internal Affairs Force Division ("IAFD"). See id. at 1. The Amended Order authorized EFIT to conduct joint investigations with IAFD of new Level 2 and

Level 3 uses of force as well as to independently conduct investigations of backlogged cases from January 1, 2020, to January 16, 2021. See id. The team supporting IAFD on current investigations is referred to as "EFIT-1" and the team investigating the backlog is "EFIT-2." Paragraph 38 of the Amended Order provides:

> The City and DOJ agree to jointly ask the Court to terminate this Amended Order once there are a sufficient number of IAFD personnel who have met the qualifications identified in Paragraph 34 to complete investigations of all new Level 2 and Level 3 uses of force within the timelines required by the CASA, APD policy, and the CBA, provided that the EFIT Backlog Team has completed investigations of the Backlog Force Cases pursuant to the Scope of Work attached to this Amended Order as Exhibit 1.

Id.

On December 18, 2023, the Parties gave notice that EFIT-1 had completed its work and returned control of current Level 2 and Level 3 investigations to IAFD. See (Doc. 1029). Following termination of EFIT-1, EFIT-2's completion of the backlog continued.

## COMPLETION OF THE BACKLOG

EFIT completed its investigation of the final backlog cases in April 2024. On May 31, 2024, EFIT filed its Final Report on the Backlog (Doc. 1059). On August 13, 2024, the City filed its Response to EFIT's report (Doc. 1068), as required by Paragraph 11 of the Amended Order. Accordingly, all requirements regarding the backlog contained in the Amended Order have been completed.

**WHEREFORE**, the Parties, with the consent of the Intervenor and the Monitor, respectfully request this Court terminate the Amended Order Establishing External Force Investigation Team (Doc. 906), pursuant to Paragraph 38 of the Amended Order.

Respectfully submitted on August 13, 2024

                                    Defendant CITY OF ALBUQUERQUE:

                              By:    /s/ Taylor S. Rahn
                                      Taylor S. Rahn
                                      Robles, Rael & Anaya, PC
                                      20 First Plaza Ctr. NW, Suite 500
                                      Albuquerque, NM 87102
                                      (505) 242-2228
                                      taylor@roblesrael.com

                                      Lindsey Rosebrough
                                      Managing City Attorney
                                      P.O. Box 2248
                                      Albuquerque, NM 87103
                                      (505) 768-4500
                                      lrosebrough@cabq.gov

Approved By:

Jean Zachariasiewicz
Patrick Kent
Jared Hager
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-3229
jean.zachariasiewicz@usdoj.gov
patrick.kent@usdoj.gov
jared.hager2@usdoj.gov


Alexander M.M. Uballez
United States Attorney
District of New Mexico

Aja Brooks
Executive Assistant U.S. Attorney
Ruth Keegan

Civil Division Chief
U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
aja.brooks@usdoj.gov
ruth.f.keegan@usdoj.gov

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Steven H. Rosenbaum
Chief
Paul Killebrew
Deputy Chief
paul.killebrew@usdoj.gov


Intervenor Albuquerque Police Officers' Association:

Frederick M. Mowrer
Sanchez, Mowrer & Desiderio, P.C.
John James D'Amato, Jr.
The D'Amato Law Firm, P.C.
1112 Second Street NW
Albuquerque, NM 87102
(505) 247-4321
fmmowrer@smdlegal.com
john@damatolawoffice.com


Independent Monitor James D. Ginger, Ph.D.:

 /s/ approved via email on August 12, 2024
James D. Ginger, Ph.D.
Public Management Resources, Inc.
6877 Francis Marion Road
Pamplico, SC 29583
(843) 493-6293
pmrinc@mac.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2024, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel and the Independent Monitor to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

      /s/ Taylor S. Rahn
Taylor S. Rahn