IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. CIV 14-1025 JB/JFR

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## ORDER

    This matter is before the Court pursuant to the Parties' Joint Motion to Terminate Amended Order Establishing External Force Investigation Team (Doc. No. 906), filed on August 13, 2024 **(Doc. No. 1069)**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS ORDERED** that Doc. No. 1069 shall be granted.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

/s/ Taylor S. Rahn
Taylor S. Rahn
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
taylor@roblearael.com

/s/ Lindsey Rosebrough
Lindsey Rosebrough
Managing City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lrosebrough@cabq.gov
*Attorneys for Defendant City of Albuquerque*

Approved by:

Approved via email on August 12, 2024
Jared Hager
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
jared.hager2@usdoj.gov
*On behalf of Plaintiff*


Approved via email on August 12, 2024
Frederick M. Mowrer
Sanchez, Mowrer, & Desiderio, PC
PO Box 1966
Albuquerque, NM 87102
fmmowrer@smdlegal.com
*On behalf of Intervenor*