IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 18 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1:14-cv-1025 JB/JFR

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## ORDER

This matter is before the Court pursuant to the Parties' Third Joint Motion for Partial Termination **(Doc. No. 1075)**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS ORDERED** that Doc. No. 1075 shall be granted.

_____
HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

/s/ Taylor S. Rahn
Taylor S. Rahn
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
taylor@roblearael.com

/s/ Lindsey Rosebrough
Lindsey Rosebrough
Managing City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lrosebrough@cabq.gov

*Attorneys for Defendant City of Albuquerque*

Approved by:

Approved via email on 10/16/2024
Jean Zachariasiewicz
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
jared.hager2@usdoj.gov
*On behalf of Plaintiff*


Approved via email on 10/11/2024
Frederick M. Mowrer
Sanchez, Mowrer, & Desiderio, PC
PO Box 1966
Albuquerque, NM 87102
fmmowrer@smdlegal.com
*On behalf of Intervenor*