UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**    No. CIV 14-1025 JB/JFR    **DATE:** 12/10/2024

**TITLE:**    *United States of America v. City of Albuquerque, et al.*

**COURTROOM CLERK:** L. Rotonda     **COURT REPORTER:**    J. Bean

**COURT IN SESSION:**    8:30 AM    **TOTAL TIME:** 3:45

**TYPE OF PROCEEDING:** PUBLIC HEARING

**COURT RULING/DISPOSITION:**    SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Aja Brooks
Holland Kastrin
Paul Killebrew
Jean Zachariasiewicz

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Taylor Rahn
Lindsey Rosebrough
Eric Garcia
Jason Sanchez
Samantha Sengel
Harold Medina, Chief of Police
Frederick Mowrer
James Ginger, PhD, Independent Monitor
Philip Coyne
William Toms, PhD
Daniel Giaquinto
Richard Necelis
Stephen Rickman
Diane McDermott
Daniel Williams
Antonio Maestas

**PROCEEDINGS:**

**COURT IN SESSION: 8:30 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

**MS. KASTRIN:** ADDRESSES COURT, PROVIDES INTRODUCTORY REMARKS ON BEHALF OF UNITED STATES ATTORNEY'S OFFICE.

**MR. KILLEBREW:** ADDRESSES COURT WITH OVERVIEW OF REPORTING PERIOD.

**COURT:** QUERIES MR. KILLEBREW.

**MR. KILLEBREW:** RESPONDS TO COURT'S QUERIES.

**MS. ZACHARIASIEWICZ:** PROVIDES UPDATE ON PARTIAL TERMINATION OF CASA, OFFICER ACCOUNTABILITY AND DISCIPLINE, AND FORCE INVESTIGATIONS.

**COURT:** QUERIES MS. ZACHARIASIEWICZ.

**MS. ZACHARIASIEWICZ:** RESPONDS TO COURT'S QUERIES.

**MS. BROOKS:** PROVIDES UPDATE ON CIVILIAN OVERSIGHT AND COMMUNITY ENGAGEMENT.

**DR. GINGER:** PROVIDES INTRODUCTION AND OVERVIEW ON BEHALF OF INDEPENDENT MONITORING TEAM.

**MR. COYNE:** PROVIDES UPDATE ON FORCE INVESTIGATIONS.

**COURT:** QUERIES MR. COYNE.

**MR. COYNE:** RESPONDS TO COURT'S QUERIES.

**DR. TOMS:** PROVIDES FURTHER UPDATE ON FORCE INVESTIGATIONS.

**MR. GIAQUINTO:** PROVIDES UPDATES REGARDING DISCIPLINE.

**COURT IN RECESS: 10:01 AM**

**COURT IN SESSION: 10:18 AM**

**MR. GIAQUINTO:** RESUMES PRESENTATION REGARDING DISCIPLINE UPDATES.

**MR. NECELIS:** PROVIDES UPDATE REGARDING INTERNAL AFFAIRS AND CIVILIAN POLICE OVERSIGHT AGENCY INVESTIGATIONS.

**MR. RICKMAN:** PROVIDES UPDATE ON COMMUNITY ENGAGEMENT AND CIVILIAN POLICE OVERSIGHT AGENCY AND BOARD.

**MS. RAHN:** DELIVERS INTRODUCTORY REMARKS ON BEHALF OF CITY AND APD.

**COURT:** QUERIES MS. RAHN.

**MS. RAHN:** RESPONDS TO COURT'S QUERIES.

**MS. SENGEL:** ADDRESSES COURT.

**COURT:** QUERIES MS. SENGEL.

**MS. SENGEL:** RESPONDS TO COURT'S QUERIES.

**MR. GARCIA:** ADDRESSES COURT.

**CHIEF MEDINA:** ADDRESSES COURT.

**COURT:** QUERIES CHIEF MEDINA.

**CHIEF MEDINA:** RESPONDS TO COURT'S QUERIES.

**COURT:** QUERIES PARTIES AND PARTICIPANTS REGARDING PREFERENCES FOR SCHEDULING OF LUNCH HOUR, PARTIES RESPOND TO COURT'S QUERIES.

**COURT IN RECESS: 11:49 AM**

**COURT IN SESSION: 12:04 PM**

**MS. RAHN:** INDICATES DOES NOT HAVE CLOSING REMARKS, STANDS READY FOR QUESTIONS.

**COURT:** INDICATES DOES NOT HAVE ANY QUESTIONS AT THIS POINT.

**MR. MOWRER:** ADDRESSES COURT ON BEHALF OF APOA.

**COURT:** QUERIES MR. MOWRER.

**MR. MOWRER:** RESPONDS TO COURT'S QUERIES.

**MS. MCDERMOTT:** ADDRESSES COURT ON BEHALF OF CPOA.

**COURT:** QUERIES MS. MCDERMOTT.

**MS. MCDERMOTT:** RESPONDS TO COURT'S QUERIES.

**MR. WILLIAMS:** ADDRESSES COURT ON BEHALF OF APD FORWARD COALITION.

**COURT:** QUERIES MR. WILLIAMS.

**MR. WILLIAMS:** RESPONDS TO COURT'S QUERIES.

**MR. MAESTAS:** ADDRESSES COURT ON BEHALF OF COMMUNITY COALITION.

**MR. MOWRER:** DELIVERS REPLY TO PRESENTATIONS ON BEHALF OF APOA.

**DR. GINGER:** DECLINES TO DELIVER REPLY TO PRESENTATIONS.

**MS. RAHN:** DELIVERS REPLY TO PRESENTATIONS ON BEHALF OF CITY AND APD.

**COURT:** QUERIES MS. RAHN.

**MS. RAHN:** RESPONDS TO COURT'S QUERIES, RESUMES DELIVERING REPLY.

**MR. KILLEBREW:** DECLINES TO DELIVER REPLY.

**COURT:** THANKS PARTIES AND PARTICIPANTS FOR PRESENTATIONS.

**COURT IN RECESS: 12:47 PM**