IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CITY OF ALBUQUERQUE,
    Defendant.

Case No. 1:14-cv-01025-JB-JFR

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR THE EXTERNAL FORCE INVESTIGATION TEAM ("EFIT")**

Pursuant to Local Rule 83.8, undersigned counsel respectfully moves the Court for leave to withdraw his appearance on behalf of the External Force Investigation Team ("EFIT") in the above-captioned matter. In support of this motion, undersigned states as follows:

1. EFIT was established by Order of this Court on February 26, 2021 (Dkt. 720) as an independent, court-appointed entity charged with supporting the implementation of specific provisions of the Court-Approved Settlement Agreement between the United States and the City of Albuquerque.

2. Undersigned counsel, William L. Hurlock, entered his appearance on behalf of EFIT on November 9, 2021 (Dkt. 870), and has served in that role throughout EFIT's court-authorized operation.

3. On August 23, 2024, the Court issued an Order declaring that EFIT had satisfied its mandate and formally disbanding the entity (Dkt. 1071). As a result, EFIT no longer exists and has no ongoing duties, authority, or role in this matter.

1

4. Although Local Rule 83.8(a) generally requires that a motion to withdraw either include client consent or, for non-natural persons, provide the client's contact information, that rule presupposes the continued existence of the client. Because EFIT has been formally dissolved by the Court, there is no remaining entity for counsel to represent, and no possibility of substitute counsel or further pro se representation.

5. The circumstances here are thus distinguishable from the scenarios contemplated by Local Rule 83.8. Withdrawal will not leave any party or entity unrepresented or in violation of the Court's rules, and no prejudice will result to any participant in the litigation.

6. Undersigned has conferred with counsel for the United States and the City of Albuquerque, neither of whom oppose this motion.

WHEREFORE, for the foregoing reasons, undersigned respectfully requests that the Court enter an order permitting his withdrawal as counsel of record for EFIT in this matter.

Respectfully submitted,

/s/ William L. Hurlock
William L. Hurlock
Hurlock Law, LLC
363 Bloomfield Ave, 2-C
Montclair, NJ 07042
973-233-8290
William.hurlock@hurlocklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CITY OF ALBUQUERQUE,
    Defendant.

Case No. 1:14-cv-01025-JB-JFR

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused to be filed the foregoing Motion to Withdraw Appearance of Counsel for EFIT and proposed order using the Court's CM/ECF system, which caused all parties and counsel of record to be served by electronic means in accordance with the Local Rules and the Federal Rules of Civil Procedure.

/s/ William L. Hurlock
William L. Hurlock

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CITY OF ALBUQUERQUE,
    Defendant.

Case No. 1:14-cv-01025-JB-JFR

**[PROPOSED] ORDER GRANTING MOTION TO
<u>WITHDRAW APPEARANCE OF COUNSEL FOR EFIT</u>**

This matter comes before the Court on the Unopposed Motion to Withdraw Appearance of Counsel for the External Force Investigation Team ("EFIT"), filed by William L. Hurlock of Hurlock Law, LLC. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that William L. Hurlock of Hurlock Law, LLC is hereby withdrawn as counsel of record for EFIT in this matter. The Court notes that EFIT was disbanded by prior order of this Court on August 23, 2024 (Dkt. 1071), and no further representation is required.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____

JAMES O. BROWNING

UNITED STATES DISTRICT JUDGE

1