IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                                                    **1:14-cv-1025 JB/JFR**

**THE CITY OF ALBUQUERQUE,**

    Defendant,

v.

**THE ALBUQUERQUE POLICE OFFICERS' ASSOCIATION,**

    Intervenor.

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Plaintiff United States of America hereby notifies the Court, the Parties, and counsel that the following attorneys are withdrawing as counsel for the United States: Melody Joy Fields, Jared Hager, Patrick Kent, Paul Killebrew, Corey Sanders, Luis Saucedo, and Jean Zachariasiewicz. These attorneys no longer represent the United States in this matter. The United States continues to be represented by co-counsel of record.

                                                Respectfully Submitted,

Plaintiff UNITED STATES OF AMERICA:

| | |
|---|---|
| RYAN ELLISON | HARMEET K. DHILLON |
| United States Attorney | Assistant Attorney General |
| District of New Mexico | Civil Rights Division |

| | |
|---|---|
| /s/ *Aja Brooks* <br> AJA BROOKS <br> Assistant U.S. Attorney <br> Executive Assistant U.S. Attorney <br> U.S. Attorney's Office <br> District of New Mexico <br> 201 Third Street N.W., Suite 900 <br> Albuquerque, NM 87102 <br> Telephone: (505) 249-4702 <br> Aja.Brooks@usdoj.gov <br><br> /s/ *Ruth Keegan* <br> RUTH F. KEEGAN <br> Assistant U.S. Attorney <br> Civil Division Chief <br> U.S. Attorney's Office <br> 201 Third Street N.W., Suite 900 <br> District of New Mexico <br> Albuquerque, NM 87102 <br> Telephone: (505) 346-7274 <br> Ruth.Keegan@usdoj.gov | REGAN RUSH <br> Chief <br><br> /s/ *Paul Killebrew* <br> PAUL KILLEBREW <br> Deputy Chief <br> MELODY JOY FIELDS <br> PATRICK KENT <br> JEAN M. ZACHARIASIEWICZ <br> Trial Attorneys <br> Special Litigation Section <br> Civil Rights Division <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue N.W. <br> Washington, DC 20530 <br> Telephone: (202) 305-3229 <br> Jean.Zachariasiewicz@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel and the Independent Monitor to be served by electronic means.

/s/ *Aja Brooks*
Aja Brooks
Executive Assistant U.S. Attorney