IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.        No. CIV14-1025 JB/JFR

THE CITY OF ALBUQUERQUE,

    Defendant,

v.

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## ORDER

This matter is before the Court pursuant to the Joint Motion for Termination **(Doc. No. 1102)**. Having reviewed the Motion, noting it is unopposed, and being otherwise advised on the premises, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS ORDERED** that this matter be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

 /s/ Lauren Keefe
Lauren Keefe
City Attorney
Lindsey Rosebrough
Managing Attorney Albuquerque Police Department
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lkeefe@cabq.gov
cpacheco@cabq.gov

 /s/ Taylor S. Rahn
Taylor S. Rahn
Robles, Rael & Anaya, P.C.
500 Marquette Ave NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
taylor@roblearael.com
*Attorneys for Defendant City of Albuquerque*

Approved by:

| | |
|---|---|
| RYAN ELLISON | HARMEET K. DHILLON |
| United States Attorney | Assistant Attorney General |
| District of New Mexico | Civil Rights Division |
| | |
| AJA BROOKS | ANDREW DARLINGTON |
| Executive Assistant U.S. Attorney | Acting Chief |
| | |
| /s/ Ruth Keegan | /s/ Jeffrey R. Murray |
| RUTH F. KEEGAN | JEFFREY R. MURRAY |
| Assistant U.S. Attorney | Trial Attorney |
| U.S. Attorney's Office | Special Litigation Section |
| District of New Mexico | Civil Rights Division |
| 201 3rd Street NW, Suite 900 | U.S. Department of Justice |
| Albuquerque, NM 87102 | 150 M Street, NE, Rm 10.1126 |
| (505) 346-7274 | Washington, D.C. 20002 |
| ruth.f.keegan@usdoj.gov | (202) 353-5535 |
| | jeff.murray@usdoj.gov |

<u>Approved via email on 4/14/2025</u>
Frederick M. Mowrer
Sanchez, Mowrer, & Desiderio, PC
PO Box 1966
Albuquerque, NM 87102
fmmowrer@smdlegal.com
*On behalf of Intervenor*