## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                **1:14-cv-1025 JB/JFR**

**THE CITY OF ALBUQUERQUE,**

    Defendant,

v.

**THE ALBUQUERQUE POLICE OFFICERS' ASSOCIATION,**

    Intervenor.

### NOTICE OF WITHDRAWAL OF PLEADING

**COMES NOW**, Defendant City of Albuquerque ("City"), and hereby notice the Court that it is withdrawing the Joint Motion to Vacate the May 15, 2025 Public Hearing **(Doc. No. 1105)**, filed on May 14, 2025. It was filed in error.

                                          Respectfully submitted,

                                          **ROBLES, RAEL & ANAYA, PC**

                                          By:    /s/ Taylor S. Rahn
                                                    Taylor S. Rahn
                                                    500 Marquette Ave. NW, Suite 700
                                                    Albuquerque, NM 87102
                                                    (505) 242-2228
                                                    (505) 242-1106 (facsimile)
                                                    taylor@roblesrael.com

Lindsey Rosebrough
Managing City Attorney
P.O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
lrosebrough@cabq.gov
*Attorneys for Defendant City of Albuquerque*

### CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2025, I filed the foregoing pleading electronically through the CM/ECF system which caused all Parties or counsel and the Independent Monitor to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

 /s/ Taylor S. Rahn
Taylor S. Rahn