**James Browning**

**From:** Ray Archuleta <r88ra@yahoo.com>
**Sent:** Tuesday, May 13, 2025 1:48 PM
**To:** NMDml_Judge Browning's Chambers nmd.uscourts.gov
**Subject:** your legal lunacy

**CAUTION - EXTERNAL:**

You OK'd the release of the Albuq. PD from its judicial oversight...What is your thinking?? Are you MENTALLY impaired? Of the 13(thirteen) HOMICIDES committed in albuq. this year, more than HALF were committed by LAW ENFORCEMENT!!! You sit on the bench, shielded by NUMEROUS guards, Fed. marshals whenever you need or want them & you show by your actions that you don't care one iota for the citizens you were appointed to protect. I do hope that you & yours will reap the whirlwind of hate, fear & distrust that the APD continues to perpetuate & sow. You should be ashamed of yourself.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*File on CM/ECF (APD consent decree case) 5/14/25*