IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                         No. CIV 14-1025 JB/JFR

CITY OF ALBUQUERQUE,

    Defendant,

THE ALBUQUERQUE POLICE
OFFICERS' ASSOCIATION,

    Intervenor.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed May 12, 2025 (Doc. 1103). In the Order, the Court dismisses this matter with prejudice. Order at 1. With no more claims, parties, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this civil case.

**IT IS ORDERED** that: (i) the Complaint, filed November 12, 2014 (Doc. 1), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Ryan Ellison
   United States Attorney
Aja Nicole Broooks
Michael H. Hoses
Ruth Fuess Keegan
   Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

--and--

Harmeet K. Dhillon
  Assistant Attorney General
Andrew Darlington
  Acting Chief
Jeffrey Murray
  Trial Attorney
Civil Rights Division
United States Department of Justice
Washington, D.C.

     *Attorneys for the Plaintiff*

Jerry A. Walz
Walz and Associates
Albuquerque, New Mexico

--and--

Lauren Keefe
   City Attorney
Esteban Angel Aguilar, Jr.
Lindsey A. Rosebrough
City of Albuquerque
Albuquerque, New Mexico

--and--

Taylor Sauer Rahn
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

     *Attorneys for the Defendant*

John James D'Amato, Jr.

The D'Amato Law Firm, P.C.
Albuquerque, New Mexico

--and--

Frederick M. Mowrer
The Law Office of Sanchez, Mowrer & Desiderio, P.C.
Albuquerque, New Mexico

    *Attorneys for Intervenor Albuquerque Police Officers Association*

Maria Martinez Sanchez
Steven Robert Allen
American Civil Liberties Union of New Mexico
Albuquerque, New Mexico

    *Attorneys for Amicus Curiae American Civil Liberties Union of New Mexico*

Peter Cubra
Law Office of Peter Cubra
Albuquerque, New Mexico

    *Attorney for Amicus Curiae McClendon Subclass*

Andres Valdez
Albuquerque, New Mexico

    *Pro se Amicus Curiae*

Thomas Dent
Albuquerque, New Mexico

    *Pro se Amicus Curiae*